FILED
IN CLERKS OFFICE

2004 MAR 26  A 11: 53

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10872EFH

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY<br>As Subrogee of 301 Columbus Avenue, LLC<br>777 Marin Drive<br>Novado, California 94998,<br>    Plaintiff | )<br>)<br>)<br>)<br>)<br>) |
| VS. | )<br>) |
| SUFFOLK CONSTRUCTION COMPANY, INC.<br>65 Allerton Street<br>Boston, MA 021109, | )<br>)<br>)<br>) |
| and | )<br>) |
| SULLIVAN PROPERTIES, INC.<br>d/b/a 131 Dartmouth St. LLC<br>200 State Street, 12th Floor<br>Boston, MA 02109,<br>    Defendants | )<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Kindly enter our appearance as attorneys for the defendant, Suffolk Construction Company, Inc., in the above-entitled matter.

Respectfully Submitted,
The defendant,
Suffolk Construction Company, Inc.,
By its attorneys,

_____
John F. Toomey, BBO # 500160
Patricia A. Larkin, BBO # 561642
TOOMEY & YUDYSKY LLP
99 Summer Street
Boston, MA 02110
(617) 946-0930

Date: 5/25/.4

## CERTIFICATE OF SERVICE

I, John F. Toomey, as counsel for the defendant, Suffolk Construction Company, Inc., do hereby certify that I served a copy of the foregoing **NOTICE OF APPEARANCE,** on all parties to this action by hand to their counsel of record:

Stuart G. Blackburn, Esquire
Law Offices of Stuart G. Blackburn
2 Concorde Way
P.O. Box 608
Windsor Locks, CT 06096

Date: 5/25/.4                    Attorney: _____

lmd  49597.1  5/25/04

2