AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

FIREMAN'S FUND INSURANCE COMPANY
as subrogee of
301 Columbus Avenue, LLC

V.

SUFFOLK CONSTRUCTION COMPANY, INC.
and
SULLIVAN PROPERTIES, INC d/b/a
131 Dartmouth St. LLC

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04 10872

TO: (Name and address of Defendant)

Suffolk Construction Company, Inc.
65 Allerton Street
Boston, MA 02119

Agent for Service:   Walter J. McDonough
95 East Wood Circuit
West Roxbury, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stuart G. Blackburn, Esq.
Law Offices of Stuart G. Blackburn
P.O. Box 608
2 Concorde Way
Windsor Locks, CT 06096

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

APR 30 2004

DATE

(By) DEPUTY CLERK



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*                                        May 17, 2004

```
I hereby certify and return that on 5/10/2004 at 1:12:00 PM I served a
true and attested copy of the Summons and Complaint in this action in the
following manner: To wit, by delivering in hand to Lysette Riveria,
Clerk, agent, person in charge at the time of service for Suffolk
Construction Company, Inc., at Walter J. McDonough-Agent, 65 Allerton
Street,   Roxbury, MA 02120. In the service hereof it was necessary and I
actually used a motor vehicle 8 miles. Basic Service Fee (IH) ($30.00),
Conveyance ($1.50), Travel ($3.20), Postage and Handling ($1.00),
Attest/Copies ($5.00) Total Charges $40.70

Deputy Sheriff   James C. Brooks
```
                                                     *Deputy Sheriff*

G  Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| **DECLARATION OF SERVER** | | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
               Date                 Signature of Server

                                  _____
                                  Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.