UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10872EFH

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY <br> As Subrogee of 301 Columbus Avenue, LLC <br> 777 Marin Drive <br> Novado, California 94998, <br>   Plaintiff <br><br> VS. <br><br> SUFFOLK CONSTRUCTION COMPANY, INC. <br> 65 Allerton Street <br> Boston, MA 021109, <br><br> and <br><br> SULLIVAN PROPERTIES, INC. <br> d/b/a 131 Dartmouth St. LLC <br> 200 State Street, 12th Floor <br> Boston, MA 02109, <br>   Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF APPEARANCE

Kindly enter our appearance as attorneys for the defendant, Sullivan Properties, Inc. d/b/a 131 Dartmouth St. LLC, in the above-entitled matter.

Respectfully Submitted,
The defendant,
Sullivan Properties, Inc.
d/b/a 131 Dartmouth St. LLC
By its attorneys,

John F. Toomey, BBO # 500160
Patricia A. Larkin, BBO # 561642
TOOMEY & YUDYSKY LLP
99 Summer Street
Boston, MA 02110
(617) 946-0930

Date: 6/22/·4

## CERTIFICATE OF SERVICE

I, John F. Toomey, as counsel for the defendant, Sullivan Properties, Inc. d/b/a 131 Dartmouth St. LLC, do hereby certify that I served a copy of the foregoing **NOTICE OF APPEARANCE,** on all parties to this action by first class mail to their counsel of record:

Stuart G. Blackburn, Esquire
Law Offices of Stuart G. Blackburn
2 Concorde Way
P.O. Box 608
Windsor Locks, CT 06096

Date: 6/22/04                                Attorney: _____

lmd  50466.1  6/22/04