LAW OFFICES OF

# STUART G. BLACKBURN

TWO CONCORDE WAY
P.O. BOX 608
WINDSOR LOCKS, CT 06096-0608

STUART G. BLACKBURN*
JUSTIN J. DONNELLY
ERIK LOFTUS*
*ALSO ADMITTED IN MASSACHUSETTS

TEL. (860) 292-1116
FAX. (860) 292-1221

FILED
IN'S OFFICE

2004 JUL 16   P 12:46

U.S. DISTRICT COURT
DISTRICT OF MASS.

MASSACHUSETTS OFFICE
14 HUBBARD AVENUE
SPRINGFIELD, MA 01105
(413) 737-6001

July 14, 2004

Office of the Clerk
U.S. District Court
District of Massachusetts
One Courthouse Way
Suite 2300
Boston, MA 02210

Re: *Fireman's Fund Insurance Co. a/s/o 301 Columbus Avenue, LLC v. Suffolk Construction Co., Inc. et al*
Case No. 04 10872 EFH

Dear Clerk:

Enclosed for filing is the sheriff's return of service for Sullivan Properties Inc. d/b/a 131 Dartmouth St. LLC.

Should you have any questions, please contact our office.

Sincerely,

Kathleen M. King
Secretary

/kmk
Enclosure
301 COLUMBUS/court7-14



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

June 25, 2004

I hereby certify and return that on 5/10/2004 at 2:05:00 PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to B. Drislane, Secretary, agent, person in charge at the time of service for Properties Inc. Sullivan dba 131 Dartmouth, LLC, at C/O James Sullivan , president, 200 State Street,  12th Floor Boston, MA 02109. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $41.00

Deputy Sheriff    John Cotter

*Deputy Sheriff*

Deputy Sheriff    John Cotter