UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY )<br>As Subrogee of 301 Columbus Avenue, LLC )<br>777 Marin Drive )<br>Novado, California 94998, )<br>    Plaintiff )<br>)<br>VS. )<br>)<br>SUFFOLK CONSTRUCTION COMPANY, INC. )<br>65 Allerton Street )<br>Boston, MA 021109, )<br>)<br>and )<br>)<br>SULLIVAN PROPERTIES, INC. )<br>d/b/a 131 Dartmouth St. LLC )<br>200 State Street, 12th Floor )<br>Boston, MA 02109, )<br>    Defendants ) | Case No. 04-10872EFH |

### DEFENDANT, SUFFOLK CONSTRUCTION CO., INC.'S CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)(3)

Now comes the Defendant, Suffolk Construction Co., Inc., in the above-entitled matter together with its attorney and hereby certifies as follows:

1. That they have conferred with a view towards establishing a budget for the cost of conducting the full course, and various alternative courses, of the litigation; and

2. That they have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.


By the Defendant,                                    By Defendant's attorneys,


_____         _____
Walter K. McDonough,                          John F. Toomey, BBO#500160
Executive Vice President/General Counsel      Patricia A. Larkin, BBO # 561642
Suffolk Construction Co., Inc.                TOOMEY & YUDYSKY LLP
65 Allerton Street                            99 Summer Street
Boston, MA 02119                              Boston, MA 02110
                                              (617) 946-0930

Date: 9/13/04                                 Date: _____


## CERTIFICATE OF SERVICE

I, John F. Toomey, attorney for the Defendant, Suffolk Construction Co., Inc., hereby certify that I served a copy of the foregoing **CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)(3)**, to all counsel of record to this action by mailing a copy of same, postage prepaid, on this day, to:

Stuart G. Blackburn, Esquire
Law Offices of Stuart G. Blackburn
2 Concorde Way
P.O. Box 608
Windsor Locks, CT 06096


Date: _____                         Attorney: _____

jd 52812.1 9/8/04