UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY )<br>As Subrogee of 301 Columbus Avenue, LLC )<br>777 Marin Drive )<br>Novado, California 94998, )<br>    Plaintiff )<br>)<br>VS. )<br>)<br>SUFFOLK CONSTRUCTION COMPANY, INC. )<br>65 Allerton Street )<br>Boston, MA 02119, )<br>)<br>and )<br>)<br>SULLIVAN PROPERTIES, INC. )<br>d/b/a 131 Dartmouth St. LLC )<br>200 State Street, 12th Floor )<br>Boston, MA 02109, )<br>    Defendants ) | Case No. 04-10872EFH |

### CORPORATE DISCLOSURE STATEMENT BY
### DEFENDANT, SUFFOLK CONSTRUCTION COMPANY, INC.

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, Defendant, Suffolk Construction Company, Inc., submits the following as its Corporate Disclosure Statement:

1. The filing party, a nongovernmental corporate party, identifies the following parent corporation that owns 10% or more of the party's stock: None.

2. The filing party, a nongovernmental corporate party, identifies the following publicly held company that owns 10% or more of the party's stock: None.

Respectfully submitted,
The Defendant,
Suffolk Construction Company, Inc.,
By its attorneys,

_____
John F. Toomey, BBO # 500160
Patricia A. Larkin, BBO # 561642
TOOMEY & YUDYSKY LLP
99 Summer Street
Boston, MA 02110
(617) 946-0930

Date: _____

## CERTIFICATE OF SERVICE

      I, John F. Toomey, counsel for the Defendant, Suffolk Construction Company, Inc., do hereby certify that I served a copy of the foregoing **CORPORATE DISCLOSURE STATEMENT BY DEFENDANT, SUFFOLK CONSTRUCTION COMPANY, INC.**, on all parties to this action by mailing a copy of same, postage prepaid, to their counsel of record:

Stuart G. Blackburn, Esquire
LAW OFFICES OF STUART G. BLACKBURN
2 Concorde Way
P.O. Box 608
Windsor Locks, CT 06096

Date: _____            Attorney: _____

jd  51878.1  9/8/04