IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY<br>As Subrogee of<br>301 Columbus Avenue, LLC<br>777 Marin Drive<br>Novado, California 94998 | CIVIL ACTION NO.<br>04-10872 EFH |
| Plaintiff<br>v. | JURY TRIAL DEMANDED |
| SUFFOLK CONSTRUCTION COMPANY, INC.<br>65 Allerton Street<br>Boston, MA   02119<br>and<br>SULLIVAN PROPERTIES, INC<br>d/b/a 131 Dartmouth St. LLC<br>200 State Street, 12th Floor<br>Boston, MA   02109<br>Defendants | **APPEARANCE**<br><br>SEPTEMBER 20, 2004 |

---

To the Clerk of this Court and all parties of record:

Pursuant to Local Rule 7(b) please enter my appearance as counsel in this case for FIREMAN'S FUND INSURANCE COMPANY, a/s/o 301 Columbus Avenue, LLC.

_____
Erik Loftus, Esq.
Law Offices of
  Stuart G. Blackburn
Two Concorde Way, P.O. Box 608
Windsor Locks, CT 06096
Tel. (860) 292-1116
CT# 25168

Dated:  September 20, 2004

## CERTIFICATION

I hereby certify that the foregoing APPEARANCE has been mailed this 20th day of September, 2004, first class mail, postage prepaid to the following:

John F. Toomey, Esq.
Patricia A. Larkin, Esq.
Toomey & Yudysky, LLP
99 Summer Street
Boston, MA 02110
(Suffolk Construction Co., Inc.
Sullivan Properties d/b/a 131 Dartmouth)

Michael R. Libor, Esq.
Morgan, Lewis & Backius, LLP
1701 Market Street
Philadelphia, PA 19103-2921
(Sullivan Properties)

_____
Stuart G. Blackburn, Esq.