IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
FILED
IN CLERKS OFFICE

2004 SEP 22  P 1: 06

U.S. DISTRICT COURT
DISTRICT OF MASS.
```

------------------------------------------------
FIREMAN'S FUND INSURANCE            :
COMPANY                             :
As Subrogee of                      :
301 Columbus Avenue, LLC            :   CIVIL ACTION NO.
777 Marin Drive                     :
Novado, California 94998            :   04-10872EFH
                                    :
            Plaintiff               :
                                    :
     v.                             :
                                    :
SUFFOLK CONSTRUCTION COMPANY,:
INC.                                :
65 Allerton Street                  :
Boston, MA  02119                   :
                                    :
and                                 :
                                    :
SULLIVAN PROPERTIES, INC            :
d/b/a 131 Dartmouth St. LLC         :
200 State Street, 12th Floor        :
Boston, MA  02109                   :   SEPTEMBER 22, 2004
            Defendants              :
------------------------------------------------

## CORPORATE DISCLOSURE STATEMENT BY PLAINTIFF, FIREMAN'S FUND INSURANCE COMPANY

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, Plaintiff, Fireman's Fund Insurance Company, submits the following as its corporate disclosure statement:

1.   The filing party, a nongovernmental corporate party, identifies the following parent corporation that owns 10% or more of the party's stock: Allianz Group.

2.   The filing party, a nongovernmental corporate party, identifies the following publicly held company that owns 10% or more of the party's stock: Allianz Group.

THE PLAINTIFF,

By: _____
Erik Loftus, Esq.
Law Offices of Stuart G. Blackburn
2 Concorde Way
P.O. Box 608
Windsor Locks, CT  06096
Tel. (860) 292-1116
Fax (860) 292-1221
BBO # 656315

Date: 9/22/04

## CERTIFICATION

I hereby certify that the PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT has been hand delivered this 22nd day of September, 2004 to the following:

John F. Toomey, Esq.
Patricia A. Larkin, Esq.
Toomey & Yudysky, LLP
99 Summer Street
Boston, MA 02110
(Suffolk Construction Co., Inc.
Sullivan Properties d/b/a 131 Dartmouth)

_____
Erik Loftus, Esq.