## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------------------

FIREMAN'S FUND INSURANCE     :
COMPANY     :
As Subrogee of     :
301 Columbus Avenue, LLC     :    CIVIL ACTION NO. : 04-10872 EFH
            Plaintiff     :
    :
      v.     :
    :
SUFFOLK CONSTRUCTION COMPANY, :
INC.     :
    :
and     :
    :
SULLIVAN PROPERTIES, INC     :
d/b/a 131 Dartmouth St. LLC     :    October 7, 2004
            Defendants     :

------------------------------------------------

### 26(a) INITIAL DISCLOSURES

## A. INDIVIDUALS WHO MAY POSSESS DISCOVERABLE INFORMATION

    A.     Arthur Choo
           Arthur Choo Associates, Inc.
           116 South Street
           Boston, MA 02111
           (617) 451-5486

    B.     Keith Beardsley
           Heath Properties
           301 Columbus Ave., Suite 2
           Boston, MA 02116
           (617) 266-1168

    C.     Russell Morgan
           Nicholas Campagna
           GZA Geoenvironmental, Inc.
           140 Broadway St.
           Providence, RI 02903
           (401) 421-4140

.

D.    Joseph Fetters
      Fireman's Fund Ins. Co.
      PO Box 401
      Exeter, NH  03833

E.    David Grandpre
      C.A. Pretzer Associates, Inc.
      50 Freeway Dr.
      Cranston, RI 02920
      (401) 785-2690

F.    Lawrence Berman
      Berman Adjusters
      1155 Walnut Street
      Newton, MA  02461
      (617) 964-0000

G.    Joseph Franco
      Craig/IS Ltd.
      PO Box 40569
      Jacksonville, FL 32203

H.    Gary Page
      J.S. Held, Inc.
      39 Cross St., Suite 303
      Peabody, MA 01960
      (978) 538-1929

I.    W. Kurt Macnamara
      W.K. Macnamara Corp.
      PO Box 1963
      Waltham, MA 02450
      (781) 891-0900

J.    Rick Donnelly
      Dezine Specialties, LLC
      PO Box 591
      Wakefield, MA 01880
      (781) 246-9015

K.    Jeremiah Coughlan
      All Rite Construction
      8 Ransom Rd. #16
      Brighton, MA 02135
      (617) 839-8013

L.    Domingo Mateo
      Zaldastani Associates, Inc.
      70 Federal Street
      Boston, MA 02110
      (617) 423-4040

## B. DOCUMENTS SUPPORTING PLAINTIFF'S CLAIM

See attached.

## C. COMPUTATION OF DAMAGES

$362,024.62 paid to insured. See supporting documents attached.

## D. INSURANCE AGREEMENT

Not applicable.

**FIREMAN'S FUND INSURANCE COMPANY**
By its attorneys,


Erik Loftus, Esquire (BBO# 656315)
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
(860) 292-1116

# Draft Payments Detail Report

Report run on:     March 23, 2004 1:44 PM

Draft_Detail_Rpt.rdf

Page 1

CIGNA P&C Confidential Internal Distribution ONLY

Asterisk (*) denotes surcharge for un-allocated expenses per state statute.

**Claim Number: 03091046205**

| Draft Number | Issue Date | Reason | Pay Status | Payee | Amount | Suffix |
|---|---|---|---|---|---|---|
| 47669916 | 20-JUL-03 | ACV PAYMENT FOR CONSTRUCTION DAMAGE | C | 301 COLUMBUS LLC ANDBERMAN ADJUSTERS | $362024.62 | OP |
| **Total:** | | | | | **$362024.62** | |

OCT. 4. 2001 12:59PM    FIREMANS FUND-ABC CLAIMS    NO.NO. 3940 P. P. 3

**ACORD**  PROPERTY LOSS NOTICE

| PRODUCER | 978-657-5100 | | | | DATE | 10/03/0 |
|---|---|---|---|---|---|---|

C J McCarthy Ins Agency, Inc.
A Hub International Limited Co
329 Andover Street
Wilmington MA 01887
Richard Johnson

030 01 046205    06/07/01

COMPANY AND POLICY NUMBER

CO: Fireman's Fund Ins. Co.
POL: AS2ABC80666205

POLICY DATES
EFF: 03/06
EXP: 03/06

CODE: 30100-1

**INSURED**

301 Columbus LLC
c/o Heath Management
301 Columbus Ave
Boston MA 02116

*Keith Beardsley*

**CONTACT**

ATTN: JAMES MURPHY
508 653 7162

**LOSS**

LOCATION OF LOSS: 301 COLUMBUS AVE, BOSTON

KIND OF LOSS:  FIRE  LIGHTNING  FLOOD  X OTHER (explain)
THEFT  HAIL  WIND

DESCRIPTION OF LOSS & DAMAGE:
STRUCTURAL AND COSMETIC DAMAGE TO INSURED'S PROPERTY DUE TO
CONSTRUCTION ON ADJOINING BUILDING.

**POLICY INFORMATION**

MORTGAGEE: NO MORTGAGEE

HOMEOWNER POLICIES SECTION 1 ONLY

| A. DWELLING | B. OTHER STRUCTURES | C. PERSONAL PROPERTY | D. LOSS OF USE | DEDUCTIBLE |
|---|---|---|---|---|
| | N/D6 → | 637,000 | | 1000 |

COVERAGE A EXCLUDES WIND

FIRE, ALLIED LINES & MULTI-PERIL POLICIES

| ITEM | SUBJECT OF INSURANCE | AMOUNT | $ COINS | DEDUCTIBLE |
|---|---|---|---|---|
| X | BLDG | 637000 | | 1000 |
| X | RENTS | ALS | | |
| | BLDG | | | |

SEE ENCLOSED CORRESPONDENCE

REPORTED BY: INSURED
REPORTED TO: AGENCY/R. GARRY

SIGNATURE OF PRODUCER: Richard Johnson

ACORD 1 (1/97)    NOTE: IMPORTANT STATE INFORMATION ON REVERSE SIDE

ACORD CORPORATION 1

| Insured | | | |
|---|---|---|---|
| 301 Columbus, LLC | Claim Number | | |
| Location of Risk | 030 01 046205 | | |
| Address: 301 - 319 Columbus Ave. | Date of Loss | | Initial |
| City: Boston              State: MA | 06-07-01 | X | Intermediate |
| Loss Payee | | | Closing |
| NONE | Date Received | | June 12, 2003 |
| | 10-03-01 | | |

| Policy Number and Agent |
|---|
| ABC 80665285 |

| Cause of Loss and Damage |
|---|
| Construction activity at neighboring premises, conducted by Suffolk Construction caused damage to insured's building. |

|  | STATEMENT | OF | LOSS | |
|---|---|---|---|---|
| **Building SX-01** | | RCV | Depreciation | ACV |
| Recap | | | | |
| Asphalt | | | | |
| Awnings & Canopies | | $ 4,260.00 | 50% | $ 2,130.00 |
| Concrete | | $ 2,800.00 | 25% | $ 2,100.00 |
| Doors | | $ 124,920.00 | 30% | $ 87,444.00 |
| Drywall | | $ 2,845.00 | 25% | $ 2,133.75 |
| Excavation | | $ 1,430.00 | 15% | $ 1,215.50 |
| Fencing | | $ 34,544.00 | 0% | $ 34,544.00 |
| Finish Carpentry/Trimwork | | $ 1,008.00 | 0% | $ 1,008.00 |
| General Conditions | | $ 140.00 | 0% | $ 140.00 |
| Masonry | | $ 51,460.00 | 0% | $ 51,460.00 |
| Painting/Decorating - Interior | | $ 34,864.00 | 20% | $ 27,891.20 |
| Roofing | | $ 170.00 | 25% | $ 127.50 |
| Rough Carpentry | | $ 6,500.00 | 25% | $ 4,875.00 |
| Tear Out/Debris Removal | | $ 590.00 | 0% | $ 590.00 |
| | | $ 59,000.00 | 0% | $ 59,000.00 |
| Subtotal | | | | |
| Overhead | | $ 324,531.00 | | $ 274,658.95 |
| | | $ 32,453.10 | | $ 27,465.90 |
| Subtotal | | | | |
| Profit | | $ 356,984.10 | | $ 302,124.85 |
| | | $ 35,698.41 | | $ 30,212.48 |
| Total | | $ 392,682.51 | | $ 332,337.33 |
| Non-Overhead Items | | | | |
| Architects Fee | | | | |
| Material Tax | | $ 24,000.00 | | $ 24,000.00 |
| | | $ 6,687.29 | | $ 6,687.29 |
| Total | | $ 423,369.80 | 86% | $ 363,024.62 |
| | | | | |
| Deductible | | | | $ 1,000.00 |
| Claim | | | | $ 362,024.62 |

J.S. HELD, INCORPORATED

301 COLUMBUS LLC

06/03/2003   PAGE:1

## ROOM: ITEM 1

RETAINING WALL:

| | | | |
|---|---|---|---|
| CONCRETE PILES - 34/ 12"X 12"X 50' SQUARE, PRESTRESSED, PRECAST | 34 EA | 1,167.00 | 39,678.00 |
| CAST IN PLACE CONCRETE RETAINING WALL & FOOTING | 62 YD | 310.00 | 19,220.00 |
| CONCRETE FORM WORK | 2,272 SF | 14.00 | 31,808.00 |
| EXCAVATION & BACKFILL FOR RETAINING WALL | 400 CY | 18.00 | 7,200.00 |
| SHEET PILING | 1,750 SF | 14.80 | 25,900.00 |
| ASPHALT DRIVEWAY REPAIR | 710 SF | 6.00 | 4,260.00 |
| CHAIN LINK FENCE - 6' | 72 LF | 14.00 | 1,008.00 |

## ROOM: ITEM 2

FOUNDATION & MASONRY WALL REPAIR AT REAR OF BLDG. 317-319

| | | | |
|---|---|---|---|
| CONCRETE PILES - 6/ 12"X 12"X 50' SQUARE, PRESTRESSED, PRECAST | 6 EA | 1,167.00 | 7,002.00 |
| 12" REINFORCED CONCRETE FOUNDATION WALLS INCLUDING EXCAVATION & BACKFILL | 71 LF | 160.00 | 11,360.00 |
| CMU WALLS | 2,272 SF | 12.00 | 27,264.00 |
| ALUMINUM OVERHEAD DOOR & HARDWARE- INCLUDING ELEC. MOTOR | 1 EA | 2,660.00 | 2,660.00 |

## ROOM: ITEM 3

BASEMENT FLOOR IN BLDG. 301 - 303

| | | | |
|---|---|---|---|
| ADD NECESSARY FILL | 28 CY | 35.00 | 980.00 |
| COMPACTION | 28 CY | 10.00 | 280.00 |
| 4" CONCRETE SLAB - PUMPED | 2,094 SF | 6.00 | 12,564.00 |

J.S. HELD, INCORPORATED

301 COLUMBUS LLC

06/03/2003  PAGE:2

ROOM: ITEM 4

BASEMENT FLOOR OF BLDG. 311, 313, 315

| | | | |
|---|---|---|---|
| COMPACTION | 92 CY | 2.00 | 184.00 |
| 4" CONCRETE SLAB - PUMPED | 822 SF | 4.00 | 3,288.00 |
| 2"X 4" INTERIOR PARTITION FRAMING | 295 SF | 2.00 | 590.00 |
| 1/2" DRYWALL WALLS | 600 SF | 1.85 | 1,110.00 |
| HOLLOW CORE DOOR UNIT | 1 EA | 185.00 | 185.00 |
| TRIM DOOR | 2 EA | 70.00 | 140.00 |

ROOM: ITEM 5

BRICK & MORAR JOINT CRACKS ON BLDG. 301 - 303

| | | | |
|---|---|---|---|
| MASONRY REPAIR TO BRICK & MORTAR JOINTS | 16 MH | 75.00 | 1,200.00 |
| MATERIALS FOR ABOVE WORK | 1 EA | 200.00 | 200.00 |

ROOM: ITEM 6

THIRD FLOOR WALL CRACK AT BLDG. 301 - 303

| | | | |
|---|---|---|---|
| DRYWALL MINIMUM REPAIR | 1 EA | 320.00 | 320.00 |
| PAINT WALLS | 1 EA | 170.00 | 170.00 |

ROOM: ITEM 7

PRECAST CONCRETE FACADE ON BLDG. 301 - 303

| | | | |
|---|---|---|---|
| MASONRY REPAIR TO PRECAST FASADE | 80 MH | 75.00 | 6,000.00 |
| MATERIALS FOR MASONRY REPAIR TO PRECAST FASADE | 1 EA | 200.00 | 200.00 |
| CANVAS AWNING | 1 EA | 2,800.00 | 2,800.00 |

ROOM: ITEM 9

ROOF LEAKS ON BLDG. 317 - 319

J.S. HELD, INCORPORATED

301 COLUMBUS LLC

06/03/2003  PAGE:3

CONTINUED - ITEM 9

| | | | |
|---|---|---|---|
| LABOR FOR ROOFING REPAIR ALLOWANCE | 80 MH | 75.00 | 6,000.00 |
| MATERIALS FOR ROOFING REPAIR ALLOWANCE | 1 EA | 500.00 | 500.00 |

ROOM: GENERAL

| | | | |
|---|---|---|---|
| DEMOLITION/DEBRIS REMOVAL | 1 LS | 59,000.00 | 59,000.00 |
| CONTENT MANIPULATION | 120 MH | 43.00 | 5,160.00 |
| DUST BARRICADES | 1 EA | 200.00 | 200.00 |
| CONTINOUS & POST CONSTRUCTION CLEAN UP | 80 HR | 40.00 | 3,200.00 |
| JOB SUPERVISION | 480 HR | 75.00 | 36,000.00 |
| PERMITS AND FEES | 1 LS | 4,500.00 | 4,500.00 |
| SCAFFOLDING - RENTAL, ERECT & DISMANTLE | 1 EA | 2,400.00 | 2,400.00 |
| ARCHITECT/ENGINEERING FEES | 1 EA | 24,000.00 | 24,000.00 |

**J.S. HELD, INCORPORATED**

301 COLUMBUS LLC

06/03/2003   PAGE:4

### SUMMARY

| | | | | |
|---|---|---|---|---|
| TOTAL LINE ITEMS | | | | 348,531.00 |
| OVERHEAD | @ | 10% X | 324,531.00 | 32,453.10 |
| PROFIT | @ | 10% X | 356,984.10 | 35,698.41 |
| MATERIAL TAX | @ | 5% X | 133,745.70 | 6,687.29 |
| GRAND TOTAL | | | | $423,369.80 |

J.S. HELD, INCORPORATED

301 COLUMBUS LLC

06/03/2003  PAGE:5

## RECAP BY ROOM

| | | |
|---|---:|---:|
| ITEM 1 | | |
| ITEM 2 | 129,074.00 | 37.03% |
| ITEM 3 | 48,286.00 | 13.85% |
| ITEM 4 | 13,824.00 | 3.97% |
| ITEM 5 | 5,497.00 | 1.58% |
| ITEM 6 | 1,400.00 | 0.40% |
| ITEM 7 | 490.00 | 0.14% |
| ITEM 9 | 9,000.00 | 2.58% |
| GENERAL | 6,500.00 | 1.86% |
| | 134,460.00 | 38.59% |

## SUMMARY

| | | | | |
|---|---|---|---:|---:|
| TOTAL LINE ITEMS | | | | 348,531.00 |
| OVERHEAD | @ | 10% X | 324,531.00 | 32,453.10 |
| PROFIT | @ | 10% X | 356,984.10 | 35,698.41 |
| MATERIAL TAX | @ | 5% X | 133,745.70 | 6,687.29 |
| GRAND TOTAL | | | | $423,369.80 |

J.S. HELD, INCORPORATED

301 COLUMBUS LLC

06/03/2003  PAGE:6

RECAP BY CATEGORY

| DESCRIPTION:  O&P ITEMS | | TOTAL DOLLARS | % |
|---|---|---|---|
| ASPHALT | | 4,260.00 | 1.22% |
| AWNINGS AND CANOPIES | | 2,800.00 | 0.80% |
| CONCRETE | | 124,920.00 | 35.84% |
| DOORS | | 2,845.00 | 0.82% |
| DRYWALL | | 1,430.00 | 0.41% |
| EXCAVATION | | 34,544.00 | 9.91% |
| FENCING | | 1,008.00 | 0.29% |
| FINISH CARPENTRY / TRIMWORK | | 140.00 | 0.04% |
| GENERAL CONDITIONS | | 51,460.00 | 14.76% |
| MASONRY | | 34,864.00 | 10.00% |
| PAINTING/DECORATING-INTERIOR | | 170.00 | 0.05% |
| ROOFING | | 6,500.00 | 1.86% |
| ROUGH CARPENTRY | | 590.00 | 0.17% |
| TEAR OUT/DEBRIS REMOVAL | | 59,000.00 | 16.93% |

| | | | |
|---|---|---|---|
| O&P ITEMS SUBTOTAL | | 324,531.00 | 93.10% |
| OVERHEAD | 10% | 32,453.10 | |
| PROFIT | 10% | 35,698.41 | |
| | | | |
| O&P ITEMS SUBTOTAL | | 392,682.51 | |

| DESCRIPTION:  NON-O&P ITEMS | | TOTAL DOLLARS | % |
|---|---|---|---|
| ARCHITECTS FEE'S | | 24,000.00 | 6.90% |
| | | | |
| NON-O&P ITEMS SUBTOTAL | | 24,000.00 | |
| O&P ITEMS SUBTOTAL | | 392,682.51 | |
| | | | |
| MATERIAL TAX | 5% | 6,687.29 | |
| GRAND TOTAL | | $423,369.80 | |

May 1, 2003

TO:   Mr. Keith Beardsley
      Heath Properties
      301 Columbus Ave. Suite #2
      Boston, MA 02116

RE:   301-319 Columbus Ave
      Boston, MA

Dear Keith,

This following is our scope of work for 301-319 Columbus Ave. in Boston.

General Conditions and permitting

**Building 301, 303 - Basement Floor, Walls, 1-3 Floors**
1. Remove and replace concrete
2. Repair existing fire escape (repair structural damage and replace missing section)
3. Replace existing stairs by outside exit door
4. Ground settlement west door
5. Fresh diagonal cracks interior/exterior
6. Repair south wall

**Building 305, 307 and 309 (Basement)**
1. Remove lateral supports and patch holes

**Building 311, 313 and 315 (Basement)**
1. Sawcut and remove/replace existing slab

**Building 317-319**

Retaining Wall
Overhead and Profit

Exclusions
1. Engineering layout
2. Hazardous waste
3. Site security
4. Police and fire detail if needed
5. Shoring and bracing
6. Engineering and architectural drawings if needed

P.O. BOX 1343

Waltham, Ma 02454

Tel. 781 891 0900

Fax 781 891 3843

dama33@mediaone.net



W.K. MACNAMARA
CORPORATION

05/09/2003  22:24   6179648533          BERMAN ADJUSTERS          PAGE  03
May 02 03 01:58p      WKMACNAMARA.CORP          1-781-891-0900      p.3

Page 2 – Scope of Work 301-319 Columbus Ave. Boston

The total contract price for this job is $620,000.00. Keith as we walked and did our survey of the property it was clear that there has been major structural damage. We cannot guarantee there is no damage below the surface and consequently cannot guarantee that your building will not suffer further settling which will result in structural cracking and future damage. Please contact us if you have any questions.

Sincerely,

W. Kurt Macnamara
WKM/jlrc

P.O. BOX 1363

Waltham, Ma 02454

Tel. 781 891 0900

Fax 781 891 8843

4rmx37@madison.net



W.K. MACNAMARA
CORPORATION

05/09/2003  22:24   6179548633                    BERMAN ADJUSTERS                    PAGE  04
05/01/2003  09:37   7812469045                    DEZINE                             PAGE  02

 

May 1, 2003

Mr. Keith Beardsley
Heath Properties
301 Columbus Avenue, Suite 2
Boston, MA 02115

RE: 301—319 Columbus Avenue, Boston, MA

Dear Mr. Beardsley,

We are pleased to quote you the budget pricing for the repairs located at 301—319 Columbus Avenue, Boston, MA. Pricing was based upon site visit and report done by Zaldastani Associates, Inc. dated January 31, 2003. Our breakdown as follows:

Includes:
**Building 301, 303 Basement Floor, Walls, Third Floor.**
| | |
|---|---|
| A. Remove and replace concrete. | $20,000.00 |
| B. Repair existing fire escape. | $8,900.00 |
| C. Raise grade with concrete slab outside exit door. | $6,000.00 |
| D. Ground settlement west door. | $8,000.00 |
| E. Fresh diagonal cracks interior/exterior. | $20,000.00 |
| F. South wall repair. | $45,000.00 |

**Building 305, 307, and 309 (Basement)**
| | |
|---|---|
| A. Remove lateral supports and patch holes. | $8,000.00 |

**Building 311, 313 and 315 (Basement)**
| | |
|---|---|
| A. Remove and replace existing slab. | $20,000.00 |
| Roof repair. | |
| Building 317—319 | $110,000.00 |
| Retaining Wall | $80,000.00 |
| Engineering | $75,000.00 |
| Items to be relocated in basement. | $5,600.00 |
| **Subtotal** | **$426,400.00** |

| | |
|---|---|
| General Conditions | $41,000.00 |
| Permits | $6,000.00 |
| Overhead and Profit | $42,998.00 |
| **Total** | **$520,398.00** |

Payments are followed: 1/3% deposit paid upon signing of contract or Letter of Intent, 1/3% upon 50% complete, 1/3% upon completion.

Please sign and return.

_____          _____
Date of Acceptance                          Signature

Sincerely,

Rick Donnelly

**Dezine Specialties, LLC**
P.O. Box 571                                        Tel 781-246-9015
Wakefield, MA 01880                                 Fax 781-246-9045

05/09/2003  22:24    6179648633          BERMAN ADJUSTERS          PAGE  05

# ALL-RITE CONSTRUCTION
8 Ransom Road #16
Brighton, MA  02135
617-839-8013
Fax 617-783-2619

April 10, 2003

RE:    301 Columbus LLC
        301-319 Columbus Ave

The following pages contain estimated costs for items listed below.

1.    317-319  Masonry walls & overhead door
2.    301-303  Stone façade
3.    301-303  Basement floor
4.    301-303  Masonry cracks, basement wall
5.    Retaining wall
6.    Parking lot
7.    Permits
8.    Roof

# ALL-RITE CONSTRUCTION

Page 2

1.  **Masonry walls 317-319** Rebuild masonry wall using 12 inch CMU with rebar 32 inches on center filled solid.

    | | |
    |---|---|
    | Estimated cost | $34,200 |
    | Overhead door allowance | $4,000 |
    | Overhead door framing | $3,700 |
    | Windows | $2,600 |
    | Masonry painting and repair | $6,100 |

2.  **Precast stone facade** Remove precast stone and reset. Repair damaged stone where required. New anchoring system to be determined on site.

    | | |
    |---|---|
    | Estimated cost | $48,000 |
    | City permit (sidewalk) | $2,100 |
    | Staging rental | $4,500 |

3.  **Basement floor 301-303** Remove existing concrete floor and install new.

    | | |
    |---|---|
    | Estimated cost | $105,000 |
    | Air system rental | $5,600 |
    | Relocation and storage of items in basement | $4,500 |

4.  **Masonry cracks, basement wall 301-303** Repair cracks on masonry walls where needed (basement).

    | | |
    |---|---|
    | Estimated cost | $3,500 |
    | Staging rental | $150 |

5.  **Retaining wall** Removing existing retaining wall and rebuild with poured in place reinforced concrete.

    | | |
    |---|---|
    | Estimated cost | $186,000 |

# ALL-RITE CONSTRUCTION

Page 3

6.  **Parking lot**

    Asphalt                    $8,500

7.  **Permits**

    City permit                $750
    Fire dept. detail          $350
    Police detail              $10,000

8.  **Roof repair**

    Roof and trim work         $6,500

**Subtotal**                   **$436,050**

*Not included in estimated costs*:

Piles for foundation in retaining wall and
Piles and foundation for masonry cmu wall
Plus caps and engineering           $75,000 and up

Supporting structures for underside
of parking lot                      $      * uncertain


Please contact me if you have any questions regarding this estimate.


Jeremiah G. Coughlan

301 COLUMBUS LLC
J.S. HELD, INCORPORATED

09/10/2002  PAGE:1

ROOM: ITEM 1

RETAINING WALL:

| | | | |
|---|---|---|---|
| CONCRETE PILES - 34/ 12"X 12"X 50' SQUARE, PRESTRESSED, PRECAST | 34 EA | 1,167.00 | 39,678.00 |
| CAST IN PLACE CONCRETE RETAINING WALL & FOOTING | 62 YD | 275.00 | 17,050.00 |
| EXCAVATION & BACKFILL FOR RETAINING WALL | 400 CY | 18.00 | 7,200.00 |
| SHEET PILING | 1,750 SF | 14.80 | 25,900.00 |
| ASPHALT DRIVEWAY REPAIR | 710 SF | 4.00 | 2,840.00 |
| CHAIN LINK FENCE - 6' | 72 LF | 14.00 | 1,008.00 |

ROOM: ITEM 2

FOUNDATION & MASONRY WALL REPAIR AT REAR OF BLDG. 317-319

| | | | |
|---|---|---|---|
| CONCRETE PILES - 6/ 12"X 12"X 50' SQUARE, PRESTRESSED, PRECAST | 6 EA | 1,167.00 | 7,002.00 |
| 12" REINFORCED CONCRETE FOUNDATION WALLS INCLUDING EXCAVATION & BACKFILL | 71 LF | 160.00 | 11,360.00 |
| CMU WALLS | 2,272 SF | 12.00 | 27,264.00 |
| ALUMINUM OVERHEAD DOOR & HARDWARE- INCLUDING ELEC. MOTOR | 1 EA | 2,660.00 | 2,660.00 |

ROOM: ITEM 3

BASEMENT FLOOR IN BLDG. 301 - 303

| | | | |
|---|---|---|---|
| COMPACTION | 233 CY | 2.00 | 466.00 |
| 4" CONCRETE SLAB - PUMPED | 2,094 SF | 4.00 | 8,376.00 |

ROOM: ITEM 4

BASEMENT FLOOR OF BLDG. 311, 313, 315

| | | | |
|---|---|---|---|
| COMPACTION | 92 CY | 2.00 | 184.00 |
| 4" CONCRETE SLAB - PUMPED | 822 SF | 4.00 | 3,288.00 |

J.S. HELD, INCORPORATED

301 COLUMBUS LLC

09/10/2002  PAGE:2

CONTINUED - ITEM 4

| | | | |
|---|---|---|---|
| 2"X 4" INTERIOR PARTITION FRAMING | 295 SF | 2.00 | 590.00 |
| 1/2" DRYWALL WALLS | 600 SF | 1.85 | 1,110.00 |
| HOLLOW CORE DOOR UNIT | 1 EA | 185.00 | 185.00 |
| TRIM DOOR | 2 EA | 70.00 | 140.00 |

ROOM: ITEM 5

BRICK & MORAR JOINT CRACKS ON BLDG. 301 - 303

| | | | |
|---|---|---|---|
| MASONRY REPAIR TO BRICK & MORTAR JOINTS | 8 MH | 75.00 | 600.00 |

ROOM: ITEM 6

THIRD FLOOR WALL CRACK AT BLDG. 301 - 303

| | | | |
|---|---|---|---|
| DRYWALL MINIMUM REPAIR | 1 EA | 75.00 | 75.00 |
| PAINT WALLS | 93 SF | 0.70 | 65.10 |

ROOM: ITEM 7

PRECAST CONCRETE FACADE ON BLDG. 301 - 303

| | | | |
|---|---|---|---|
| MASONRY REPAIR TO PRECAST FASADE | 40 MH | 75.00 | 3,000.00 |
| MATERIALS FOR MASONRY REPAIR TO PRECAST FASADE | 1 EA | 100.00 | 100.00 |
| CANVAS AWNING | 1 EA | 1,995.00 | 1,995.00 |

ROOM: ITEM 9

ROOF LEAKS ON BLDG. 317 - 319

| | | | |
|---|---|---|---|
| LABOR FOR ROOFING REPAIR ALLOWANCE | 40 MH | 75.00 | 3,000.00 |
| MATERIALS FOR ROOFING REPAIR ALLOWANCE | 1 EA | 350.00 | 350.00 |

ROOM: GENERAL

| | | | |
|---|---|---|---|
| DEMOLITION/DEBRIS REMOVAL | 1 LS | 51,700.00 | 51,700.00 |

301 COLUMBUS LLC

J.S. HELD, INCORPORATED

09/10/2002  PAGE:3

CONTINUED - GENERAL

| | | | |
|---|---|---|---|
| CONTENT MANIPULATION | 64 MH | 40.00 | 2,560.00 |
| DUST BARRICADES | 1 EA | 200.00 | 200.00 |
| CONTINOUS & POST CONSTRUCTION CLEAN UP | 80 HR | 40.00 | 3,200.00 |
| JOB SUPERVISION | 480 HR | 50.00 | 24,000.00 |
| PERMITS AND FEES | 1 LS | 3,000.00 | 3,000.00 |
| PLANS & SPECIFICATIONS | 1 EA | 3,000.00 | 3,000.00 |

J.S. HELD, INCORPORATED

301 COLUMBUS LLC

09/10/2002  PAGE:4

### SUMMARY

| | | | | |
|---|---|---|---|---|
| TOTAL LINE ITEMS | | | | 253,146.10 |
| OVERHEAD | @ | 10% X | 253,146.10 | 25,314.61 |
| PROFIT | @ | 10% X | 278,460.71 | 27,846.07 |
| MATERIAL TAX | @ | 5% X | 79,248.18 | 3,962.41 |
| GRAND TOTAL | | | | $310,269.19 |

J.S. HELD, INCORPORATED

301 COLUMBUS LLC

09/10/2002  PAGE:5

RECAP BY CATEGORY

DESCRIPTION:  O&P ITEMS

| | TOTAL DOLLARS | % |
|---|---|---|
| ASPHALT | 2,840.00 | 1.12% |
| AWNINGS AND CANOPIES | 1,995.00 | 0.79% |
| CONCRETE | 86,754.00 | 34.27% |
| DOORS | 2,845.00 | 1.12% |
| DRYWALL | 1,185.00 | 0.47% |
| EXCAVATION | 33,750.00 | 13.33% |
| FENCING | 1,008.00 | 0.40% |
| FINISH CARPENTRY / TRIMWORK | 140.00 | 0.06% |
| GENERAL CONDITIONS | 35,960.00 | 14.21% |
| MASONRY | 30,964.00 | 12.23% |
| PAINTING/DECORATING-INTERIOR | 65.10 | 0.03% |
| ROOFING | 3,350.00 | 1.32% |
| ROUGH CARPENTRY | 590.00 | 0.23% |
| TEAR OUT/DEBRIS REMOVAL | 51,700.00 | 20.42% |

| | | | |
|---|---|---|---|
| O&P ITEMS SUBTOTAL | | 253,146.10 | 100.00% |
| OVERHEAD | 10% | 25,314.61 | |
| PROFIT | 10% | 27,846.07 | |
| MATERIAL TAX | 5% | 3,962.41 | |
| GRAND TOTAL | | $310,269.19 | |