

**C. A. PRETZER ASSOCIATES, INC.**    50 Freeway Drive, Cranston, RI 02920

STRUCTURAL ENGINEERS
DESIGN, CONSULTATION, INVESTIGATION
(401) 785-2690        FAX (401) 461-9360
email: mail@capretzer.com

C. ANDREW PRETZER, PhD., P.E.
MICHAEL J. GRAFE, P.E.
THOMAS P. GRAFE, P.E.
DAVID GRANDPRÉ, P.E.
PETER W. GRAFE

August 19, 2002

Mr. Joseph Fetters
Fireman's Fund Insurance Company
P.O. Box 401
Exeter, NH 03833

Re:    301 Columbus LLC
       301 to 319 (odd numbers) Columbus Avenue
       Boston, MA
       Fireman's Fund Claim No. 030-01-046205
       CAPA File No. 202151.20
       Preliminary Investigation Report

Dear Mr. Fetters:

At your request, I have investigated the extent of structural damage caused to the referenced property as a result of building construction at 131 Dartmouth Street. Mr. Nicholas Campagna, Jr., P.E. of GZA GeoEnvironmental, Incorporated assisted me with my investigation. Enclosed in Attachment 1 are photographs I took during my visits. Enclosed in Attachment 2 is a key plan that we prepared to identify the location of various items of concern.

I met at the site on several occasions with Mr. Gary Page of J.S. Held Incorporated. Mr. Page is a construction specialist and will be preparing a cost appraisal estimate to repair the referenced property based on my findings.

**BACKGROUND**

The referenced properties include a three-story brick building with a full basement at 301 / 303 Columbus Avenue. The front of the building has a southeasterly exposure. For discussion purposes, I will refer to the front of the properties on Columbus Avenue as the south side, and the building constructed at 131 Dartmouth Street as the north side.

To the west of the three-story building, there is a vacant lot at street level, refer to photograph 2. Previously there was a building at this location. The basement of this area remains in place. We have identified this area as 305, 307, and 309 Columbus Avenue on the attached key plan. Continuing to the west, there is a one-story building that does not extend to the rear of the property. This building is referred to as 311, 313, and 315 Columbus Avenue, refer to photograph 3.

In contact with the building described above is a building that extends to the rear of the property line at 317 and 319 Columbus Avenue. Please note that the referenced street addresses are based on our interpretation of a site plan provided to us by Mr. Keith Beardsley of Heath Management. Mr. Beardsley represented the property owners during our site visits.

C. A. PRETZER ASSOCIATES, INC.

Fireman's Fund Insurance Company
301 Columbus LLC
August 19, 2002
Page 2

A building referred to as 131 Dartmouth Street has been under construction, located to the north of the properties on Columbus Avenue. The multi-story building includes several levels of below-grade parking. The below-grade portion of the building required extensive excavation and construction of perimeter wall earth retaining system. The building under construction at 131 Dartmouth Street can be seen to the north of the referenced property in photograph 4. Photograph 5 is a picture of a photo taken by employees of Heath Management from the fire escape of 301 Columbus Avenue, looking into the excavation for 131 Dartmouth Street. The project sign showing a rendering of the building at 131 Dartmouth Street and listing the owners and consultants is shown in photograph 6.

**STRUCTURAL DAMAGE ASSESSMENT**

We investigated damage to the referenced properties based on concerns expressed to us by Mr. Keith Beardsley and Mr. Arthur Choo, P.E. Mr. Choo is a structural engineer retained by Heath Properties, Inc. to inspect and comment on building damage.

We have discussed the listed items with Mr. Robert Sullivan, III, of Suffolk Construction Company, Inc. Suffolk Construction is the general contractor for the building at 131 Dartmouth Street. Mr. Sullivan has provided us with some documentation regarding the excavation system utilized to the north of Columbus Street and monitoring of the referenced property.

Mr. Sullivan also facilitated providing us with a building study of 301 Columbus Avenue prepared by CCA, dated November 7, 2001, addressed to Hinkley Allen & Snyder.

Following is a summary of our findings:

1. Retaining wall:   The approximately 71-foot long retaining wall is leaning approximately 8 inches out beyond the rear brick wall of 301 / 303 Columbus Avenue, refer to photographs 7 and 8. The wall is 13 feet tall along a length of 34 feet 2 inches and then tapers down to a 6-foot height at the west end. Suffolk Construction retained CCA to design a temporary repair. The repair consisted of tying the foundation wall back to the basements of the buildings south of the wall with a series of 2-1/2 inch diameter steel rods.

   The retaining wall is located approximately 6 feet south of the slurry foundation wall of 131 Dartmouth Street. The parking area located on the high side of the wall has access to Columbus Avenue. Cranes and concrete delivery trucks were parked adjacent to the top of the retaining wall.

   The wall will need to be demolished and reconstructed with a foundation suitable for the local soil conditions. Enclosed in Attachment 3 are two sketches of a proposed new retaining wall that was prepared by GZA. One of the sketches is for the

C. A. PRETZER ASSOCIATES, INC.

Fireman's Fund Insurance Company
301 Columbus LLC
August 19, 2002
Page 3

proposed wall section that will be required where the wall is tallest. The second sketch shows the wall section at the shortest location. The volume of concrete for the 36 feet 10 inches of sloping wall can be estimated using the average of the two wall sections. The retaining wall will need to be supported on piles. Based on the nearby subsurface data for the adjacent 131 Dartmouth Street project, it appears piles will need to be about 50 feet long. Approximately 34 12-inch-square prestressed, precast concrete piles will be required. Mr. Campagna has estimated the cost of the piles to be approximately $42,000.

2. Foundation and masonry wall damage: The foundation at the rear of 317 and 319 Columbus Avenue settled during the course of construction. The wall settled when an existing caisson foundation was being removed. The masonry wall was subsequently compromised and was removed. The roof and floor structures were shored, refer to photographs 9 and 10.

The existing damaged foundation wall will need to be removed and a new exterior masonry wall on a foundation suitable for local soil conditions will need to be installed. New masonry bearing walls reinforced to meet current building code requirements will then be constructed to support the building floor and roof structures.

The new concrete foundation wall will be reinforced concrete; 12 inches thick and 4 feet deep. The foundation wall will be reinforced to create a grade beam and will be supported on piles. Mr. Campagna estimated that six 12-inch-square prestressed, precast concrete piles will be required, approximately 50 feet long. He estimated the cost of the piles to be approximately $17,000.

3. Basement floor, 301 / 303 Columbus Avenue: The concrete basement floor has numerous cracks in it. The cracks have uneven surfaces approximately 3/8 of an inch differential from one side to the other, refer to photographs 11, 12, and 13. I observed an opening in the floor at the rear of the building that was formed in the concrete, exposing earth. The earth has settled approximately 1 inch below the concrete floor. Therefore, additional concrete floor settlement can be anticipated due to the voids that exist below the slab.

The pre-construction video documented that there were numerous cracks in the concrete floor. However, the video did not comment on or focus on any locations where there was a differential settlement of the concrete floor in the basement. Mr. Sullivan provided us with elevation monitoring data of the floor slab obtained while construction was in progress. The data indicates that the floor slab had shifted during that time period.

## C. A. PRETZER ASSOCIATES, INC.

Fireman's Fund Insurance Company
301 Columbus LLC
August 19, 2002
Page 5

reinforcing steel, and prior patches are evident, refer to photographs 24 and 25. However, the excavation activities were extensive and certainly capable of disrupting the building at 301 / 303 Columbus Avenue. Suffolk Construction provided me with building elevation monitoring data for 301 / 303 Columbus Avenue taken while construction was occurring. The data indicated that building settlement occurred at both the front and rear of the building. The pre-existing poor condition of the façade could have been aggravated as a result of the construction activities causing a shift in the façade, with the stone falling to the ground during the days following the disturbance.

The blocks adjacent to the one that fell are out of alignment, as shown in photograph 26. It is my engineering opinion that only damage to the block that fell and the adjacent blocks above the same second floor window can be attributed to the adjacent construction activity at 131 Dartmouth Street. It is my engineering opinion that the cost of repairs needs to include resetting of stones above the second floor window in question. However, it must be noted that the entire façade at 301 / 303 Columbus Avenue is in disrepair and is vulnerable to damage from wear and tear and activities unrelated to construction activity at 131 Dartmouth Street. The building owners need to address, independent of this project, stabilizing the façade to prevent additional damage or injury to pedestrians.

8. **Brick wall, rear of 301 / 303 Columbus Avenue**: Mr. Choo, P.E., stated that the brick wall at the rear of the building is out of plumb and should be removed and rebuilt. I visually observed the rear of the building at 301 / 303 Columbus Avenue, refer to photographs 27 and 28.

It is my engineering opinion that there is no evidence to support Mr. Choo's concerns. It is my engineering opinion that no repair work other than repointing of fresh cracks is required.

9. **Roof leaks at 317 and 319 Columbus Avenue**: Mr. Choo observed roof leaks at the rear of the building following the foundation movement, prior to the removal of the masonry walls.

The wall-to-roof intersection will need to be properly flashed and sealed when the wall is replaced.

10. **Stepped-out brick veneer at 301 / 303 Columbus Avenue**: There is a stepped-out brick veneer that was added on the exterior of the building. It is my understanding that the building that was demolished adjacent to 301 / 303 Columbus Avenue was constructed first. Thus, when the adjacent wall was demolished, an uneven and porous condition remained in place. The stepped-out brick veneer wall was constructed to enclose this condition, refer to photographs 30 and 31. There is a gap

C. A. PRETZER ASSOCIATES, INC.

Fireman's Fund Insurance Company
301 Columbus LLC
August 19, 2002
Page 6

at both the front and rear of the stepped-out brick veneer to original exterior wall. I observed that nails were used to fasten brick ties into the original brick wall. The veneer wall has pulled away. There are no indications that this movement is new or a result of the construction activity on the adjacent property. The use of nails to secure the brick ties is inadequate.

It is my engineering opinion that this item not be included in appraising the cost of damages as a result of the construction at 131 Dartmouth Street.

**GEOTECHNICAL REVIEW**

As mentioned above, I worked with Mr. Nicholas Campagna, Jr., P.E., of GZA GeoEnvironmental, Inc. Mr. Campagna reviewed the excavation activities for 131 Dartmouth Street and prepared the following summary:

*131 Dartmouth Street Building Excavation Support Plans*

"The excavation support plans show an earth retaining wall (slurry wall) around the perimeter of the excavation with bracing provided at several levels. Bracing consists of a mixture of struts (horizontal internal supports), rakers (angled internal supports) and tiebacks (angled exterior supports anchored in soil on adjacent property). In the area of the excavation adjacent to the referenced Columbus Avenue properties the slurry wall is 2-1/2 feet thick, panels are 19 to 25 feet in length and panels extend to depths of approximately 53 feet. The excavation for the mat in that area extends to about 38 feet deep. There are two levels of bracing at 9-1/2 feet and 28-1/2 feet below the top of the slurry wall. Over a majority of the area the bracing is tiebacks with struts over the remainder of the area. The two levels of tiebacks angle back and downward onto the adjacent properties."

*Preliminary Conclusions*

"Based on the above preliminary information and my site observations, it is my engineering opinion that the underground construction at the 131 Dartmouth Street building contributed to the settlements and movements of structures on the adjacent properties. The retaining wall and the rear of the above noted buildings are very close to the slurry wall that supported the deep excavation. Some lateral movement of the slurry wall has likely occurred causing settlement behind the wall. Also, the installation of tiebacks under the adjacent property and the loss of ground during nearby caisson removal probably contributed to additional settlement. The tilting of the retaining wall was likely further aggravated by the heavy equipment loads behind it."

## C. A. PRETZER ASSOCIATES, INC.

Fireman's Fund Insurance Company
301 Columbus LLC
August 19, 2002
Page 7

**CONCLUSION**

Based on the above, it is our engineering opinion that construction activity at 131 Dartmouth Street has caused damage to the properties from 301 to 319 (odd numbers) Columbus Avenue. The specific damage is described in the item-by-item portion of the report above.

There are three categories of damage. The first category includes items that were clearly damaged as a result of the adjacent construction activity. These items include:

- Item 1, Retaining wall.
- Item 2, Foundation and masonry wall at the rear of 317 and 319 Columbus Avenue.
- Item 9, Roof leak associated with item 2.

The second category of damage includes items that, in our engineering opinion, can be identified as having occurred during the time period when construction activity for the excavation of the building site at 131 Dartmouth Street took place and are the types of damage that can be expected to have occurred as a result of the methods of construction used during the foundation excavation and construction. It should be noted that the extent of damage for each of the items listed has been defined to include only what, in our engineering opinion, can be reasonably attributed to the construction activity. Following are the items that fall into this category and will be included in Mr. Page's cost appraisal.

- Item 3, Basement floor of 301 / 303 Columbus Avenue.
- Item 4, Basement floor of 311, 313, and 315 Columbus Avenue.
- Item 5, Brick mortar joints at rear of 301 / 303 Columbus Avenue.
- Item 6, Third floor wall crack at 301 / 303 Columbus Avenue.
- Item 7, Precast concrete façade, 301/303 Columbus Avenue.

Falling into the third category are items that are, in our engineering opinion, not related to the construction activity. It is my engineering opinion that there is insufficient evidence to relate the following items to the construction activity and therefore will not be included in Mr. Page's appraisal:

- Item 8, Brick wall at rear of building 301 / 303 Columbus Avenue.
- Item 10, Stepped-out brick veneer gaps.

C. A. PRETZER ASSOCIATES, INC.

Fireman's Fund Insurance Company
301 Columbus LLC
August 19, 2002
Page 8

Please let me know if I can be of further assistance in this matter.

Very truly yours,

C. A. PRETZER ASSOCIATES, INC.

David Grandpré, P.E.
Project Engineer

DG/sjm
cc:  Mr. Gary Page, J.S. Held, Inc.
     Mr. Nicholas Campagna, GZA GeoEnvironmental, Inc.
     (Norwood, MA)

Enclosures (3):

- Photos
- Sketch Key Plan SK-1
- Retaining Wall Sketches



ZALDASTANI ASSOCIATES, INC.
Consulting Engineers
10 Federal Street
Boston, Massachusetts 02110

Telephone 617-423-5690
Telefax 617-423-5692

31 January 2003

Mr. Keith Beardsley
Heath Properties
301 Columbus Avenue, Suite 2
Boston, Massachusetts 02116

Re: **301-319 Columbus Avenue**
**Structural Investigation**
Boston, Massachusetts

Dear Mr. Beardsley,

The Writer and Mr. Hussam Atwa met with Mr. Keith Beardsley on 15 January 2003 to conduct a visual observation of the existing buildings 301 through 319 Columbus Avenue.

The areas observed were basement floors, walls, ceilings (Buildings 301, 303, 305, 307, 309, 311, 313, 315), masonry walls/foundation damage (Buildings 317 & 319) and the retaining walls south of the exterior brick wall at 131 Dartmouth Street.

Listed below are our findings/observations and recommendations:

| FINDINGS / OBSERVATIONS | RECOMMENDATIONS |
|---|---|
| 1. **Buildings 301, 303**<br>(**Basement Floor, Walls, 3rd Floor**) | |
| A. Slab cracks from ¼" to ½" running across the floor (east-west direction) in several places. The uneven slab surfaces between the cracks indicates differential settlement ranging from ½" to ¾". (Exhibit No's. 1, 2 and 3) | A. Remove existing slab. Recompact existing slab base (add structural fill as required to match original grade) to 95% compaction, and pour new slab. |
| B. The bottom portion of the fire escape stair located on the north wall of the building was cut 2'-0" ± above the finish grade at ground level. (Exhibit No. 4) | B. Fix existing stair at fire escape and provide concrete base to attach stair stringers. |

Mr. Keith Beardsley
Page Two

| FINDINGS / OBSERVATIONS | RECOMMENDATIONS |
|---|---|
| C. Excavation between the north wall and 131 Dartmouth Street project brought down ground level to 2'-0" below exit door. Existing concrete slab in front of exit door was cut. (Exhibit No. 5) | C. Raise grade to the level prior to construction at 131 Dartmouth Street. Provide walk-out concrete slab outside the exit door to match existing. |
| D. Ground settlement in front of the west door near the northwest corner of the building. (Exhibit No. 6) | D. Recompact the settled area in front of the door to 95% compaction. Add structural fill as required to bring the ground to its original level prior to 131 Dartmouth Street construction. |
| E. Fresh diagonal cracks on interior/exterior walls. (Exhibits No. 7, 8, & 9) | E. Fresh diagonal cracks on exterior/interior walls adjacent to 131 Dartmouth Street (north wall: portion of wall up to brick add-on wall) should be retooled/repointed to prevent water infiltration in the wall. The diagonal crack on the drywall at third floor bottom left corner of the window should be replaced and painted to match existing. |
| F. A piece of concrete block façade is missing above the window at the south wall of the building. (Exhibit No. 10) | F. The piece of granite that fell during construction may have disrupted other areas of the wall. The façade wall is not in good shape and should to be repaired. The protective scaffolding should not be removed until all repair activities are completed. |

2. **Buildings 305, 307 & 309 (Basement)**

| | |
|---|---|
| A. Lateral steel supports along the north wall (basement) with 2½" diameter steel rods drilled through the wall and tied to the retaining wall outside (See Item 5A). (Exhibits No. 11, 12 & 14) | A. Remove lateral supports on the wall and patch all holes. |

Mr. Keith Beardsley
Page Three

| FINDINGS / OBSERVATIONS | RECOMMENDATIONS |
|---|---|

3. **Buildings 311, 313 & 315 (Basement)**

A. Slab cracks ½" ± at the rear end of the basement. Uneven slab cracks would indicate differential settlement. (Exhibit No. 13)

A. Remove and replace existing slab. See Item 1A for details (similar).

4. **Building 317-319**

A. The foundation at the rear of the building has settled due to the removal of an existing caisson. The integrity of the masonry bearing wall above was affected and was removed later. Temporary scaffold support was provided to replace the masonry bearing wall being removed. (Exhibit No. 15).

A. Replace existing foundation and masonry walls in accordance with C.A. Pretzer Associates recommendation. The new wall connection to existing roof should be flushed and sealed properly. Other items on the affected area prior to the removal of masonry wall should be replaced completely.

5. **Retaining Wall**

A. the existing retaining wall in line with the north brick wall of Building 301/303 has leaned 8" ± on the top and 2" ± on the bottom beyond the brick wall. Temporary repair was provided by the Contractor of 131 Dartmouth Street by a series of 2½" diameter steel rods tied between the retaining wall and the basement walls of Buildings 305 through 315. (Exhibits No. 16 & 17).

A. Replace existing retaining wall and foundations in accordance with C.A. Pretzer Associates recommendation. Furthermore, finish grade to be brought up to its original condition.

COMMENTS

1. We conducted a visual observation to verify the extent of structural damage to existing buildings 301 through 319 Columbus Avenue, as a result of building construction at 131 Dartmouth Street in conjunction with the report prepared by C.A. Pretzer Associates dated 19 August 2001. Please note the following items in addition to C.A. Pretzer's report as follows:

Mr. Keith Beardsley
Page Four

### Building 301/303 (Recommendations Listed Above)

- Bottom part of existing fire escape stair was cut off 2"-0" above finish grade. See Item 1B above.
- Existing walk-out slab on back door (north wall) was cut off due to excavation. See Item 1C above.
- Ground settlement in front of the west door at the northwest corner. See Item 1D above

### Building 305/307/309 (Recommendations Listed Above)

- Holes on north wall created by the lateral supports attachments to the existing retaining wall. See Item 2A above.

2. Review of the soil settlement and displacement readings recorded by Haley & Aldrich to monitor the construction at 131 Dartmouth Street dated July 26, August 1, and August 26, 2001 (partial plans attached) showed the vertical movement of Buildings as follows:

| Building | Reference Point | Survey Date | Cumulative Movement Since 4/28/00 (Inches) From | To | Previous Survey Data | Movement Since Previous Survey From | To |
|---|---|---|---|---|---|---|---|
| 301 Col. | CA-1 to CA-8 | 07/26/01 | -0.594 | -1.967 | - | - | - |
| 315 Col. | CA-1 to CA-13 | 07/26/01 | -0.239 | 1.846 | - | - | - |
| 315 Col. R. Wall | CRW-1 to CRW-4 | 07/26/01 | -06.804 | -6.804 | - | - | - |
| 301 Col. | CA-1 to CA-8 | 08/02/01 | -0.606 | -1.943 | 07/26/01 | 0.06 | -0.024 |
| 315 Col. | CA-1 to CA-13 | 08/02/01 | -0.239 | -1.726 | 07/26/01 | 0.00 | -0.120 |
| 315 Col. R. Wall | CRW-1 to CRW-4 | 08/02/01 | -06.792 | -6.792 | 07/26/01 | 0.012 | 0.012 |
| 301 Col. | CA-1 to CA-8 | 08/16/01 | -0.546 | -1.907 | 08/02/01 | 0.06 | 0.012 |
| 315 Col. | CA-1 to CA-13 | 08/16/01 | -0.215 | -2.668 | 08/02/01 | 0.156 | -0.024 |
| 315 Col. R. Wall | CRW-1 to CRW-4 | 08/16/01 | -6.732 | -6.732 | 08/02/01 | 0.06 | 0.06 |

Legend:

    Col. = Columbus Avenue
    R. Wall = Retaining Wall

Mr. Keith Beardsley
Page Five

Notes:

1) Positive movement indicates heave.
2) Negative movement indicates settlement.
3) Building 301 means 301, 303
4) Building 315 means 305, 307, 309, 311, 313, 315, 317, 319.

The Table on Page 4 indicates that Buildings 301 and 315 have an average cumulative settlement of 2" ± from April 28, 2000 to August 16, 2001. The settlement may have contributed to basement slab and wall cracks but the construction activity at 131 Dartmouth Street caused severe damage to the buildings and the retaining wall.

Very truly yours,

ZALDASTANI ASSOCIATES, INC.

Domingo V. Mateo
Senior Structural Engineer

Enclosures        Exhibits No. 1 through No. 17
                  Key Plan SK-S1
                  Haley & Aldrich – Geotechnical instrumentation (3 Sheets)



301 Columbus, L.L.C.
Boston, MA
CAPA 202151.20

Photograph 1

301-303 Columbus
Avenue has scaffolding
erected on the left and
front sides.



Photograph 2

A building was previously
located between 303 and
311 Columbus Avenue. A
basement remains below
this lot.



Photograph 3

This one story building is
311, 313, 315, 317 & 319
Columbus Avenue.



301 Columbus, L.L.C.
Boston, MA
CAPA 20215120

Photograph 4

131 Dartmouth Street
under construction, to the
north of Columbus
Avenue.



Photograph 5

Picture of a photo taken
from the fire escape of
301 Columbus Avenue
looking at the excavation
for 131 Dartmouth Street.



Photograph 6

Project sign for 131
Dartmouth Street.



301 Columbus, L.L.C.
Boston, MA
CAPA 202151.20

Photograph 7

Item 1 – Retaining wall.
View of tie rod installed
after the wall moved.

Photograph 8

Item 1 – Retaining wall.



301 Columbus, L.L.C.
Boston, MA
CAPA 202151.20

Photograph 9

**Item 2 – Foundation Damage.**



Photograph 10

Item 2 – Masonry walls.



301 Columbus, L.L.C.
Boston, MA
CAPA 20215120

Photograph 11

**Item 3 – Basement floor
301 & 303 Columbus
Avenue.** The floor is
uneven at cracks, one side
is 3/8" lower.



Photograph 12

**Item 3 – Basement floor
301 & 303 Columbus
Avenue.** There is a low
area of the floor.



Photograph 13

**Item 3 – Basement floor
301 & 303 Columbus
Avenue.** Monitoring
points on high and low
sides of floor cracks.



301 Columbus, L.L.C.
Boston, MA
CAPA 202151.20

Photograph 14

**Item 4 – Basement floor
311, 313 & 315
Columbus Avenue.** The
basement was used as
temporary offices for
contractors working on
131 Dartmouth Street.



Photograph 15

**Item 4 – Basement floor
311, 313 & 315
Columbus Avenue.**
Uneven basement floor.



Photograph 16

**Item 4 – Basement floor
311, 313 & 315
Columbus Avenue.**
Uneven basement floor.



301 Columbus, L.L.C.
Boston, MA
CAPA 202151.20

Photograph 17

**Item 5 – Brick mortar joint and brick cracks.**



Photograph 18

**Item 5 – Brick mortar joint cracks.**



Photograph 19

**Item 6 – Third floor wall crack.**



301 Columbus, L.L.C.
Boston, MA
CAPA 202151.20

Photograph 20

**Item 6 – Third floor wall crack.**



Photograph 21

**Item 7 – Pre-cast concrete. A piece of the façade fell to the ground.**





301 Columbus, L.L.C.
Boston, MA
CAPA-20215L20

Photograph 22

**Item 7 – Pre-cast concrete.** The pre-cast concrete stone fell from above a second floor window.



Photograph 23

**Item 7 – Pre-cast concrete.** The stone rested on a steel angle and was held in place with mortar.



301 Columbus, L.L.C.
Boston, MA
CAPA 20215120

Photograph 27

**Item 8 – Brick wall 301 & 303 Columbus Avenue.** Rear brick wall.



Photograph 28

**Item 8 – Brick wall 301 & 303 Columbus Avenue.** The rear brick wall is structurally sound.



Photograph 29

**Item 9 – Roof leaks at 317 & 319 Columbus Avenue.** The roof leaked at the rear wall prior to the dismantling of the masonry.



301 Columbus, L.L.C.
Boston, MA
CAPA 202151.20

Photograph 30

Item 10 – Stepped out
brick veneer.

Photograph 31

Item 10 – Stepped out
brick veneer. Pencil is
pointing at nail used to
secure veneer to older
brick.



- EXTERIOR BRICK WALL OF 131 DARTMOUTH ST.
- 6'-0" TO FACE OF CONCRETE FOUNDATION WALL

SLOPED RETAINING WALL     13' HIGH RETAINING WALL

- ⑧BRICK WALL PLUMBNESS
- ②MASONARY WALLS & FOUNDATION DAMAGE

6'-0" HIGH     13'-0" HIGH
36'-10"
34'-2"

- ⑥INTERIOR WALL CRACK THIRD FLOOR
- ①ROOF LEAKS

71'-0"

95'-0"

- ①LEANING RETAINING WALL WITH TEMP. TIE-BACKS
- ⑤DIOGONAL STEP CRACKS IN BRICKS, INTERIOR & EXTERIOR
- ⑩GAPS BETWEEN BRICK ADD-ON WALL & ORIGINAL BUILDING
- ③BASEMENT FLOOR CRACKS

STEPPED OUT BRICK VENEER

- ④SLAB CRACKS AND SLOPING FLOOR

- BASEMENT BELOW

- ⑦PRECAST CONCRETE BLOCK FELL OFF FACADE

319, 317          315, 313, 311          309, 307, 305          303 & 301

⟵ COLUMBUS AVE ⟶

① KEY PLAN
SK-1  SCALE: NTS

CALLED
NORTH    NORTH

PREPARED FOR:
301-319 COLUMBUS AVE
BOSTON, MA

C.A. PRETZER ASSOCIATES INC.
STRUCTURAL ENGINEERS
50 Freeway Drive
Cranston, R.I. 02920
TEL. 401-785-2680   FAX. 401-461-8360
DESIGN, CONSULTATION, INVESTIGATION

301-319 COLUMBUS AVE
KEY PLAN

SK-1

FILE NO. 202151.20     DATE: 8/19/02     ATTACHMENT 2

07/25/2002 14:57 FAX 781 278 5701    GZA    🏿003
07/24/02  12:38 FAX 401 751 8613    GZA    → GZA    🏿002

**GZA** GZA GEOENVIRONMENTAL, INC.
Engineers and Scientists
140 BROADWAY  PROVIDENCE, RHODE ISLAND 02903
(401) 421-4140

JOB _305-315  COLUMBUS AVE N32553_
SHEET NO. ___1___  OF ___2___
CALCULATED BY ___JSM___  DATE _7/19/2002_
CHECKED BY _____  DATE _____
SCALE _1/2" = 1'_



PROPOSED 6-FOOT HIGH CAST-IN-PLACE CONCRETE RETAINING WALL

EXISTING PARKING LOT

PROPOSED CAST-IN-PLACE CONCRETE WALL

SCALE 1/2" = 1'

## CERTIFICATION

I hereby certify that the PLAINTIFF'S 26(a) INITIAL DISCLOSURES has been mailed this 7th day of October, 2004, first class mail, postage prepaid to the following:

John F. Toomey, Esq.
Patricia A. Larkin, Esq.
Toomey & Yudysky, LLP
99 Summer Street
Boston, MA  02110
(Suffolk Construction Co., Inc.
Sullivan Properties d/b/a 131 Dartmouth)

Michael R. Libor, Esq.
Morgan, Lewis & Backius, LLP
1701 Market Street
Philadelphia, PA  19103-2921
(Sullivan Properties)

Erik Loftus, Esq.