IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY<br>As Subrogee of<br>301 Columbus Avenue, LLC<br>777 Marin Drive<br>Novado, California 94998<br><br>        Plaintiff<br><br>    v.<br><br>SUFFOLK CONSTRUCTION COMPANY, INC.<br>65 Allerton Street<br>Boston, MA  02119<br><br>and<br><br>SULLIVAN PROPERTIES, INC<br>d/b/a 131 Dartmouth St. LLC<br>200 State Street, 12th Floor<br>Boston, MA  02109<br>        Defendants | CIVIL ACTION NO.<br>04-10872 EFH<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>November 4, 2004 |

---

### PLAINTIFF'S MOTION TO WITHDRAW AS AGAINST SULLIVAN PROPERTIES

NOW COMES Plaintiff, Fireman's Fund Insurance Company (hereinafter "FFIC") by and through its undersigned counsel, hereby withdraws its complaint as against Sullivan Properties, Inc.

-2-

THE PLAINTIFF,

By: _____
Erik Loftus, Esq.
Law Offices of Stuart G. Blackburn
2 Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
Tel. (860) 292-1116
Fax (860) 292-1221
BBO # 656315

## CERTIFICATION

I hereby certify that the PLAINTIFF'S MOTION TO WITHDRAW AS AGAINST SULLIVAN PROPERTIES has been mailed this 4th day of November, 2004, first class mail, postage prepaid to the following:

John F. Toomey, Esq.
Patricia A. Larkin, Esq.
Toomey & Yudysky, LLP
99 Summer Street
Boston, MA 02110
(Suffolk Construction Co., Inc.
Sullivan Properties d/b/a 131 Dartmouth)

_____
Erik Loftus, Esq.