```
                                                FILED
                                              ...KS OFFICE

                                          ...5 FEB 28  P 2: 05
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

FIREMAN'S FUND INSURANCE
COMPANY
As Subrogee of
301 Columbus Avenue, LLC          :     CIVIL ACTION NO.
777 Marin Drive                   :     04-10872 EFH
Novado, California 94998

        Plaintiff

   v.

SUFFOLK CONSTRUCTION COMPANY,
INC.
65 Allerton Street
Boston, MA  02119

and

131 DARTMOUTH STREET LLC
535 Boylston Street, 10th Floor
Boston, MA  02109                 :     February 22, 2005
        Defendants

---

### PLAINTIFF'S MOTION TO COMPEL

Pursuant to Federal Rule of Civil Procedure 37 (b), undersigned counsel for the Plaintiff hereby requests that the Court compel the Defendant Suffolk Construction Company to respond to its interrogatories and requests for production.

In support of this motion, undersigned counsel hereby represents that it erroneously served interrogatories and requests for production upon the Defendant Suffolk Construction Company dated July 23, 2004, prior to the scheduling conference.

However, on November 1, 2004, shortly after the September 22, 2004 scheduling conference, the Plaintiff renewed its requests. The Defendant Suffolk Construction Company has since failed to answer or object to those interrogatories and requests for production despite repeated requests.

WHEREFORE, the Plaintiffs respectfully request an order by the Court to compel the Defendant Suffolk Construction Company to respond to the Plaintiffs' interrogatories and requests for production dated July 23, 2004.

Dated: February 21, 2005

THE PLAINTIFF,

By: _____
Erik Loftus, Esq.
Law Offices of Stuart G. Blackburn
2 Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
Tel. (860) 292-1116
Fax (860) 292-1221
Fed.Ct. # 656315

## CERTIFICATION

I hereby certify that the PLAINTIFF'S MOTION TO COMPEL has been mailed this 22nd day of February, 2005, first class mail, postage prepaid to the following:

John F. Toomey, Esq.
Patricia A. Larkin, Esq.
Toomey & Yudysky, LLP
99 Summer Street
Boston, MA 02110
(Suffolk Construction Co., Inc.
Sullivan Properties d/b/a 131 Dartmouth)

_____
Erik Loftus, Esq.