UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 FEB 28  P 2: 26
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY )<br>As Subrogee of 301 Columbus Avenue, LLC )<br>777 Marin Drive )<br>Novado, California 94998, )<br>    Plaintiff )<br>)<br>VS. )<br>)<br>SUFFOLK CONSTRUCTION COMPANY, INC. )<br>65 Allerton Street )<br>Boston, MA 021109, )<br>)<br>and )<br>)<br>131 DARTMOUTH ST. LLC )<br>535 Boylston Street, 10th Floor )<br>Boston, MA 02109, )<br>    Defendants )  | Case No. 04-10872EFH |

## STIPULATION TO EXTEND TIME

The Defendants, Suffolk Construction Co., Inc. and 131 Dartmouth Street LLC, and the Plaintiff, Fireman's Fund Insurance Company, As Subrogee of 301 Columbus Avenue, LLC, hereby stipulate and agree that Defendant, Suffolk Construction Company, Inc., may have up to and including March 24, 2005 to respond to the Plaintiff's Motion to Compel.

Assented to:
The Plaintiff,
Fireman's Fund Insurance Company,
As Subrogee of 301 Columbus Avenue LLC,
By its attorneys,

_____
Stuart G. Blackburn, Esquire, BBO #549797
Erik Loftus, Fed. Ct. # 656315
LAW OFFICES OF STUART G. BLACKBURN
2 Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
(860)292-1116

Date: 2/25/05

The Defendants,
Suffolk Construction Company, Inc.
and 131 Dartmouth Street LLC,
By their attorneys,

_____
John F. Toomey, BBO # 500160
Patricia A. Larkin, BBO # 561642
TOOMEY & YUDYSKY LLP
99 Summer Street
Boston, MA 02110
(617) 946-0930

## CERTIFICATE OF SERVICE

I, Patricia A. Larkin, counsel for the Defendants, Suffolk Construction Company, Inc. and 131 Dartmouth Street LLC, do hereby certify that I served a copy of the foregoing **STIPULATION TO EXTEND TIME** on all parties to this action by mailing a copy of same, postage prepaid, to their counsel of record:

Stuart G. Blackburn, Esquire
Erik Loftus, Esquire
LAW OFFICES OF STUART G. BLACKBURN
2 Concorde Way
P.O. Box 608
Windsor Locks, CT 06096

Date: 2/25/05         Attorney: _____

ECF. 58400.1 2/25/05

2