UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIREMAN'S FUND INSURANCE COMPANY )
As Subrogee of 301 Columbus Avenue, LLC )
777 Marin Drive )
Novado, California 94998, )
    Plaintiff )
)
VS. )
)
SUFFOLK CONSTRUCTION COMPANY, INC. )   Case No. 04-10872EFH
65 Allerton Street )
Boston, MA 021109, )
)
and )
)
131 DARTMOUTH STREET LLC )
535 Boylston Street, 10th Floor )
Boston, MA 02109, )
    Defendants )

### DEFENDANT, 131 DARTMOUTH STREET LLC'S
### INITIAL DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 26(a)(1)

Now comes the Defendant, 131 Dartmouth Street LLC ("131 Dartmouth"), pursuant to Fed.R.Civ.P. 26(a)(1) and makes the following initial disclosures:

**A. INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT 131 DARTMOUTH MAY USE TO SUPPORT ITS CLAIMS OR DEFENSES**

1. The following individuals have knowledge of the work performed at the job, which gave rise to the insurance claim in dispute:

- Scott Menard, Project Executive
  Suffolk Construction Company, Inc.
  65 Allerton Street
  Boston, MA 02119

- Ralph Whiteman, Executive Vice President, Field Operations
  Suffolk Construction Company, Inc.
  65 Allerton Street
  Boston, MA 02119

- Robert Prendergast of NET Manager LLC for 131 Dartmouth Street LLC
  131 Dartmouth Street
  6th Floor, Boston, MA 02116

**B. DOCUMENTS THAT 131 DARTMOUTH MAY USE TO SUPPORT ITS CLAIMS OR DEFENSES (attached)**

Contract between 131 Dartmouth Street LLC and Suffolk.

**C. COMPUTATION OF DAMAGES**

Not applicable.

**D. INSURANCE AGREEMENTS (attached)**

St. Paul Fire & Marine Insurance Company Commercial General Liability policy number KG02900640, effective June 26, 2000 – June 26, 2003.

The Defendant,
131 Dartmouth Street LLC,
By its attorneys,

John F. Toomey, BBO #500160
Patricia A. Larkin, BBO #561642
TOOMEY & YUDYSKY, LLP
99 Summer Street
Boston, MA 02110
(617) 946-0930

Date: 3/17/05

## CERTIFICATE OF SERVICE

    I, John F. Toomey, counsel for the Defendant, 131 Dartmouth Street LLC, hereby certify that I served a copy of the foregoing **DEFENDANT, 131 DARTMOUTH STREET LLC'S INITIAL DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 26(a)(1),** on all parties to this action by mailing a copy of same, postage prepaid, to their counsel of record:

Stuart G. Blackburn, Esquire  
Law Offices of Stuart G. Blackburn  
2 Concorde Way  
P.O. Box 608  
Windsor Locks, CT 06096

Date: 3/17/.5          Attorney: _____

ECL 56370.1 3/16/05