UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIREMAN'S FUND INSURANCE COMPANY )
As Subrogee of 301 Columbus Avenue, LLC )
777 Marin Drive )
Novado, California 94998, )
    Plaintiff )
 )
VS. )
 )
SUFFOLK CONSTRUCTION COMPANY, INC. )  Case No. 04-10872EFH
65 Allerton Street )
Boston, MA 021109, )
 )
and )
 )
131 DARTMOUTH ST. LLC )
535 Boylston Street, 10th Floor )
Boston, MA 02109, )
    Defendants )

### DEFENDANT, SUFFOLK CONSTRUCTION COMPANY, INC.'S INITIAL DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 26(a)(1)

Now comes the Defendant, Suffolk Construction Company, Inc. ("Suffolk"), pursuant to Fed.R.Civ.P. 26(a)(1) and makes the following initial disclosures:

### A. INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT SUFFOLK MAY USE TO SUPPORT ITS CLAIMS OR DEFENSES

1. The following individuals have knowledge of the work performed at the job, which gave rise to the insurance claim in dispute:

- Ralph Whiteman, Executive Vice President, Field Operations
  Suffolk Construction Company, Inc.
  65 Allerton Street
  Boston, MA 02119

- Scott Menard, Project Executive
  Suffolk Construction Company, Inc.
  65 Allerton Street
  Boston, MA 02119

- Robert Prendergast of NET Manager LLC
  for 131 Dartmouth Street LLC
  131 Dartmouth Street, 6th Floor
  Boston, MA 02116

### B. DOCUMENTS THAT SUFFOLK MAY USE TO SUPPORT ITS CLAIMS OR DEFENSES (attached)

Contract between 131 Dartmouth Street LLC and Suffolk.

### C. COMPUTATION OF DAMAGES

Not applicable.

### D. INSURANCE AGREEMENTS (attached)

St. Paul Fire & Marine Insurance Company Commercial General Liability policy number KG02900640, effective June 26, 2000 – June 26, 2003.

The Defendant,
Suffolk Construction Co., Inc.,
By its attorneys,

_____
John F. Toomey, BBO #500160
Patricia A. Larkin, BBO #561642
TOOMEY & YUDYSKY, LLP
99 Summer Street
Boston, MA 02110
(617) 946-0930

Date: 3/17/05

2

## CERTIFICATE OF SERVICE

I, John F. Toomey, counsel for the Defendant, Suffolk Construction Company, Inc., hereby certify that I served a copy of the foregoing **DEFENDANT, SUFFOLK CONSTRUCTION COMPANY, INC'S INITIAL DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 26(a)(1),** on all parties to this action by mailing a copy of same, postage prepaid, to their counsel of record:

Stuart G. Blackburn, Esquire
Law Offices of Stuart G. Blackburn
2 Concorde Way
P.O. Box 608
Windsor Locks, CT 06096

Date: 3/17/05                               Attorney: [signature]

ECL 53241.1 3/16/05

3