# INTRODUCTION

The **St Paul**

This policy protects against a variety of losses. There are also some restrictions. We've written this policy in plain, easy-to-understand English. We encourage you to read it carefully to determine what is and what is not covered, as well as the rights and duties of those protected.

Policy Number: KG02900640

NEW JERSEY
METRO PARK PLAZA
ISELIN NJ 08830

---

In return for your premium, we'll provide the protection stated in this policy.

We, us, our, and ours mean **St. Paul Fire and Marine Insurance Company.** We're a capital stock company located in St. Paul, Minnesota.

The words you, your, and yours mean the insured named here, which is a/an

Corporation
SUFFOLK CONSTRUCTION COMPANY, INC.
65 ALLERTON STREET
BOSTON MA 02119

Your policy is composed of General Rules, an explanation of What To Do If You Have A Loss, one or more Coverage Summaries, and one or more Insuring Agreements explaining your coverage. It may also include one or more endorsements. Endorsements are documents that change your policy. The Policy Forms List shows all the forms included when this policy begins.

One of our authorized representatives will also countersign the policy.

This policy will begin on   06/26/2000
and will continue until   06/26/2003

Your former policy number:
is automatically replaced

Your premium for the policy period shown is: $487,608

However, please refer to the Premiums section of the General Rules to see how final premiums are determined.

"THIS IS TO CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THIS POLICY."

_Karl Andrews_   10/12/04
AUTHORIZED REPRESENTATIVE   DATE

---

Our authorized representative is:
2060634
AON RISK SERVICES INC OF MA
99 HIGH STREET
BOSTON MA 02110

_Jay S. Fishman_
President

_[signature]_
Secretary

Authorized Representative          Date

Processing Date 08/22/01   09:11   001

---

40800 Ed. 5-87 Printed in U.S.A.          Introduction
©St.Paul Fire and Marine Insurance Co.1984 All Rights Reserved          Page   1

**POLICY FORM LIST**                                                              The **St.Paul**

Here's a list of all forms included in your
policy, on the date shown below. These forms
are listed in the same order as they appear in
your policy.

| Title | Form Number | Edition Date |
|---|---|---|
| Introduction - St. Paul Fire And Marine Insurance Company | 40800 | 05-87 |
|     Policy Form List | 40705 | 05-84 |
|     Named Insured Endorsement | 40502 | 01-80 |
| General Rules | 40701 | 09-96 |
| General Rules - Massachusetts | 40730 | 09-96 |
|     Waiver Of Rights Of Recovery Endorsement - Commercial General Liability | 43390 | 10-93 |
|     Contractors Fraud And Misrepresentation Endorsement | G0333 | 09-97 |
|     Assignment Consent Endorsement | 40502 | 01-80 |
|     Cancellation Provision Endorsement | 40502 | 01-80 |
| What To Do If You Have A Loss | 40814 | 11-91 |
|     Notice Of An Event Endorsement | 40502 | 01-80 |
|     Notice Of Accident Claim First Reported | 40502 | 01-80 |
| Commercial General Liability Protection Coverage Summary | 47110 | 01-96 |
| Composite Rated Premium Adjustment Summary | GL088 | 05-95 |
| Commercial General Liability Protection | 47500 | 01-96 |
|     CGL Deductibles Endorsement - Deductibles Apply To Damages & Claim Expenses-Limits Are Reduced By The Deductible Amounts | G0213 | 04-97 |
|     Contractor Professional Services Exclusion Endorsement | 47543 | 01-96 |
|     Contractors Personal Injury Endorsement | G0327 | 09-97 |
|     Contractors Employees As Protected Persons Endorsement | G0329 | 09-97 |
|     Fellow Employee Bodily Injury Endorsement - All Employees | 47167 | 01-96 |
|     Unnamed Partnership, Joint Venture, And Limited Liability Company Exclusion Exception Endorsement | G0348 | 11-97 |
|     Waste Products Or Completed Work Redefined Endorsement | G0349 | 11-97 |
|     Described Premises Or Projects Limitation Endorsement | 43384 | 01-96 |
|     Products And Completed Work Extension Endorsement | 40502 | 01-80 |
|     Vendors Exclusion Endorsement | 40502 | 01-80 |
|     Other Insurance Endorsement | 40502 | 01-80 |
|     Additional Protected Persons Endorsement - Commercial General Liability - Including Completed Work | 40502 | 01-80 |

---

**Name of Insured**              **Policy Number** KG02900640          **Effective Date** 06/26/00
SUFFOLK CONSTRUCTION COMPANY, INC.    **Processing Date** 12/18/00  11:10  002

The St.Paul

Named Insured Endorsement

This endorsement changes your Introduction.

HOW COVERAGE IS CHANGED

We agree that the named insured for this policy includes Suffolk Construction
Company, Inc. and its subsidiary, associated and/or affiliated entities,
successors, or assigns, as now or may hereafter be acquired or formed, and any
corporation or other business organization which any of Named Insureds owns,
operates or controls, including the interest as successor to any corporation
or other business organization acquired, merged or transformed into any of the
foregoing, and any trust, foundations, joint ventures, funds and welfare plans
of any kind had any other interests as now or hereafter related to the insureds
but not specifically named.

We also agree that the named insured for this policy includes the
sub-subcontractors who work at the project site and for whom Suffolk
Construction Company, Inc. has agreed by contract to provide coverage under the
Controlled Insurance Program.

Other Terms

All other terms of your policy remain the same.

| **Name of Insured** | **Policy Number** KG02900640 | **Effective Date** 06/26/01 |
|---|---|---|
| SUFFOLK CONSTRUCTION COMPANY, INC. | **Processing Date** 08/22/01  09:11  001 | |

40502 Ed.1-80 Printed in U.S.A.                Customized Form
●St.Paul Fire and Marine Insurance Co.1980 All Rights Reserved                Page    1

**GENERAL RULES**

TheStPaul

These rules apply to the entire policy unless you're notified otherwise.

---

### Special Rights And Duties Of The First Named Insured

You agree that when more than one insured is named in the introduction, the first named insured has special rights and duties. These rights and duties are explained in the following General Rules:

- Premiums.
- Cancellation.
- Policy Changes.

### Your Policy Period

Insuring agreements in this policy begin at 12:01 a.m., standard time, on the effective date. If this policy replaces policies ending at noon, rather than 12:01 a.m., coverage begins at noon when the old policy ends.

Insuring agreements or endorsements added to this policy after its effective date begin on the effective date of the added agreement.

Coverage ends at 12:01 a.m., standard time, on the expiration date. If all or part of this policy is cancelled for any reason before that date, that coverage will end at 12:01 a.m., standard time, on the cancellation date.

### Premiums

We compute the premium you pay for this policy using information available at the time. So, all or part of your premium may be based on estimates. If estimates are used, we'll compute your actual premium when complete information is available at the end of the policy period. If it's more than you've paid, you'll owe us the difference. If it's less, we'll return the difference.

In any event, you won't pay less than any minimum annual premium agreed on.

The first named insured is responsible for paying all premiums and will be the one to whom we'll pay any return premiums.

In some instances, such as when coverage under your policy is changed, there may be a difference in your premium. If this happens, either you will owe us additional premium or we will owe you a refund. If the difference in premium that you owe us is $15 or less, we'll waive this amount. If the difference in premium we owe you is $15 or less, we won't refund this amount unless you request that we refund it. We'll apply this waiver of premium practice separately each time your policy is endorsed.

You must keep accurate records of the information we'll need to compute your premium. Your agent can explain the type of records we'll need. The first named insured agrees to send copies of these records at the end of each policy period - or any other time we request them.

### Our Right To Inspect And Audit

You agree to let us inspect your property and business operations during normal business hours while this policy is in force. We're not, however, required to make inspections. Nor will we guarantee that your property or operations are safe, or that they conform to any laws, codes, standards or regulations. This rule also applies to any organization which makes insurance inspections, surveys, reports or recommendations for us. You also agree to let us examine and audit your financial books and records that relate to this insurance at any time up to 3 years after this policy ends

### Policy Changes

This policy contains all the agreements between you and us concerning this insurance. The first named insured is

---

**40701 Rev. 9-96 Printed in U.S.A.**
**⦿St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved**

Endorsement

Page 1 of 3

The St.Paul

authorized to make changes in this policy with our consent. This policy can only be changed by a written form included as part of the policy. This form must be signed by one of our authorized representatives.

We make changes in our standard insurance policy forms from time to time. These changes must conform to state law and are filed with insurance supervisory authorities for approval. While your coverage is in force we can make any change in the form of this policy that broadens or extends your coverage. If we do, and the change can be added to your policy without increasing the premium, you'll automatically receive the benefit of the extended or broadened coverage on the day the change is effective in your state.

## Assignment And Transfers

Neither you nor anyone else covered under this policy can assign or turn over your interest in it without our written consent attached to the policy.

However, there is one exception. If you are an individual named insured and you die, your rights and duties will be transferred to your legal representative; but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having temporary custody of your property will have your rights and duties concerning that property.

## Cancellation

The first named insured can cancel this policy in whole or part at any time.

To cancel, the first named insured must deliver the policy or the part to be cancelled to us or to any of our authorized agents. If this isn't possible notify us by mail and include the date coverage is to end. We'll refund the unused premium to the first named insured, less a charge for early cancellation.

If we cancel this policy, we'll mail or deliver a cancellation notice to the first named insured at least 30 days before coverage will end: 10 days if we're cancelling for nonpayment of premium. If

notice is mailed, proof of mailing to the first named insured's last mailing address known to us will be considered proof you were notified. Any unused premium will be refunded to the first named insured as soon as possible. However, the cancellation will be effective whether or not we've made or offered a refund.

## Recovering Damages From A Third Party

Any person protected under this policy may be able to recover all or part of a loss from someone other than us. Because of this, each protected person must do all that's possible after a loss to preserve any right of recovery available. If we make a payment under this policy that right of recovery will belong to us. If we recover more than we've paid, the excess will belong to the person who had the loss. But we'll deduct our recovery expenses first.

## Fraud And Misrepresentation

This policy is void if you or any other protected person hide any important information from us, mislead us, or attempt to defraud or lie to us about any matter concerning this insurance - either before or after a loss. Of course, everyone makes mistakes. Unintentional errors or omissions won't affect your rights under this policy

## Appraisal Of Property Disputes

If your policy includes property insurance and agreement can't be reached on the amount of a property loss or the value of the property, the following procedure will be used:

1.  One of us will make a written demand for an appraisal.

2.  Each will select a competent and impartial appraiser and notify the other of the selection within 30 days of the demand.

3.  The appraisers will select a competent and impartial umpire. If they can't agree on an umpire, either may ask that one be selected by a judge of a court having jurisdiction.

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

The St Paul

4. The appraisers will state separately the amount of the loss and the value of the property. If they don't agree, they'll submit their appraisals to the umpire. Agreement of two out of three will be binding..

You'll pay your appraiser and we'll pay ours. Other costs of the appraisal and the umpire will be shared equally by you and us.

If we submit to an appraisal, we'll still retain our right to deny the claim.

## How State Law Affects This Policy

Any part of this policy that conflicts with state law is automatically changed to conform to the law.

## Lawsuits Against Us

No one can sue us to recover under this policy unless all of its terms have been lived up to.

**If your policy includes property insurance.** Any lawsuit to recover on a property claim must begin within 2 years after the date on which the direct physical loss or damage occurred. State law gives you more time for property located in these states:

- North Dakota, North Carolina, Maryland - 3 years
- Wyoming - 4 years; and
- Kansas, Nebraska - 5 years

**If your policy includes liability insurance.** No one can sue us to recover on a liability claim until the amount of the protected person's liability has been finally decided either by a trial or by a written agreement signed by the protected person, by us and by the party making this claim. Once liability has been determined by judgment or by written agreement, the party making the claim may be able to recover under this policy, up to the limits of coverage that apply. But that party can't sue us directly or join us in a suit against the protected person until liability has been so determined.

If the protected person or his or her estate goes bankrupt or becomes insolvent, we'll still be obligated under this policy.

**GENERAL RULES – MASSACHUSETTS – LIABILITY**

The St Paul

These rules apply to your policy to comply with Massachusetts law. As a result, they apply in place of the rules in any other General Rules in your policy to the extent required by Massachusetts law. In addition, they apply to each liability insuring agreement in your policy unless a more specific General Rules applies.

## Special Rights And Duties Of The First Named Insured

You agree that when more than one insured is named in the introduction, the first named insured has special rights and duties. These rights and duties are explained in the following General Rules:

- Premiums.
- Cancellation.
- Policy Changes.

## Your Policy Period

Insuring agreements in this policy begin at 12:01 a.m., standard time, on the effective date. If this policy replaces policies ending at noon, rather than 12:01 a.m., coverage begins at noon when the old policy ends.

Insuring agreements added to this policy after its effective date begin on the effective date of the added agreement.

Coverage ends at 12:01 a.m., standard time, on the expiration date. If all or part of this policy is cancelled for any reason before that date, that coverage will end at 12:01 a.m., standard time, on the cancellation date.

## Premiums

We compute the premium you pay for this policy using information available at the time. So, all or part of your premium may be based on estimates. If estimates are used, we'll compute your actual premium when complete information is available at the end of the policy period. If it's more than you've paid, you'll owe us the difference. If it's less, we'll return the difference.

In any event, you won't pay less than any minimum annual premium agreed on.

The first named insured is responsible for paying all premiums and will be the one to whom we'll pay any return premiums.

In some instances, such as when coverage under your policy is changed, there may be a difference in your premium. If this happens, either you will owe us additional premium or we will owe you a refund. If the difference in premium that you owe us is $15 or less, we'll waive this amount. If the difference in premium we owe you is $15 or less, we won't refund this amount unless you request that we refund it. We'll apply this waiver of premium practice separately each time your policy is endorsed.

You must keep accurate records of the information we'll need to compute your premium. Your agent can explain the type of records we'll need. The first named insured agrees to send copies of these records at the end of each policy period – or any other time we request them.

## Our Right To Inspect And Audit

You agree to let us inspect your property and business operations during normal business hours while this policy is in force. We're not, however, required to make inspections. Nor will we guarantee that your property or operations are safe, or that they conform to any laws, codes, standards or regulations. This rule also applies to any organization which makes insurance inspections, surveys, reports or recommendations for us.

You also agree to let us examine and audit your financial books and records that relate to this insurance at any time up to 3 years after this policy ends.

The **St.Paul**

## Policy Changes

This policy contains all the agreements between you and us concerning this insurance. The first named insured is authorized to make changes in this policy with our consent. This policy can only be changed by a written form included as part of the policy. This form must be signed by one of our authorized representatives.

We make changes in our standard insurance policy forms from time to time. These changes must conform to state law and are filed with insurance supervisory authorities for approval. While your coverage is in force we can make any change in the form of this policy that broadens or extends your coverage. If we do, and the change can be added to your policy without increasing the premium, you'll automatically receive the benefit of the extended or broadened coverage on the day the change is effective in your state.

## Assignment And Transfers

Neither you nor anyone else covered under this policy can assign or turn over your interest in it without our written consent attached to the policy.

However, there is one exception. If you are an individual named insured and you die, your rights and duties will be transferred to your legal representative; but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having temporary custody of your property will have your rights and duties concerning that property.

## Cancellation

The first named insured can cancel this policy in whole or part at any time.

To cancel, the first named insured must deliver the policy or the part to be cancelled to us or to any of our authorized agents. If this isn't possible notify us by mail and include the date coverage is to end. We'll refund the unused premium to the first named insured, less a charge for early cancellation.

If we cancel this policy, we'll mail or deliver a cancellation notice to the first named insured at least 30 days before coverage will end: 10 days if we're cancelling for nonpayment of premium. If notice is mailed, proof of mailing to the first named insured's last mailing address known to us will be considered proof you were notified. Any unused premium will be refunded to the first named insured as soon as possible. However, the cancellation will be effective whether or not we've made or offered a refund.

## Recovering Damages From A Third Party

Any person protected under this policy may be able to recover all or part of a loss from someone other than us. Because of this, each protected person must do all that's possible after a loss to preserve any right of recovery available. If we make a payment under this policy that right of recovery will belong to us. If we recover more than we've paid, the excess will belong to the person who had the loss. But we'll deduct our recovery expenses first.

## Fraud And Misrepresentation

This policy is void if you or any other protected person hide any important information from us, mislead us, or attempt to defraud or lie to us about any matter concerning this insurance - either before or after a loss. Of course, everyone makes mistakes. Unintentional errors or omissions won't affect your rights under this policy.

## How State Law Affects This Policy

Any part of this policy that conflicts with state law is automatically changed to conform to the law.

## Lawsuits Against Us

No one can sue us on a liability claim until the amount of the protected person's liability has been finally decided either by a trial or by a written agreement signed by the protected person, by us and by the party making this claim. Once liability has been determined by judgment or by written agreement, the party making the claim may be able to recover under this policy, up to the limits of coverage that apply. But that

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

## WAIVER OF RIGHTS OF RECOVERY ENDORSEMENT – COMMERCIAL GENERAL LIABILITY

The St Paul

This endorsement changes your General Rules.

### How Coverage Is Changed

The following is added to the Recovering Damages From A Third Party rule. This change waives our right of recovery against certain persons or organizations for certain payments we make under your Commercial General Liability Protection.

We agree that we waive any right of recovery we may have against the person or organization shown below for any payment we make under your Commercial General Liability Protection for covered injury or damage or medical expenses that result from:
• your ownership, maintenance or use of a premises which you own or rent, lease or borrow from others;
• your work, completed work or products; or
• your other activities.

Person or organization:
Any person or organization which a Named Insured has, by contractural agreement executed prior to an occurrence or accident, agreed to waive its recovery rights.

We explain what we mean by your work, your completed work and your products in the Products and completed work total limit section of your Commercial General Liability Protection.

### Other Terms

All other terms of your policy remain the same.

---

**Name of Insured**
SUFFOLK CONSTRUCTION COMPANY, INC.

**Policy Number** KG02900640
**Processing Date** 08/22/01  09:11  001

**Effective Date** 06/26/01

43390 Rev.10-93 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co.1994 All Rights Reserved

Endorsement

Page 1 of 1

**CONTRACTORS FRAUD AND MISREPRESENTATION ENDORSEMENT**    The**StPaul**

This endorsement changes your General Rules.

---

### How Coverage Is Changed

The following replaces the Fraud And Misrepresentation section.

### Fraud And Misrepresentation

**Failure to disclose all hazards.** Failure of any protected persons to disclose all hazards existing as of the inception date of this policy will not prejudice any protected person with respect to the coverage afforded by this policy, provided such failure is not intentional.

**Unintentional errors and omissions.** Coverage provided by this policy will not be invalidated or affected by any unintentional errors, omissions or improper description of premises or operations or other descriptions mentioned in this policy or in information provided to underwriters.

### Other Terms

All other terms of your policy remain the same.

---

The St.Paul

Assignment Consent Endorsement

---

This endorsement changes your General Rules.

HOW COVERAGE IS CHANGED

It is agreed that this policy is issued at the direction of Sponsor who shall be solely responsible for payment of premium. The Contractor and Subcontractor of each tier have assigned to Sponsor:

A. Their rights, titles, and interests to any and all returns of premium, dividends, discounts or other adjustments, and

B. Their rights of cancellation as Additional Named Insureds.

The Company consents to such assignment of rights, title and interest.

---

**Name of Insured**                    **Policy Number** KG02900640            **Effective Date** 06/26/01
SUFFOLK CONSTRUCTION COMPANY, INC.    **Processing Date** 08/22/01  09:11  001

40502 Ed. 1-80 Printed in U.S.A.              Customized Form
©St.Paul Fire and Marine Insurance Co.1980 All Rights Reserved                    Page    1

The St Paul

Cancellation Provision Endorsement

---

This endorsement changes your General Rules.

We agree to provide continuous coverage to you for the term of this project and therefore waive our right of cancellation except for one or more of the following:

1. Nonpayment of premium by the Insured. Nonpayment shall be deemed to have occurred if payment of premium is not received within Sixty (60) days of e the date due.

2. Nonpayment of Loss Fund Reimbursement rightly owing by the insured. Nonpayment of Loss Fund Reimbursement shall be deemed to have occurred if payment of the loss fund reimbursement is not received within Sixty (60) business days of the date billed.

3. Failure of the insured to comply within a reasonable time with our engineering recommendations when such failure would reasonably expose us to unreasonably serious and substantial loss due to the increase in hazards insured against. Such recommendations shall be in writing and will include a mutually agreed-upon date of completion.

4. The reasonableness of the recommendations contained in paragraph 3 above as to the time given to comply and the reasonableness of our opinion relative to their necessity and the opinion as to the violation of paragraph 3 shall be by mutual agreement. However, in the event of failure to reach a mutual agreement within 30 days from the date the insured receives such recommendations or notice of violation of paragraph 3, then within 20 days each party shall select one arbitrator and these arbitrators shall select a third. The three arbitrators shall render a verdict within 30 days which shall be binding on all parties.

5. The First Named Insured, its representative or its CIP Administrator repeatedly withholds evidence of losses or claims for which the Insurer may be liable directly or indirectly under the policy.

6. Any notice under paragraphs 1 or 2 above, by us shall be made by Registered Mail Fifteen (15) days prior to commencement of such cancellation to:
   Suffolk Construction Company, Inc.
   Attn: Steve McDonald, Vice President-CFO
   65 Allerton Street
   Boston, MA  02119

Such Cancellation Notice shall be rescinded, with full continuity of coverage, if payment is made or conditions rectified prior to the effective date of cancellation.

---

| Name of Insured | Policy Number KG02900640 | Effective Date 06/26/01 |
|---|---|---|
| SUFFOLK CONSTRUCTION COMPANY, INC. | Processing Date 08/22/01  09:11  001 | |

40502 Ed.1-80 Printed in U.S.A.          Customized Form
©St.Paul Fire and Marine Insurance Co.1980 All Rights Reserved          Page    1

## WHAT TO DO IF YOU HAVE A LOSS

TheStPaul

You or other protected persons are required to perform the duties described below when a property loss that may be covered under this policy happens or an accident or incident happens that could result in liability damages covered under this policy. Failure to comply could affect coverage. The insuring agreements contained in this policy determine what is covered. As a result, you should read them carefully to understand the extent of the coverage provided.

### When This Policy Provides Property Protection

If there is a property loss that may be covered by property protection provided in this policy you must:

**1.** Notify the police if a law may have been broken.

**2.** Tell us or our agent what happened as soon as possible. Include the time and place of the event, a description of the property and the names and addresses of any witnesses.

**3.** Do what is reasonable and necessary to protect covered property from further damage. Keep a record of your expenses for consideration in your claim.

**4.** If feasible, separate the damaged property from the undamaged and make an inventory of the damaged items.

**5.** Cooperate with us in the investigation and settlement of the claim. Permit us to inspect the damaged property and any records pertaining to your loss as many times as may be required. Permit us to take samples of damaged and undamaged property for testing and analysis.

**6.** Allow us to examine you or any other insured under oath while not in the presence of any other insured. We may do this whenever reasonably required about any matter relating to this insurance or the claim. Any insured we examine must sign a copy of their answers.

**7.** Send us a signed, sworn proof of loss containing the information we need to resolve the claim. You must do this within 60 days after our request. We'll supply the forms. We'll pay within 30 days after we reach agreement with you.

### When This Policy Provides Liability Protection

If an accident or incident happens that may involve liability protection provided in this policy, you or any other protected person involved must:

**1.** Notify the police if a law may have been broken.

**2.** Tell us or our agent what happened as soon as possible. Do this even though no demand for damages has been made against you or any other protected person, but you or another protected person is aware of having done something that may later result in a demand for damages. This notice should include all of the following:
- The time and place of the accident or incident;
- The protected person involved;
- The specific nature of the accident or incident including the type of demand for damages that may result; and
- The names and addresses of any witnesses and injured people.

*Important Notice For Health Care Providers*
If your policy includes one of our claims-made medical professional liability protection insuring agreements, you should also read the When This Agreement Covers Section of that agreement. We won't consider a "Patient Incident Report," "Variance Report," or any other report made for loss prevention purposes to be your report of a claim. This applies even if you send it to us or one of our agents.

**3.** Send us a copy of all written demands. Also send us a copy of all legal documents if someone starts a lawsuit.

**4.** Cooperate and assist us in securing and giving evidence, attending hearings and trials, and obtaining the attendance of witnesses.

**5.** Not assume any financial obligation or pay out any money without our consent. But this rule doesn't apply to first aid given to others at the time of an accident.

---

©St.Paul Fire and Marine Insurance Co.1991 All Rights Reserved

The St.Paul

Notice Of An Event Endorsement

This endorsement changes your What To Do If You Have A Loss.

HOW COVERAGE IS CHANGED

The following is added to Paragraph 2 of the When This Policy Provides Property Protection section and Paragraph 2 of the When This Policy Provides Liability Protection section.

If a claim is made or suit brought against any Protected Person, notice will be given by or on behalf of any Protected Person to the company or any of the authorized representatives as soon as practicable after knowledge thereof is received by Suffolk Construction Company, Inc.

Knowledge of an "event", "claim" or "suit" by the agent, servant or employee of any Protected Person will not in itself constitute knowledge by the Protected Person unless Suffolk Construction Company, Inc. will have received notice from its agent, servant or employee.

Other Terms

All other terms of your policy remain the same.

| **Name of Insured** | **Policy Number** KG02900640 | **Effective Date** 06/26/01 |
|---|---|---|
| SUFFOLK CONSTRUCTION COMPANY, INC. | **Processing Date** 08/22/01   09:11   001 | |

40502 Ed.1-80 Printed in U.S.A.            Customized Form
©St.Paul Fire and Marine Insurance Co.1980 All Rights Reserved            Page    1

The St Paul

Notice Of Accident Claim First Reported

This endorsement changes your What To Do If You Have A Loss.

HOW COVERAGE IS CHANGED

The following is added to Paragraph 2 of the When This Policy Provides
Liability Protection section.

In the event the First Named Insured or its representative reports an
occurrence under any coverage provided by this program, such notice shall
satisfy the reporting requirements in all policies issued by the Insurer to the
First Named Insured.


Other Terms

All other terms of your policy remain the same.

---

**Name of Insured**              **Policy Number** KG02900640        **Effective Date** 06/26/01
SUFFOLK CONSTRUCTION COMPANY, INC.    **Processing Date** 08/22/01  09:11  001

40502 Ed. 1-80 Printed in U.S.A.              Customized Form
©St.Paul Fire and Marine Insurance Co. 1980 All Rights Reserved        Page    1

## COMMERCIAL GENERAL LIABILITY PROTECTION COVERAGE SUMMARY

The St Paul

This Coverage Summary shows the limits of coverage that apply to your Commercial General Liability Protection. It also lists those endorsements, if any, that must have certain information shown for them to apply.

### Limits Of Coverage

| | |
|---|---|
| **General total limit.** | $ 4,000,000 |
| **Products and completed work total limit.** | $ 4,000,000 |
| **Personal injury each person limit.** | $ 2,000,000 |
| **Advertising injury each person limit.** | $ 2,000,000 |
| **Each event limit.** | $ 2,000,000 |
| *Premises damage limit.* | $ 100,000 |
| *Medical expenses limit.* | $ 5,000 |

### Named Endorsement Table

**Important Note:** Only endorsements that must have certain information shown for them to apply are named in this table. The required information follows the name of each such endorsement. Other endorsements may apply too. If so, they're listed on the Policy Forms List.

Described Premises or Project:

    All operations related to the construction of following projects:

    -  131 Dartmouth
    -  Parcel C
    -  Wilkes Passage
    -  St. John of God
    -  Nautica

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** KG02900640 | **Effective Date** 06/26/01 |
| SUFFOLK CONSTRUCTION COMPANY, INC. | **Processing Date** 08/22/01  09:11  001 | |

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved                Page    1

**COMPOSITE RATED PREMIUM ADJUSTMENT SUMMARY**                    The**StPaul**

This summary applies to your:
Commercial General Liability Policy.

## What This Summary Does

All or part of your composite rated premium is estimated because it's based on estimated exposure. This summary shows when and how we'll use actual exposure to figure your actual premium.

*Exposure* means the amount of premium basis developed for each coverage shown in the Premium Adjustment Table.

**When we'll figure your actual premium.** We'll figure your actual premium at the end of the policy year. If an interim audit period is shown, we'll also figure your premium at the end of each such period during the policy year.

You agree to promptly provide your actual exposure for the policy year, and if shown, each interim audit period, when we request that information or make a physical audit.

## How we'll figure your actual premium at the end of the policy year.

We'll multiply your actual exposure by the rate shown in the Premium Adjustment Table. This will determine your actual premium for the policy year. If it's more than the premium we previously charged, you'll pay the balance when due. If it's less, you'll get credit for the difference. But you won't pay less than the highest minimum premium shown for each coverage with an actual exposure for the policy year.

**How we'll figure your actual premium during the policy year.** If an interim audit period is shown, we'll multiply your actual exposure by the rate shown in the Premium Adjustment Table. This will determine your actual premium for that period. You'll pay this premium when due, in addition to any other premium we previously charged.

## Other Terms

All other terms of your policy remain the same.

---

**Interim audit period:**

**Premium Adjustment Table**

The following applies from 06/26/2000   to 06/26/2003  :

Coverage:  Commercial General Liability

| Premium basis | Estimated exposure | Rate applies per $100 | Estimated premium | Minimum premium |
|---|---|---|---|---|
| ☒ WC Payroll | $48,760,764 | X $1.00  = | $487,608 | OR $ |

Premium is estimated and subject to change upon premium audit.

---

| Name of Insured | Policy Number KG02900640 | Effective Date 06/26/01 |
|---|---|---|
| SUFFOLK CONSTRUCTION COMPANY, INC. | | Processing Date 08/22/01  09:11  001 |

The St Paul

The following applies from                    to                    :

Coverage:

| Premium basis | Estimated exposure | Rate applies per | Estimated premium | Minimum premium |
|---|---|---|---|---|
| ☐ | | X          = | $ | OR $ |

The following applies from                    to                    :

Coverage:

| Premium basis | Estimated exposure | Rate applies per | Estimated premium | Minimum premium |
|---|---|---|---|---|
| ☐ | | X          = | $ | OR $ |

The following applies from                    to                    :

Coverage:

| Premium basis | Estimated exposure | Rate applies per | Estimated premium | Minimum premium |
|---|---|---|---|---|
| ☐ | | X          = | $ | OR $ |

# COMMERCIAL GENERAL LIABILITY PROTECTION

The **St.Paul**

This insuring agreement provides general liability protection for your business. There are, of course, limitations and exclusions which apply to that protection. As a result, this agreement should be read carefully to determine the extent of the coverage provided to you and other protected persons.

## Table of Contents

| | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| Bodily injury and property damage liability. | 1 |
| Personal injury liability. | 2 |
| Advertising injury liability. | 3 |
| Medical expenses. | 3 |
| Right and duty to defend a protected person. | 3 |
| Additional payments. | 4 |
| Right to appeal a judgment against a protected person. | 4 |
| **When This Agreement Covers** | 4 |
| Bodily injury and property damage liability. | 4 |
| Personal injury liability. | 4 |
| Advertising injury liability. | 4 |
| Medical expenses. | 4 |
| **Where This Agreement Covers** | 5 |
| **Who Is Protected Under This Agreement** | 5 |
| Individual. | 5 |
| Partnership or joint venture. | 5 |
| Limited liability company. | 5 |
| Corporation or other organization. | 5 |
| Employees and volunteer workers. | 5 |
| Real estate managers. | 7 |
| Landlords. | 7 |
| Equipment lessors. | 7 |
| Operators of registered mobile equipment. | 7 |
| Newly acquired or formed organizations. | 7 |
| Separation of protected persons. | 7 |
| **Limits Of Coverage** | 8 |
| General total limit. | 8 |
| Products and completed work total limit. | 8 |
| Personal injury each person limit. | 9 |
| Advertising injury each person limit. | 9 |
| Each event limit. | 9 |
| How the limits of coverage apply to an extension of the policy period. | 9 |
| How the limits of coverage apply if a total limit is left blank. | 10 |
| **Exclusions – What This Agreement Won't Cover** | 10 |
| Advertising, broadcasting, publishing, or telecasting business. | 10 |
| Aircraft. | 10 |
| Auto. | 10 |
| Breach of contract. | 11 |
| Contract liability. | 11 |
| Control of property. | 13 |
| Damage to your products or completed work. | 13 |
| Deliberately breaking the law. | 14 |
| Employers liability. | 14 |
| Expected or intended bodily injury or property damage. | 14 |
| False material. | 14 |
| Impaired property. | 15 |
| Intellectual property. | 15 |
| Liquor liability. | 15 |
| Material previously made known. | 16 |
| Medical expenses of certain persons. | 16 |
| Mobile equipment. | 16 |
| Nuclear energy liability. | 17 |
| Pollution injury or damage. | 18 |
| Pollution work loss, cost, or expense. | 20 |
| Poor quality or performance. | 20 |
| Product recall. | 20 |
| Unnamed partnership, joint venture, or limited liability company. | 20 |
| Watercraft. | 21 |
| Workers compensation and other benefits laws. | 21 |
| Wrong price description. | 21 |
| **Other Insurance** | 21 |
| Other primary insurance. | 21 |
| Excess insurance. | 21 |
| Methods of sharing. | 22 |

## What This Agreement Covers

**Bodily injury and property damage liability.**
We'll pay amounts any protected person is legally required to pay as damages for covered bodily injury or property damage that:

- happens while this agreement is in effect; and

- is caused by an event.

*Protected person* means any person or organization who qualifies as a protected person under the Who Is Protected Under This Agreement section.

*Bodily injury* means any physical harm, including sickness or disease, to the physical health of other persons. It includes any of the following that results at any time from such physical harm, sickness, or disease:

- Mental anguish, injury, or illness.

- Emotional distress.

- Care, loss of services, or death.

*Property damage* means:

- physical damage to tangible property of others, including all resulting loss of use of that property; or

- loss of use of tangible property of others that isn't physically damaged. For example:

  *One of your employees accidentally causes a fire in your premises. The fire department responds and orders nearby businesses to close for safety reasons while it fights the fire. Your premises is heavily damaged by the fire. But none of the nearby businesses are physically damaged. As a result, we'll consider the period of time those businesses are closed due to your fire to be loss of use of tangible property of others that isn't physically damaged.*

We'll consider all loss of use of:

- damaged tangible property to happen at the time of the physical damage which caused it; and

- undamaged tangible property to happen at the time of the event which caused it.

*Event* means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**Personal injury liability.** We'll pay amounts any protected person is legally required to pay as damages for covered personal injury that:

- results from your business activities, other than advertising, broadcasting, publishing, or telecasting done by or for you; and

- is caused by a personal injury offense committed while this agreement is in effect.

*Personal injury* means injury, other than bodily injury or advertising injury, that's caused by a personal injury offense.

*Personal injury offense* means any of the following offenses:

- False arrest, detention, or imprisonment.

- Malicious prosecution.

- Wrongful entry into, or wrongful eviction from, a room, dwelling, or premises that a person occupies.

- Invasion of the right of private occupancy of a room, dwelling, or premises that a person occupies.

- Libel or slander.

- Making known to any person or organization written or spoken material that disparages the products, work, or completed work of others.

- Making known to any person or organization written or spoken material that violates a person's right of privacy.

*Advertising* means attracting the attention of others by any means for the purpose of seeking customers or increasing sales or business.

*Broadcasting* means transmitting any audio material by radio, or transmitting or televising any audio or visual material by television, for any purpose.

*Publishing* means creating and producing any material in an electronic or printed format for distribution or sale to others for any purpose.

But we won't consider creating and producing any of the following material in an electronic or printed format to be publishing:

- Correspondence written in the conduct of your business.

- Material that describes or reports your business activities, including bulletins, financial or annual reports, and newsletters.

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

*Telecasting* means transmitting or televising any audio or visual material by television for any purpose.

**Advertising injury liability.** We'll pay amounts any protected person is legally required to pay as damages for covered advertising injury that:

- results from the advertising of your products, work, or completed work; and
- is caused by an advertising injury offense committed while this agreement is in effect.

*Advertising injury* means injury, other than bodily injury or personal injury, that's caused by an advertising injury offense.

*Advertising injury offense* means any of the following offenses:

- Libel or slander.
- Making known to any person or organization written or spoken material that disparages the products, work, or completed work of others.
- Making known to any person or organization written or spoken material that violates a person's right of privacy.
- Unauthorized use of any advertising idea, material, slogan, style, or title of others in your advertising.

We explain what we mean by:

- advertising in the Personal injury liability section; and
- your products, your work, and your completed work, in the Products and completed work total limit section.

**Medical expenses.** We'll pay covered medical expenses that result from bodily injury caused by an event which happens while this agreement is in effect, even if the protected person isn't legally required to pay such expenses.

*Medical expenses* means the reasonable expenses incurred by any person or organization for necessary medical services received by a person anytime within one year of the beginning date of an event which causes that person to sustain bodily injury.

*Medical services* includes:

- first aid received at the time of an event;
- ambulance and emergency care services;

- dental, hospital, medical, nursing, surgical, x-ray, and other health care professional services;
- artificial limbs and organs; and
- funeral services.

**Right and duty to defend a protected person.** We'll have the right and duty to defend any protected person against a claim or suit for injury or damage covered by this agreement. We'll have such right and duty even if all of the allegations of the claim or suit are groundless, false, or fraudulent. But we won't have a duty to perform any other act or service.

We'll have the right to investigate any event, offense, claim, or suit to the extent that we believe is proper. We'll also have the right to settle any claim or suit within:

- any applicable deductible; or
- the available limits of coverage.

Our duty to defend protected persons ends when we have used up the limits of coverage that apply with the payment of:

- judgments;
- settlements;
- medical expenses; or
- indemnitee defense expenses assumed under contract.

We explain what we mean by indemnitee defense expenses assumed under contract, and when we'll pay such expenses, in the Contract liability exclusion.

*Claim* means a demand which seeks damages.

*Suit* means a civil proceeding which seeks damages. It includes:

- an arbitration proceeding for such damages to which the protected person must submit, or submits with our consent; and
- any other alternative dispute resolution proceeding for such damages to which the protected person submits with our consent.

*Injury or damage* means:

- bodily injury, personal injury, or advertising injury; or
- property damage.

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

*Offense* means any:
- personal injury offense; or
- advertising injury offense.

**Additional payments.**  We'll have the duty to make only the additional payments shown below in connection with any claim or suit under this agreement against a protected person when we:
- investigate or settle the claim or suit; or
- defend the protected person against the claim or suit.

These payments are in addition to the limits of coverage.

Our duty to make additional payments ends when we have used up the limits of coverage that apply with the payment of:
- judgments;
- settlements;
- medical expenses; or
- indemnitee defense expenses assumed under contract.

We explain what we mean by indemnitee defense expenses assumed under contract, and when we'll pay such expenses, in the Contract liability exclusion.

*Our expenses.*  We'll pay all expenses we incur.

*Bail bonds.*  We'll pay up to $2,500 of the cost of bail bonds that are required because of accidents or violations of traffic laws. But only if the accidents or violations result from the use of a vehicle to which this agreement applies.  We don't have to furnish such bonds.

*Bonds to release property.*  We'll pay the cost of bonds to release property that's being used to secure a legal obligation.  But only for bond amounts within the limit of coverage that applies.  We don't have to furnish such bonds.

*Expenses incurred by protected persons.*  We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or settle, or defend a protected person against, a claim or suit. But we won't pay more than $500 per day for earnings actually lost by the protected person because of time taken off from work.

*Taxed costs.*  We'll pay all costs taxed against any protected person in a suit.

*Prejudgment interest.*  We'll pay the interest that accumulates before a judgment and is awarded against the protected person on that part of a judgment we pay.  But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of our offer.

*Postjudgment interest.*  We'll pay all interest that accumulates on the full amount of that part of a judgment for which we make a payment.  But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

**Right to appeal a judgment against a protected person.**  We'll have the right to appeal a judgment awarded in a suit for injury or damage covered by this agreement if:
- we defend a protected person against the suit; and
- the judgment is awarded against that protected person.

If we appeal such a judgment, we'll pay all expenses which result directly from that appeal, including postjudgment interest and the cost of appeal bonds.  Such appeal expenses are in addition to the limits of coverage.  However, the results of an appeal won't change the limits of coverage that apply under this agreement.

**When This Agreement Covers**

**Bodily injury and property damage liability.** We'll apply this agreement to claims or suits for covered bodily injury or property damage whenever they're made or brought.

**Personal injury liability.**  We'll apply this agreement to claims or suits for covered personal injury whenever they're made or brought.

**Advertising injury liability.**  We'll apply this agreement to claims or suits for covered advertising injury whenever they're made or brought.

**Medical expenses.**  We'll apply this agreement to covered medical expenses only when

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved



they're reported to us within one year of the beginning date of the event.

## Where This Agreement Covers

We'll apply, and make payments under, this agreement:

- only in the coverage territory; and
- only for covered injury or damage that's caused by events or offenses which happen or are committed there.

However, we'll also apply, and make payments under, this agreement in the coverage territory for covered injury or damage that's caused by events or offenses which happen or are committed in the rest of the world if:

- the protected person's liability for such injury or damage is determined in a suit on the merits in the coverage territory, or in a settlement agreed to by us; and
- they result from the activities of a person whose home is in the coverage territory, but is away from there for a short time on your business; or
- they result from your products that are made or sold by you in the coverage territory.

For example:

*You manufacture a product in the coverage territory. It is exported to Norway. A few months later a Norwegian citizen is allegedly injured while using that product and, as a result, sues you. If the suit is brought against you in the coverage territory, and it seeks damages for bodily injury covered by this agreement, we'll have the duty to defend you against the suit and pay covered damages awarded in a judgment against you. However, if the suit is brought against you in Norway, or anywhere else outside of the coverage territory, we won't have a duty to defend you there. Also, we won't have a duty to pay a judgment awarded by a court there, even if the judgment is later recognized and enforced by a court in the coverage territory.*

*Coverage territory* means:

- the United States of America, including its territories and possessions;

- Puerto Rico;
- Canada; and
- international waters or airspace only during travel or transportation between any of the above places.

We explain what we mean by your products in the Products and completed work total limit section.

## Who Is Protected Under This Agreement

**Individual.** If you are shown in the Introduction as a named insured and an individual, you and your spouse are protected persons only for the conduct of a business of which you are the sole owner.

**Partnership or joint venture.** If you are shown in the Introduction as a named insured and a partnership or a joint venture, you are a protected person. Your partners or co-venturers, and their spouses, are protected persons only for the conduct of your business.

**Limited liability company.** If you are shown in the Introduction as a named insured and a limited liability company, you are a protected person. Your members are protected persons only for the conduct of your business. And your managers are protected persons only for their duties as your managers.

**Corporation or other organization.** If you are shown in the Introduction as a named insured and a corporation or an other organization, you are a protected person. Your directors and executive officers are protected persons only for the conduct of their duties as your directors or executive officers. And your stockholders are protected persons only for their liability as your stockholders.

*Other organization* means an organization other than a corporation, partnership, joint venture, or limited liability company.

*Executive officer* means any person holding an officer position created by the charter, constitution, or by-laws, or any other similar governing document, of a corporation or other organization.

**Employees and volunteer workers.** Your employees are protected persons only for:

- work done within the scope of their employment by you; or
- their performance of duties related to the conduct of your business.

And your volunteer workers are protected persons only for activities or work they conduct or perform:

- at your direction; and
- within the scope of their duties for you.

However, no employee or volunteer worker is a protected person for bodily injury or personal injury to:

- you;
- any of your partners or co-venturers if you are a partnership or joint venture;
- any of your members or managers if you are a limited liability company;
- any fellow employee;
- any fellow volunteer worker or any of your employees; or
- the spouse or any child, parent, brother, or sister of that employee or volunteer worker if such injury results from the bodily injury or personal injury to the fellow employee or volunteer worker.

Nor is any employee or volunteer worker a protected person for:

- any obligation to share damages with or repay someone else who must pay damages because of such bodily injury or personal injury; or
- bodily injury or personal injury that results from his or her performance of or failure to perform health care professional services.

Also, no employee or volunteer worker is a protected person for property damage to property that's controlled by:

- you;
- any of your partners or co-venturers if you are a partnership or joint venture;
- any of your members or managers if you are a limited liability company;
- that employee or any fellow employee; or
- that volunteer worker, any fellow volunteer worker, or any of your employees.

But we won't apply the exclusions in this Employees and volunteer workers section to:

- bodily injury that results from the providing of or failure to provide first aid

by an employee or volunteer worker, other than an employed or volunteer doctor; or
- premises damage.

Nor will we apply this Employees and volunteer workers section to the following protected persons:

- Your managers if you are a limited liability company. Instead, we'll apply the Limited liability company section to them.
- Your executive officers if you are a corporation or an other organization. Instead, we'll apply the Corporation or other organization section to them.

*Employee* includes a leased worker, other than a leased temporary worker.

*Leased worker* means any person who:

- is hired from an employee leasing firm under a contract or agreement between the hirer and that firm; and
- is performing duties related to the conduct of the hirer's business.

*Volunteer worker* means any person other than:

- an employee; or
- a leased temporary worker.

*Employee leasing firm* means any person or organization who hires out workers to others. It includes any:

- employment agency, contractor, or service;
- labor leasing firm; or
- temporary help service.

*Leased temporary worker* means a leased worker who is hired to:

- temporarily take the place of a permanent employee on leave; or
- meet seasonal or short-term workload conditions.

*Controlled by* means:

- owned, rented, leased, occupied, borrowed, or used by;
- in the care, custody, or control of; or
- being physically controlled for any purpose by.

*Health care professional services* includes:

- any dental, medical, mental, nursing, surgical, x-ray, or other health care

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

professional service, including any advice, instruction, food, or beverage provided with such service;

- the dispensing of drugs or medical or dental supplies and appliances; and
- the handling or treatment of corpses, including autopsies, organ donations, and other postmortem procedures.

We explain what we mean by premises damage in the Each event limit section.

**Real estate managers.** Your real estate managers are protected persons only for their management of premises that you own, or rent, lease, or borrow from others. They may be persons or organizations.

But we won't apply this Real estate managers section to your employees. Instead, we'll apply the Employees and volunteer workers section to them.

**Landlords.** Any landlord of a premises rented or leased to you is a protected person only for the ownership, maintenance, or use of the premises while you rent or lease it.

However, no landlord is a protected person for injury or damage that results from any of the following work while being done by or for the landlord:

- Structural changes.
- New construction work.
- Demolition work.

*Landlord* means the owner, lessor, or manager of a premises.

**Equipment lessors.** Any lessor of equipment rented or leased to you is a protected person only for your operation, maintenance, or use of the equipment while you rent or lease it.

However, no equipment lessor is a protected person for injury or damage that results from its sole negligence.

*Lessor* means the owner or lessor.

**Operators of registered mobile equipment.** All operators of registered mobile equipment are protected persons for their driving of such equipment on a public street or road with your permission.

Any person or organization legally responsible for the driving conduct of those operators is also a protected person. But only if there's no other valid and collectible insurance available to cover their liability for the operators.

However, no operator or any other person or organization is a protected person for:

- bodily injury to a fellow employee of the person driving the equipment; or
- property damage to property controlled by you or the employer of an operator who is a protected person.

*Registered mobile equipment* means mobile equipment that's registered in your name under a motor vehicle registration law.

We explain what we mean by:

- controlled by in the Employees and volunteer workers section; and
- mobile equipment in the Mobile equipment exclusion.

**Newly acquired or formed organizations.** Any organization, other than a partnership, joint venture, or limited liability company, that you acquire or form while this agreement is in effect is a protected person if you own more than 50% of it.

However, no newly acquired or formed organization is a protected person for:

- more than 90 days, or the remainder of the time this agreement is in effect, whichever is less, from the date that you acquire or form it, unless we agree that it should continue to be a protected person after the end of that period of time;
- bodily injury or property damage that happened before you acquired or formed it;
- personal injury or advertising injury that results from an offense committed before you acquired or formed it; or
- injury or damage that's covered by other similar general liability insurance.

**Separation of protected persons.** We'll apply this agreement separately to each protected person.

However, the limits of coverage shown in the Coverage Summary are shared by all protected persons. We explain how in the Limits Of Coverage section.

---

Also, any right or duty specifically assigned to the first named insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

## Limits Of Coverage

The limits shown in the Coverage Summary and the information contained in this section fix the most we'll pay as damages and medical expenses, regardless of the number of:

* protected persons;
* claims made or suits brought; or
* persons or organizations making claims or bringing suits.

**General total limit.** This is the most we'll pay for the combined total of:

* all covered bodily injury and property damage that happens in a policy year;
* all covered personal injury that's caused by all personal injury offenses committed in a policy year;
* all covered advertising injury that's caused by all advertising injury offenses committed in a policy year; and
* all covered medical expenses that result from all events which happen in a policy year.

However, we won't apply this limit to bodily injury or property damage that results from your products or completed work. Instead, we'll apply the products and completed work total limit to such bodily injury or property damage covered by this agreement.

*Policy year* means the policy period shown in the Introduction, or the period of time that this agreement is in effect, whichever is less. But when that period is longer than one year, it means each consecutive annual period, and the remaining period if any, that this agreement is in effect, starting with the beginning date of this agreement.

We explain the products and completed work total limit, and what we mean by your products and your completed work, in the Products and completed work total limit section.

**Products and completed work total limit.** This is the most we'll pay for all covered bodily injury and property damage that:

* results from your products and completed work; and
* happens in a policy year.

*Your products* means any of the goods or products that are or were manufactured, sold, handled, distributed, or disposed of by:

* you;
* others using your name; or
* any person or organization whose business or assets you've acquired.

Your products includes:

* all containers, equipment, materials, or parts provided with or for your products;
* any warranty provided with or for your products;
* any statement made, or which should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your products; and
* all warnings, instructions, or directions provided, or which should have been provided, with or for your products.

But we won't consider the following to be your products:

* Goods or products which are still in your physical possession or on a premises that you own, or rent, lease, or borrow from others.
* Real property.
* Containers that are vehicles.
* Property that's rented or leased to others.
* Property that you haven't sold, but which you allow others to use. For example, a vending machine.

*Your completed work* means your work that is completed at the earliest of the following times, including work that may need service, maintenance, correction, repair, or replacement, but which is otherwise complete:

* When all of the work called for in your contract has been completed.
* When all of the work to be done at the work site has been completed, if your contract calls for work at more than one site.
* When that part of the work at the work site has been put to its intended use by any person or organization, other than

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

another contractor or subcontractor working on the same project.

But we won't consider the following to be your completed work:

- Work that hasn't yet been completed or abandoned.
- Uninstalled equipment, abandoned or unused materials, or tools.
- Work done in connection with transporting property.
- Any premises or other real property that you own.
- Any work done to a premises or other real property that you rent or lease from others.
- Any work while on a premises that you own, or rent, lease, or borrow from others.

However, we'll consider a condition created in or on a vehicle in the course of work done in connection with transporting property to be your completed work when:

- the vehicle isn't owned or operated by you;
- the condition is created by the loading or unloading of the vehicle by a protected person; and
- the condition causes bodily injury or property damage.

*Your work* means any:

- work that you're performing or others are performing for you; or
- service that you're providing or others are providing for you.

Your work includes:

- all equipment, materials, or parts provided with or for your work;
- any warranty provided with or for your work;
- any statement made, or which should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your work; and
- all warnings, instructions, or directions provided, or which should have been provided, with or for your work.

We explain what we mean by loading or unloading in the Auto exclusion.

**Personal injury each person limit.** This is the most we'll pay for all covered personal injury that:

- is sustained by any one person or organization; and
- is caused by all personal injury offenses committed in a policy year.

**Advertising injury each person limit.** This is the most we'll pay for all covered advertising injury that:

- is sustained by any one person or organization; and
- is caused by all advertising injury offenses committed in a policy year.

**Each event limit.** This is the most we'll pay for all covered bodily injury, property damage, and medical expenses that result from any one event.

However, the most we'll pay for covered premises damage or medical expenses that result from any one event is further limited by the following:

*Premises damage limit.* This is the most we'll pay for all covered premises damage that's caused by any one event.

*Premises damage* means property damage to premises that you rent, lease, or borrow from others.

*Medical expenses limit.* This is the most we'll pay for all covered medical expenses that:

- are incurred for bodily injury sustained by any one person; and
- result from any one event.

**How the limits of coverage apply to an extension of the policy period.** If the original policy period shown in the Introduction is extended for less than 12 months, we'll consider each extended period to be part of the last policy year. For example:

*Your policy period is for three years. During the last policy year you request a three month extension. We agree. As a result, your last policy year becomes 15 months. It will be subject to the same limits of coverage that applied when the policy year was 12 months.*

**How the limits of coverage apply if a total limit is left blank.** If the amount of the general total limit or the products and completed work total limit is left blank in the Coverage Summary, we'll consider that total limit to be the same as the each event limit or $200,000, whichever amount is more.

## Exclusions – What This Agreement Won't Cover

**Advertising, broadcasting, publishing, or telecasting business.** We won't cover advertising injury that results from an offense committed by any protected person in the business of advertising, broadcasting, publishing, or telecasting.

**Aircraft.** We won't cover bodily injury, property damage, or medical expenses that result from the:

- ownership, maintenance, use, or operation;
- loading or unloading; or
- entrustment to others;

of any aircraft owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to:

- bodily injury or property damage for which the protected person has assumed liability under a covered contract for the ownership, maintenance, or use of an aircraft;
- bodily injury, property damage, or medical expenses that result from the operation of specialized equipment; or
- premises damage.

Nor will we apply this exclusion to bodily injury, property damage, or medical expenses that result from the use of an aircraft chartered by a protected person if:

- the aircraft is chartered with crew, including a pilot; and
- the protected person isn't using the aircraft to carry persons or property for a charge.

We explain what we mean by:

- covered contract in the Contract liability exclusion;
- entrustment to others, and loading or unloading, in the Auto exclusion;
- premises damage in the Each event limit section; and

- specialized equipment in the Mobile equipment exclusion.

**Auto.** We won't cover bodily injury, property damage, or medical expenses that result from the:

- ownership, maintenance, use, or operation;
- loading or unloading; or
- entrustment to others;

of any auto owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the parking of an auto on a premises, or on the ways next to such premises, if:

- the premises is owned, rented, leased, or borrowed by you; and
- the auto isn't owned, rented, leased, or borrowed by any protected person.

Nor will we apply this exclusion to:

- bodily injury, property damage, or medical expenses that result from the operation of specialized equipment; or
- premises damage.

*Auto* means any land motor vehicle, trailer, or semitrailer designed for travel on public streets or roads. It includes any permanently attached machinery or equipment. But we won't consider mobile equipment to be an auto.

*Loading or unloading* means the handling of property:

- while it's being moved from the place where it's accepted for transportation;
- while it's being loaded, transported, and unloaded; and
- until it's moved to the place where it's finally delivered.

But we won't consider moving property by an unattached mechanical device to be loading or unloading.

*Unattached mechanical device* includes any forklift, conveyor, or other unattached mechanical device, other than a hand truck.

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

*Entrustment to others* means:
- the permitting of others to use or do something; or
- the giving of something to others for safekeeping.

We explain what we mean by:
- mobile equipment and specialized equipment in the Mobile equipment exclusion; and
- premises damage in the Each event limit section.

**Breach of contract.**  We won't cover advertising injury that results from the failure of any protected person to do what is required by a contract or agreement.

But we won't apply this exclusion to advertising injury that results from the unauthorized use of an advertising idea if such use is not specifically prohibited by the contract or agreement.

**Contract liability.**  We won't cover injury or damage for which the protected person has assumed liability under any contract or agreement.

But we won't apply this exclusion to injury or damage for which the protected person would have liability without the contract or agreement.

Nor will we apply this exclusion to bodily injury or property damage for which the protected person has assumed liability under a covered contract made before the bodily injury or property damage happens.

Also, if the protected person has agreed under the same covered contract to defend, or pay for the defense of, an indemnitee against a claim or suit for such bodily injury or property damage, we'll have the duty to defend the indemnitee against the claim or suit only if:
- the indemnitee isn't a protected person for the bodily injury or property damage;
- the claim or suit is for bodily injury or property damage for which that protected person has assumed the liability of the indemnitee under the covered contract;
- the bodily injury or property damage is covered by this agreement;
- the claim or suit is made or brought against that protected person and the indemnitee;

- we are defending that protected person against the claim or suit under this agreement;
- all of our indemnitee defense control and authority requirements are fulfilled; and
- all of our indemnitee defense cooperation and notice requirements are fulfilled.

When the indemnitee is a protected person for the claim or suit, we'll apply the Right and duty to defend a protected person section, rather than this contract liability indemnitee defense coverage, in connection with such claim or suit.

If we have the duty to defend the indemnitee under the contract liability indemnitee defense coverage, we'll do the following:
- We'll defend the indemnitee against the claim or suit even if all of the allegations of such claim or suit are groundless, false, or fraudulent.  But we won't have a duty to perform any other act or service.
- We'll pay all covered indemnitee defense expenses incurred by us in connection with the claim or suit.  Such payments are in addition to the limits of coverage.

However, if we don't have a duty to defend the indemnitee under:
- the contract liability indemnitee defense coverage; or
- the Right and duty to defend a protected person section;

we'll pay covered indemnitee defense expenses assumed under contract as if they're damages covered by this agreement. Such payments are subject to the limits of coverage.

Our duty to defend an indemnitee, or pay indemnitee defense expenses incurred by us, under the contract liability indemnitee defense coverage ends when the indemnitee fails to comply with any of our indemnitee defense cooperation and notice requirements. It also ends when we have used up the limits of coverage that apply with the payment of:
- judgments;
- settlements;
- medical expenses; or
- indemnitee defense expenses assumed under contract.

We'll have the right to appeal a judgment awarded in a suit against an indemnitee if:

- the judgment is for injury or damage for which you have assumed liability under a covered contract;

- such injury or damage is covered by this agreement;

- the indemnitee and its insurers don't appeal the judgment; and

- you agree that we may seek the cooperation of the indemnitee for such an appeal.

If we appeal such a judgment, we'll pay all expenses which result directly from that appeal, including postjudgment interest and the cost of appeal bonds. Such appeal expenses are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

*Covered contract* means:

- any easement or license agreement;

- any elevator maintenance agreement;

- any lease of premises, other than that part which indemnifies a person or organization for property damage to a premises that you rent, lease, or borrow from others;

- any obligation to indemnify a municipality that is required by ordinance and isn't connected with your work for the municipality;

- any sidetrack agreement;

- that part of any other contract or agreement under which you assume the tort liability of a municipality to pay damages for bodily injury or property damage that is sustained by others and results from your work for the municipality; or

- that part of any other contract or agreement under which you assume the tort liability of another to pay damages for bodily injury or property damage that's sustained by others.

But we won't consider the following parts of those other contracts or agreements under which you assume the tort liability of another to pay damages to be a covered contract:

- Architect, engineer, or surveyor indemnity.

- Architect, engineer, or surveyor professional services by protected person indemnity.

- War indemnity.

*Tort liability* means a liability that would be imposed by law without any contract or agreement.

*Architect, engineer, or surveyor indemnity* means that part which indemnifies any architect, engineer, or surveyor for injury or damage that results from:

- the preparation or approval of, or failure to prepare or approve, any drawing and specification, map, opinion, report, or survey, or any change order, field order, or shop drawing; or

- the giving of or failure to give any direction or instruction if that giving or failure to give is the primary cause of the injury or damage.

*Architect, engineer, or surveyor professional services by protected person indemnity* means that part which indemnifies any person or organization for injury or damage that results from the performance of or failure to perform architect, engineer, or surveyor professional services by the protected person who is an architect, engineer, or surveyor.

*Architect, engineer, or surveyor professional services* includes:

- the preparation or approval of any drawing and specification, map, opinion, report, or survey, or any change order, field order, or shop drawing; and

- any architectural, engineering, inspection, or supervisory activity.

*War indemnity* means that part which indemnifies any person or organization for bodily injury or property damage that results from war.

*Indemnitee* means any person or organization who a protected person has agreed under a covered contract to indemnify or hold harmless.

*Indemnitee defense control and authority requirements* means the following requirements which must be fulfilled for us to conduct and control the defense of an indemnitee against a claim or suit under this agreement:

- The protected person and the indemnitee must ask us to conduct and control the

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

defense of the indemnitee against the claim or suit under this agreement.

- We must determine that there's no conflict between the interests of the protected person and those of the indemnitee, based on the allegations in the claim or suit and on what we know about the factual and legal basis for the damages being sought.

- The protected person and the indemnitee must each agree in writing that we can assign the same counsel to defend them.

- The indemnitee must give us authority in writing to conduct and control its defense against the claim or suit.

- The indemnitee must give us authority in writing to obtain records and other information related to the claim or suit.

- The indemnitee must agree in writing to comply with our indemnitee defense cooperation and notice requirements.

*Indemnitee defense cooperation and notice requirements* means the following requirements which must be fulfilled for us to continue defending an indemnitee against a claim or suit under this agreement:

- The indemnitee must cooperate with us in the investigation, settlement, or defense of the claim or suit.

- The indemnitee must provide us with a copy of any demand, notice, summons, or legal paper received in connection with the claim or suit as soon as possible after it is received.

- The indemnitee must give notice of the claim or suit to any other insurer which provides coverage that's applicable to the claim or suit and available to the indemnitee.

- The indemnitee must help us coordinate the application of other insurance that's applicable to the claim or suit and available to the indemnitee.

*Indemnitee defense expenses incurred by us* means the:

- attorney fees and necessary litigation expenses incurred by us to defend an indemnitee against a claim or suit for damages covered by this agreement; and

- necessary litigation expenses incurred by the indemnitee at our request in connection with that claim or suit.

*Indemnitee defense expenses assumed under contract* means the reasonable attorney fees and necessary litigation expenses which:

- are incurred by or for an indemnitee to defend itself against a claim or suit for damages covered by this agreement; and

- are subject to a covered contract under which a protected person has agreed to defend, or pay for the defense of, the indemnitee against the claim or suit.

We explain what we mean by war in the Medical expenses of certain persons exclusion.

**Control of property.** We won't cover property damage to the following property:

- Property that you own, or rent, lease, or borrow from others, or occupy. But we won't apply this exclusion part to premises damage.

- Premises that you sell, give away, or abandon if such property damage results from any part of those premises. But we won't apply this exclusion part to property damage to premises which are your completed work and were never occupied, rented, or held for rental by you.

- Personal property that's in the care, custody, or control of the protected person.

- That particular part of real property being worked on by or for you if such property damage results from your work.

- That particular part of any property which must be restored, repaired, or replaced because your work was incorrectly performed on it. But we won't apply this exclusion part to property damage that results from your completed work.

Furthermore, we won't apply this exclusion to property damage, other than property damage to the property described below, for which the protected person has assumed liability under a sidetrack agreement:

- Property that you own, or rent or lease from others, or occupy.

- Premises that you sell, give away, or abandon.

We explain what we mean by premises damage in the Each event limit section.

**Damage to your products or completed work.** We won't cover property damage to any of your products that's caused by the product itself or by any of its parts. For example:

*You manufacture air conditioners. They contain several moving parts which can*

break down for many reasons. *Regardless of the cause, we won't protect you for any property damage to the part that fails or to the rest of the air conditioner.*

Nor will we cover property damage to your completed work that's caused by the work itself or by any of its parts. But we won't apply this exclusion part if:

* this agreement provides completed work liability coverage; and
* the damaged completed work, or the completed work that causes the property damage, was done for you by others.

For example:

*You construct a building as a general contractor. Some of the work is done by you while the rest is done for you by subcontractors. The building is accepted by the owner. If it's damaged by a fire caused by electrical wiring installed by a subcontractor, we won't apply the exclusion. However, if the wiring was installed by you, we'll apply the exclusion to property damage to your completed work done by you.*

We explain what we mean by your products and your completed work in the Products and completed work total limit section.

**Deliberately breaking the law.** We won't cover personal injury or advertising injury that results from:

* the protected person knowingly breaking any criminal law; or
* any person or organization breaking any criminal law with the consent or knowledge of the protected person.

**Employers liability.** We won't cover bodily injury to an employee of the protected person arising out of and in the course of his or her:

* employment by the protected person; or
* performance of duties related to the conduct of the protected person's business.

Nor will we cover bodily injury to the spouse or any child, parent, brother, or sister of that employee if such bodily injury results from the bodily injury to the employee.

We'll apply this exclusion whether the protected person may be held liable as an employer or in any other capacity, such as a property owner or product manufacturer. For example:

*You manufacture tires. Your employee is injured while driving a company truck equipped with your tires, when one of the tires blows out resulting in an accident. He receives workers compensation benefits. If he later sues you in your capacity as a manufacturer, alleging that his injury happened because your product was defective, we won't protect you.*

We'll also apply this exclusion to any obligation of the protected person to share damages with or repay someone else who must pay damages because of bodily injury to any employee of the protected person. For example:

*Your employee is injured in a printing press accident. She receives workers compensation benefits. Later, she sues the manufacturer of the printing press alleging that her injury happened because the press didn't have enough guarding devices on it. If the manufacturer in turn sues you alleging that your faulty maintenance of the press — not the lack of guarding devices — resulted in the employee's injury, we won't protect you.*

But we won't apply this exclusion to bodily injury for which the protected person has assumed liability under a covered contract.

We explain what we mean by covered contract in the Contract liability exclusion.

**Expected or intended bodily injury or property damage.** We won't cover bodily injury or property damage that's expected or intended by the protected person. Nor will we cover medical expenses that result from such bodily injury.

But we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the use of reasonable force to protect people or property.

**False material.** We won't cover personal injury or advertising injury that results from false written or spoken material which:

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

- was made known by or for the protected person; and
- the protected person knew was false when it was made known.

**Impaired property.** We won't cover property damage to impaired property, or to property which isn't physically damaged, that results from:

- your faulty or dangerous products or completed work; or
- a delay or failure in fulfilling the terms of a contract or agreement.

But we won't apply this exclusion to the loss of use of property, other than your products or completed work, that results from sudden and accidental physical damage to your products or completed work after they've been put to their intended use. For example:

*You supply an electric motor to a customer who uses it to power his conveyor. The motor's shaft breaks several days later while he's operating the conveyor. The conveyor isn't damaged, but your customer has extra costs because he's unable to use it until the motor is repaired. If he sues you to recover those costs, we won't apply the exclusion. However, if the customer discovers while hooking the motor up to the conveyor that the motor's shaft is broken, we won't protect you.*

*Impaired property* means tangible property, other than your products or completed work, that can be restored to use by nothing more than:

- an adjustment, repair, replacement, or removal of your products or completed work which forms a part of it; or
- your fulfilling the terms of a contract or agreement.

We explain what we mean by your products and your completed work in the Products and completed work total limit section.

**Intellectual property.** We won't cover injury or damage that results from any actual or alleged infringement or violation of any of the following rights or laws:

- Copyright.
- Patent.
- Trade dress.

- Trade name.
- Trade secret.
- Trademark.
- Other intellectual property rights or laws.

But we won't apply this exclusion to:

- bodily injury or property damage that results from your products or completed work; or
- advertising injury that results from the unauthorized use of any copyrighted or trademarked advertising material, slogan, style, or title of others in your advertising.

We explain what we mean by your products and your completed work in the Products and completed work total limit section.

**Liquor liability.** We won't cover bodily injury, property damage, or medical expenses that result from any protected person:

- causing or contributing to the intoxication of any person;
- selling, serving, or furnishing alcoholic beverages to any person under the legal drinking age or under the influence of alcohol; or
- violating any law or regulation applying to the sale, gift, distribution, or use of alcoholic beverages.

However, we'll apply this exclusion only if you're in the business of manufacturing, distributing, selling, serving, or furnishing alcoholic beverages. For example:

*You manufacture office equipment. Each year you host an awards banquet with an open bar for your sales representatives. After this year's banquet an intoxicated guest is involved in an auto accident. The guest and several others are injured. If someone sues you, alleging that your serving of liquor caused the guest's intoxication and involvement in the accident, we won't apply the Liquor liability exclusion because you're not in the business of serving liquor.*

But we won't apply this exclusion to premises damage.

We explain what we mean by premises damage in the Each event limit section.

---

The St.Paul

**Material previously made known.** We won't cover personal injury or advertising injury that results from written or spoken material which was first made known before this agreement went into effect.

**Medical expenses of certain persons.** We won't cover medical expenses that are incurred by or for any person:

- injured while qualifying as a protected person;
- injured while performing work that he or she was hired to do for any protected person, or any tenant of a protected person;
- injured on that part of any premises that you own, or rent or lease from others, and which the injured person normally occupies;
- to whom such medical expenses are payable, or must be provided, as benefits under any workers compensation, disability benefits, or similar law;
- injured by your products or completed work;
- injured due to war; or
- who refuses to be examined as often as we require, within reason, by doctors we choose.

*War* includes:

- declared or undeclared war, or invasion;
- warlike action by a military force or other agents of any government, sovereign, or other authority;
- civil war, insurrection, rebellion, revolution, or seizure of power; or
- anything done to hinder or defend against such actions.

We explain what we mean by your products and your completed work in the Products and completed work total limit section.

**Mobile equipment.** We won't cover bodily injury, property damage, or medical expenses that result from the:

- transportation of mobile equipment by an auto owned, operated, rented, leased, or borrowed by any protected person; or
- use of racing mobile equipment.

But we won't apply this exclusion to premises damage.

*Mobile equipment* means any land vehicle that:

- is designed for use primarily off public streets or roads;
- is kept for use only on or next to premises that you own, or rent or lease from others;
- travels on crawler treads;
- is kept primarily for the ready movement of permanently attached construction equipment; or
- doesn't travel under its own power and is kept primarily for the ready movement of permanently attached specialized equipment.

Mobile equipment includes any land vehicle that:

- isn't described above; and
- is kept primarily for purposes other than carrying people or cargo.

But we won't consider such a vehicle to be mobile equipment if it:

- travels under its own power;
- is operated like an auto during travel on a public street or road; and
- has permanently attached specialized equipment; or
- has permanently attached equipment designed for snow removal, street cleaning, or street or road maintenance – but not construction or resurfacing.

*Construction equipment* includes any:

- grader, scraper, or roller; or
- power crane, digger, drill, loader, or shovel.

*Specialized equipment* means any:

- cherry picker or similar device used to lift workers;
- pump, generator, or air compressor; or
- other equipment, such as building cleaning, geophysical exploration, lighting, spraying, welding, or well-servicing equipment, that has a built-in pump, generator, or air compressor.

*Racing mobile equipment* means any mobile equipment while being prepared for or used in any:

- prearranged racing, speed, demolition, or stunting contest or activity; or

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

• practice for such contest or activity.

We explain what we mean by:
• auto in the Auto exclusion; and
• premises damage in the Each event limit section.

**Nuclear energy liability.** We won't cover bodily injury or property damage for which any protected person:

• is also protected under a nuclear energy liability insurance policy; or
• would have been protected under such policy if that policy's limits of coverage hadn't been used up.

Nor will we cover bodily injury or property damage that results from the hazardous properties of nuclear material and for which:

• any person or organization is required by law to maintain financial protection in accordance with the federal Atomic Energy Act or any of its amendments; or
• any protected person is entitled, or would have been entitled had this agreement not been issued, to indemnity from the United States government, or any of its agencies, under any contract or agreement between the government, or any of its agencies, and any person or organization.

Also, we won't cover medical expenses that result from:

• the hazardous properties of nuclear material; or
• the operation of a nuclear facility by any person or organization.

In addition, we won't cover bodily injury or property damage that results from the hazardous properties of nuclear material when:

• the nuclear material is located at, or at any time discharges or disperses from, a nuclear facility which is or was at any time owned by any protected person, or operated by or for any protected person;
• the nuclear material is contained in spent nuclear fuel or nuclear waste which is or was at any time possessed, handled, used, processed, stored, transported, or disposed of by or for any protected person; or
• the bodily injury or property damage results from the furnishing by any protected person of services, materials, parts, or equipment in connection with the planning, construction, maintenance,

operation, or use of a nuclear facility. However, we'll apply this exclusion part only to property damage to the nuclear facility, and any property located on the site of that facility, if the nuclear facility is in the United States of America, its territories or possessions, Puerto Rico, or Canada.

*Nuclear energy liability insurance policy* means any nuclear energy liability insurance policy issued by any of the following organizations or their successors:

• Nuclear Energy Liability Insurance Association.
• Mutual Atomic Energy Liability Underwriters.
• Nuclear Insurance Association of Canada.

*Property damage* includes all forms of radioactive contamination of property.

*Hazardous properties* includes radioactive, toxic, or explosive properties.

*Nuclear material* means any of the following materials which are defined in the federal Atomic Energy Act or any of its amendments:

• Source material.
• Special nuclear material.
• By-product material.

*Nuclear facility* means any:

• nuclear reactor;
• uranium isotopes separation device or equipment;
• special nuclear material device or equipment; or
• nuclear waste site.

Nuclear facility includes:

• the site on which it's located;
• all operations conducted on such site; and
• all premises used for such operations.

*Nuclear reactor* means any device, equipment, or machine designed or used to:

• sustain nuclear fission in a self-supporting chain reaction; or
• contain a critical mass of fissionable material.

*Uranium isotopes separation device or equipment* means any device or equipment designed or used for:

- separating the isotopes of uranium or plutonium;
- processing or utilizing spent nuclear fuel; or
- handling, processing, or packaging nuclear waste.

*Special nuclear material device or equipment* means any device or equipment used for the processing, fabricating, or alloying of special nuclear material if the total amount of such material:

- is at any time in the custody of any protected person at the premises where the device or equipment is located; and
- is more than 25 grams of plutonium or uranium 233, or any combination of those two materials; or
- is more than 250 grams of uranium 235.

*Nuclear waste site* means any structure, basin, excavation, premises, or place prepared or used for the storage or disposal of nuclear waste.

*Nuclear waste* means any waste material that:

- contains by-product material; and
- results from the operation of any nuclear reactor, or uranium isotopes separation device or equipment, by any person or organization.

But we won't consider nuclear waste to include tailings or wastes that result from the extraction or concentration of uranium or thorium from any ore processed primarily for its source material content.

*Spent nuclear fuel* means any solid or liquid fuel element or component that's been exposed to radiation or used in a nuclear reactor.

**Pollution injury or damage.** We won't cover injury or damage or medical expenses that result from pollution at, on, in, or from any:

- protected person's premises;
- waste site; or
- protected person's work site.

Nor will we cover injury or damage or medical expenses that result from pollution involving any waste pollutant.

But we won't apply this exclusion to injury or damage or medical expenses that result from:

- building heating equipment fumes, smoke, soot, or vapors;
- hostile fire heat, fumes, or smoke; or
- mobile equipment operating fluids.

Nor will we apply this exclusion to:

- bodily injury or property damage that results from your products or completed work, other than waste products or completed work; or
- premises damage that results from fire.

*Pollution* means any actual, alleged, or threatened discharge, dispersal, escape, migration, release, or seepage of any pollutant.

*Pollutant* means any solid, liquid, gaseous, or thermal irritant or contaminant, including:

- smoke, vapors, soot, fumes;
- acids, alkalis, chemicals; and
- waste.

*Waste* includes materials to be recycled, reconditioned, or reclaimed.

*Protected person's premises* means any premises, site, or location which is or was at any time owned, rented, leased, borrowed, or occupied by any protected person. For example:

*You sold an office building two years ago. It contains asbestos ceiling tile which released asbestos into the air while you owned it. A former tenant now sues you for bodily injury that allegedly resulted from the release of that asbestos. We won't cover such injury.*

Another example:

*You own an apartment building. Its woodwork is finished with paint that contains lead. Two of your renters sue you for bodily injury to their children allegedly caused by the lead in that paint. The children supposedly consumed the lead by eating chips of the paint from the window*

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

*sills in their apartments. We won't cover such injury.*

But we won't consider a premises, site, or location that isn't owned, rented, leased, borrowed, or occupied by you to be a protected person's premises in connection with pollution that results from your work being performed there.

*Waste site* means any premises, site, or location which is or was at any time used by or for any protected person or others for the handling, storage, disposal, processing, or treatment of waste. For example:

*For several years waste generated by your manufacturing business was disposed of in a landfill owned by others. The landfill was closed two years ago. Nearby residents now allege that they're being injured by the waste from there. We won't cover such injury.*

*Protected person's work site* means any premises, site, or location at, on, or in which work is being performed by or for any protected person when:

- the pollution involves a pollutant that is brought to, on, or in such premises, site, or location by or for the protected person in connection with such work; or

- the work being performed is pollution work.

For example:

*A subcontractor working for you brings a diesel fuel storage tank to the building site for refueling of its excavation equipment. After a couple of days it is discovered that the tank has been leaking. Some of the escaped fuel is found to have seeped into an underground conduit and damaged the insulation on the fiber optic cables in the conduit. We won't cover such property damage.*

*Waste pollutant* means any pollutant which is or was at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

- any protected person; or

- any person or organization for whom you may be legally responsible.

For example:

*Waste generated by your business is transported to a landfill by a trucker hired by you. There is an accident which causes the waste to be spilled onto the road. One of the firefighters who responds to the accident later alleges that fumes from the waste made her ill. We won't cover such injury.*

*Building heating equipment fumes, smoke, soot, or vapors* means only the fumes, smoke, soot, or vapors that:

- result from equipment used to heat a building at or on a protected person's premises; and

- are within that building.

*Hostile fire heat, fumes, or smoke* means only the heat, fumes, or smoke that result from a hostile fire at, on, in, or from:

- the protected person's premises, other than a waste site; or

- the protected person's work site, other than a waste site, but only if the hostile fire doesn't result from pollution work being performed by or for the protected person.

*Hostile fire* means a fire which:

- becomes uncontrollable; or

- breaks out from where it was intended to be.

*Mobile equipment operating fluids* means only the fuels, lubricants, or other operating fluids that:

- are part of the mobile equipment being maintained, operated, or used in connection with work, other than pollution work, being performed by or for the protected person at, on, or in the protected person's work site;

- are needed to perform the normal electrical, hydraulic, or mechanical functions necessary for the operation of the mobile equipment or any of its parts;

- aren't intended to be discharged, dispersed, or released as part of the operation of the mobile equipment or any of its parts;

- aren't intended to be discharged, dispersed, or released as part of the work being performed by or for the protected person; and

- escape from a mobile equipment part designed to hold, store, or receive them.

*Waste products or completed work* means your products or completed work that:

- is or was handled, stored, disposed of, processed, or treated as waste at, on, or in a waste site; or
- is or was a waste pollutant.

We explain what we mean by:

- mobile equipment in the Mobile equipment exclusion;
- pollution work in the Pollution work loss, cost, or expense exclusion;
- premises damage in the Each event limit section; and
- your products, your work, and your completed work in the Products and completed work total limit section.

**Pollution work loss, cost, or expense.** We won't cover any loss, cost, or expense that results from:

- any request, demand, or order that any protected person or others perform pollution work; or
- any claim or suit by or for any governmental authority for damages that result from the performance of pollution work.

*Pollution work* means:

- the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing of any pollutant; or
- the responding to, or assessing, in any way the effects of any pollutant.

For example:

*A chemical spill at your manufacturing facility releases a vapor cloud. Several hundred people are exposed to the vapor cloud before it disappears. None of them sustain any apparent bodily injury. However, several of them demand that you arrange and pay for medical checkups now, and yearly for the next ten years, to assess the effect of the vapor cloud on their health. We won't cover the cost of such pollution work, regardless of who orders or performs it.*

Another example:

*One of your products is a container which may be used to store various types of liquids. Several of those containers are*

*sold to a company which uses them for storage of a chemical. During such use one of them ruptures. The spilled chemical must be cleaned up. As a result, the company demands that you pay for the cleanup. We won't cover the cost of such pollution work, regardless of who orders or performs it.*

We explain what we mean by pollutant in the Pollution injury or damage exclusion.

**Poor quality or performance.** We won't cover advertising injury that results from the failure of your products, work, or completed work to conform with advertised quality or performance.

We explain what we mean by your products, your work, and your completed work in the Products and completed work total limit section.

**Product recall.** We won't cover any loss, cost, or expense that:

- is incurred by you or others; and
- results from the recall, removal, or withdrawal of impaired property, or your products or completed work, from the market, or from use by any person or organization, for any reason.

Nor will we cover any loss, cost, or expense that is incurred by you or others and results from the:

- loss of use;
- adjustment, inspection, repair;
- replacement; or
- disposal;

of such property, products, or completed work.

We explain what we mean by:

- impaired property in the Impaired property exclusion; and
- your products and your completed work in the Products and completed work total limit section.

**Unnamed partnership, joint venture, or limited liability company.** We won't cover injury or damage or medical expenses that result from the conduct of any current or past partnership, joint venture, or limited liability company which isn't shown in the Introduction as a named insured.

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

**Watercraft.** We won't cover bodily injury, property damage, or medical expenses that result from the:

- ownership, maintenance, use, or operation;
- loading or unloading; or
- entrustment to others;

of any watercraft owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to:

- bodily injury or property damage for which the protected person has assumed liability under a covered contract for the ownership, maintenance, or use of a watercraft; or
- premises damage.

Nor will we apply this exclusion to bodily injury, property damage, or medical expenses that result from:

- watercraft while ashore on premises that you own, or rent or lease from others;
- watercraft you don't own that is less than 75 feet long and isn't being used to carry persons or property for a charge; or
- the operation of specialized equipment.

We explain what we mean by:

- covered contract in the Contract liability exclusion;
- entrustment to others, and loading or unloading, in the Auto exclusion;
- premises damage in the Each event limit section; and
- specialized equipment in the Mobile equipment exclusion.

**Workers compensation and other benefits laws.** We won't cover any obligation that the protected person has under any:

- workers compensation;
- disability benefits;
- unemployment compensation; or
- similar law.

**Wrong price description.** We won't cover advertising injury that results from the wrong description of the price of your products, work, or completed work.

We explain what we mean by your products, your work, and your completed work in the Products and completed work total limit section.

## Other Insurance

This agreement is primary insurance. If there is any other valid and collectible insurance for injury or damage covered by this agreement, the following applies in connection with that other insurance:

**Other primary insurance.** When there is other primary insurance, we'll share with that insurance the amounts you're legally required to pay as damages for injury or damage covered by this agreement. We'll do so with one of the methods of sharing described in the Methods of sharing section.

However, we'll apply this agreement as excess insurance over the part or parts of any other insurance which provide:

- property or similar coverage for property damage to your work;
- property or similar coverage for property damage to premises that you rent, lease, or borrow from others;
- aircraft, auto, or watercraft bodily injury or property damage coverage; or
- protection for you as an additional insured or additional protected person if you agree that we may apply this agreement as excess insurance.

We explain how we'll apply this agreement as excess insurance in the Excess insurance section.

*Aircraft, auto, or watercraft bodily injury or property damage coverage* means coverage for bodily injury or property damage that:

- results from the maintenance, use, operation, or loading or unloading of any aircraft, auto, or watercraft; and
- isn't specifically excluded by the Aircraft, Auto, or Watercraft exclusions in this agreement.

We explain what we mean by your work in the Products and completed work total limit section.

**Excess insurance.** When this agreement is excess insurance, we won't have a duty to defend the protected person against the part or parts of any claim or suit for which any

The St.Paul

other insurer has the duty to defend the protected person.

However, we'll defend the protected person against a claim or suit for injury or damage covered by this agreement if no other insurer will do so. In return we'll require that we be given all of the protected person's rights against each such insurer.

Also, we'll pay only the amount of damages that's in excess of:

- the total amount that all such other insurance would pay if this agreement didn't exist; and
- the total of all deductible and self-insured amounts under all such other insurance.

However, we'll share such excess damages with any other insurance that:

- isn't described in the Other primary insurance section; and
- wasn't bought specifically to apply in excess of the limits of coverage shown in the Coverage Summary.

But we won't pay more than the limits of coverage that apply under this agreement.

**Methods of sharing.** We'll use one of the methods of sharing described below.

*Contribution by equal shares.* If all of the other insurance permits contribution by equal shares, we'll share the damages equally. But we won't pay more than the limits of coverage that apply under this agreement. If any policy reaches its limit before the entire amount of damages is paid, the remaining policies will share the balance equally until their limits have been used up or the amount of the damages is paid in full. For example:

*You are required by a court to pay damages of $1,000,000. Besides this agreement, two other policies apply to the judgment. The limit of this agreement is $500,000. Policy B has a $100,000 limit and Policy C's limit is $300,000.*

*First, $100,000 is subtracted from each policy's limit because that is the lowest limit provided by any of the three policies. The result: Policy B's limit is used up; the balance due on the judgment is $700,000; $400,000 remains of this agreement's limit; and the unused portion of Policy C's limit equals $200,000.*

*Next, $200,000 is subtracted from the limit on this agreement and Policy C because that amount equals the smallest amount of limit remaining on either policy after the initial $100,000 payment. The result: Policy C's limit is used up; the balance due on the judgment is now $300,000; and this agreement has $200,000 of its limit remaining.*

*Finally, the rest of the limit on this agreement is paid. The result: this agreement's limit is used up; the balance due on the judgment is now $100,000, which you must pay; and the total paid under each policy is: $500,000 this agreement, $100,000 Policy B and $300,000 Policy C.*

*Contribution by limits.* If any of the other insurance doesn't permit contribution by equal shares, we'll pay that portion of the damages which is equal to our percentage of the total of all limits that apply. But we won't pay more than the limits of coverage that apply under this agreement. For example:

*You are required by a court to pay damages of $600,000. Besides this agreement, another policy applies to the judgment. The limit of this agreement is $300,000 and Policy B has a $100,000 limit. The total limit of all insurance is $400,000.*

*Our limit is 75% ($300,000/$400,000) of the total limit. But we won't pay 75% of the judgment because that $450,000 share is more than our limit. We'll pay only our limit, which is $300,000.*

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

# COMMERCIAL GENERAL LIABILITY DEDUCTIBLES ENDORSEMENT – DEDUCTIBLES APPLY TO DAMAGES AND CLAIM EXPENSES – LIMITS ARE REDUCED BY THE DEDUCTIBLE AMOUNTS

**TheStPaul**

This endorsement changes your Commercial General Liability Protection.

**Important note:** This endorsement makes you responsible for paying damages and claim expenses within the deductibles that apply.

## Deductibles Table

*Only those deductibles for which amounts are shown apply.*

| | |
|---|---|
| Bodily injury each event deductible – other than products and completed work. | $ |
| Property damage each event deductible – other than products and completed work. | $ |
| Bodily injury and property damage each event deductible – other than products and completed work. | $ |
| Products and completed work bodily injury each event deductible. | $250,000 |
| Products and completed work property damage each event deductible. | $ |
| Products and completed work bodily injury and property damage each event deductible. | $ |
| Medical expenses each person deductible. | $250,000 |
| Personal injury each person deductible. | $ |
| Advertising injury each person deductible. | $ |
| Total deductible. | $ |
| | $** |

**Important note:** If the Total deductible doesn't apply, you'll be responsible for the other applicable deductibles without further limitation, regardless of how often any or all of them apply.

## How Coverage Is Changed

There are two changes which are explained below.

1. The following section is added. This change adds deductibles to be paid by you.

### Deductibles

The deductibles shown in the Deductibles Table and the information contained in this section fix the amount of damages and claim expenses that you'll be responsible for paying. Only those deductibles for which amounts are shown in the Deductibles Table apply.

We will pay all or part of the deductible for you, unless we agree to do otherwise. WHEN WE DO MAKE PAYMENT, YOU AGREE TO REPAY THAT AMOUNT TO US PROMPTLY AFTER WE NOTIFY YOU OF THE PAYMENT.

Also, if we pay claim expenses that's subject to the applicable deductible, YOU AGREE TO REPAY THAT AMOUNT TO US PROMPTLY AFTER WE NOTIFY YOU OF THE PAYMENT.

*Claim expenses* includes the following fees, costs or expenses that result directly from the investigation, defense, or settlement of a specific claim or suit:

---

**Name of Insured**
SUFFOLK CONSTRUCTION COMPANY, INC.

**Policy Number** KG02900640

**Effective Date** 06/26/01

**Processing Date** 08/22/01    09:11    001

G0213 Ed. 4-97 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co.1997 All Rights Reserved

Endorsement

- Fees, costs or expenses of attorneys.
- Court reporter fees.
- Independent expert's and special investigator's fees, costs, or expenses.
- Independent vendor's fees, costs, or expenses related to medical or vocational rehabilitation.

But we won't consider any of the following to be claim expenses:

- Our expenses, including salaries, wages, or traveling expenses of our employees, other than fees, costs, or expenses incurred by attorneys employed by us in connection with a specific claim or suit.
- Adjuster's fees paid to independent adjusters or attorneys for adjusting claims.
- Coverage opinions.
- Appeal expenses.
- Our recovery expenses.

However, we explain how we'll first deduct our recovery expenses in the Recovering Damages From A Third Party section in the General Rules attached to this policy.

**Bodily injury each event deductible – other than products and completed work.** You'll be responsible for the amount of damages and claim expenses within this deductible for all covered bodily injury that:

- results from other than your products and completed work;
- is sustained by all persons; and
- results from any one event.

This bodily injury deductible is reduced by the amount of any medical expenses deductible paid by you.

**Property damage each event deductible – other than products and completed work.** You'll be responsible for the amount of damages and claim expenses within this deductible for all covered property damage that:

- results from other than your products and completed work;
- is sustained by all persons and organizations; and
- results from any one event.

**Bodily injury and property damage each event deductible – other than products and completed work.** You'll be responsible for the amount of damages and claim expenses within this deductible for all covered bodily injury and property damage that:

- results from other than your products and completed work;
- is sustained by all persons and organizations; and
- results from any one event.

This bodily injury deductible part is reduced by the amount of any medical expenses deductible paid by you.

**Products and completed work bodily injury each event deductible.** You'll be responsible for the amount of damages and claim expenses within this deductible for all covered bodily injury that:

- results from your products and completed work;
- is sustained by all persons; and
- results from any one event.

**Products and completed work property damage each event deductible.** You'll be responsible for the amount of damages and claim expenses within this deductible for all covered property damage that:

- results from your products and completed work;
- is sustained by all persons and organizations; and
- results from any one event.

**Products and completed work bodily injury and property damage each event deductible.** You'll be responsible for the amount of damages and claim expenses within this deductible for all covered bodily injury and property damage that:

- results from your products and completed work;
- is sustained by all persons and organizations; and
- results from any one event.

**Medical expenses each person deductible.** You'll be responsible for the amount of medical expenses and claim expenses within this deductible for all covered medical expenses that:

©St.Paul Fire and Marine Insurance Co.1997 All Rights Reserved

- are incurred for bodily injury sustained by any one person; and
- result from any one event.

**Personal injury each person deductible.** If this deductible applies, you'll be responsible for the amount of damages and claim expenses within this deductible for all covered personal injury that:

- is sustained by any one person or organization; and
- is caused by all personal injury offenses committed in a policy year.

**Advertising injury each person deductible.** If this deductible applies, you'll be responsible for the amount of damages and claim expenses within this deductible for all covered advertising injury that:

- is sustained by any one person or organization; and
- is caused by all advertising injury offenses committed in a policy year.

**Total deductible.** This amount is the most you'll be responsible for paying for the combined total of all deductibles applying in a policy year.

If this deductible doesn't apply, you'll be responsible for the other applicable deductibles without further limitation, regardless of how often any or all of them apply.

We explain what we mean by policy year in the General total limit section.

2. The following is added to the Limits Of Coverage section. This change explains how the limits of coverage apply when a deductible applies.

   The limits shown in the Coverage Summary, other than the General total limit and the Products and completed work total limit, are reduced by the deductible amount that applies.

**Other Terms**

All other terms of your policy remain the same.

# CONTRACTOR PROFESSIONAL SERVICES EXCLUSION ENDORSEMENT

The St.Paul

This endorsement changes your Commercial General Liability Protection.

## How Coverage Is Changed

The following is added to the Exclusions – What This Agreement Won't Cover section. This change excludes coverage.

**Contractor professional services.** We won't cover injury or damage or medical expenses that result from the performance of or failure to perform architect, engineer, or surveyor professional services by or for you.

But we won't apply this exclusion to injury or damage or medical expenses that result from:

- the construction means, methods, procedures, sequences, or techniques employed by you in connection with your work in your capacity as a construction contractor; or
- a temporary structure.

*Temporary structure* includes any falsework, ramp, scaffold, shoring, or other temporary structure that:

- is designed by or for you to assist you in the completion of your work; and
- is taken down or removed before the completion of your work.

We explain what we mean by:

- architect, engineer, or surveyor professional services in the Contract liability exclusion; and
- your work in the Products and completed work total limit section.

## Other Terms

All other terms of your policy remain the same.

47543 Rev. 1-96 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

Endorsement

**CONTRACTORS PERSONAL INJURY ENDORSEMENT**

The St.Paul

This endorsement changes your Commercial General Liability Protection.

## How Coverage Is Changed

The following replaces what we mean by Personal injury in the What This Agreement Covers section. This change broadens coverage.

*Personal injury offense* means any of the following offenses:

- False arrest, detention, or imprisonment.
- Malicious prosecution.
- Wrongful entry or wrongful eviction.
- Invasion of the right of private occupancy of a room, dwelling or premises that a person occupies.
- Libel or slander.
- Humiliation or disparagement.
- Making known to any person or organization written or spoken material that belittles the products, work or completed work of others.
- Making known to any person or organization written or spoken material that violates an individual's right of privacy.

## Other Terms

All other terms of your policy remain the same.

# CONTRACTORS EMPLOYEES AS PROTECTED PERSONS ENDORSEMENT

**The St.Paul**

This endorsement changes your Commercial General Liability Protection.

## How Coverage Is Changed

The following replaces the Employees section. This change broadens coverage.

**Employees.** Your employees are protected persons only for work done within the scope of their employment by you.

However, no employee is a protected person for bodily injury or personal injury that results from their performance of or failure to perform health care professional services.

We won't apply this Employee section to your executive officers. Instead, we'll apply the Corporation or other organization section to them.

*Health care professional services* include:

- dental, medical, mental, nursing, surgical, x-ray and other health care professional services, including food or beverages provided with those services;
- the dispensing of drugs or medical or dental supplies and appliances; and
- the handling or treatment of corpses, including autopsies, organ donations and other postmortem procedures.

## Other Terms

All other terms of your policy remain the same.

G0329 Ed. 9-97 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co.1997 All Rights Reserved

Endorsement

Page 1 of 1

**FELLOW EMPLOYEE BODILY INJURY ENDORSEMENT –
ALL EMPLOYEES**

The**St.Paul**

This endorsement changes your Commercial
General Liability Protection.

## How Coverage Is Changed

The following is added to the Employees
and volunteer workers section.  This change
broadens coverage.

We won't apply the exclusions in this
Employees and volunteer workers section to
bodily injury to any fellow employee that
results from work, other than the
performance of or failure to perform health
care professional services, done by any of
your employees.

## Other Terms

All other terms of your policy remain the
same.

47167 Rev. 1-96 Printed in U.S.A.                        Endorsement
©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved          Page 1 of 1

**UNNAMED PARTNERSHIP, JOINT VENTURE, AND LIMITED LIABILITY
COMPANY EXCLUSION EXCEPTION ENDORSEMENT**

The St Paul

This endorsement changes your Commercial
General Liability Protection.

---

### How Coverage Is Changed

The following is added to the Unnamed
partnership, joint venture, or limited liability
company exclusion. This change broadens
coverage.

We won't apply this exclusion to injury or
damage or medical expenses that result from
the conduct of a partnership, joint venture,
or limited liability company to the extent
such organization:

- isn't shown in the Introduction as a named
  insured; and
- qualifies as a protected person under the
  Who Is Protected Under This Agreement
  section.

### Other Terms

All other terms of your policy remain the
same.

---

G0348 Ed. 11-97 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co.1997 All Rights Reserved

Endorsement

**WASTE PRODUCTS OR COMPLETED WORK REDEFINED ENDORSEMENT**

The St.Paul

This endorsement changes your Commercial General Liability Protection.

---

**How Coverage Is Changed**

The following replaces the definition of waste products or completed work in the Pollution injury or damage exclusion. This change excludes coverage.

*Waste products or completed work* means:

- your products or completed work that is or was handled, stored, disposed of, processed, or treated as waste at, on, or in a waste site;

- your products or completed work that is or was a waste pollutant; or

- your completed work that is being used for cleaning up, containing, detoxifying, disposal of, handling, monitoring, neutralizing, processing, removing, storing, testing for, transporting, or treating any pollutant at, on, or in a waste site.

**Other Terms**

All other terms of your policy remain the same.

---

G0349 Ed. 11-97 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co.1997 All Rights Reserved

Endorsement

Page 1 of 1

**DESCRIBED PREMISES OR PROJECTS LIMITATION ENDORSEMENT**

The St.Paul

This endorsement changes your Commercial General Liability Protection.

**How Coverage Is Changed**

The following is added to the What This Agreement Covers section. This change limits coverage.

**Described premises or projects.** We'll apply this agreement only to covered injury or damage or medical expenses that result from:

- the ownership, maintenance, or use of the premises described in the Coverage Summary;
- work done anywhere that's necessary or incidental to the ownership, maintenance, or use of such premises; or
- the project described in the Coverage Summary.

But we won't apply this limitation to bodily injury or property damage that results from your products or completed work.

We explain what we mean by your products and your completed work in the Products and completed total limit section.

**Other Terms**

All other terms of your policy remain the same.

The St Paul

Products And Completed Work Extension Endorsement

This endorsement changes your Commercial General Liability Protection.

HOW COVERAGE IS CHANGED

There are two changes that are explained below.
1. Your Products and Completed Work total limit is extended for three (3) years from the completion date of each project(s) described in the Coverage Summary or cancellation of the poilcy, whichever occurs first.

2. For purposes of this extension, the Products and Completed Work Total Limit applies once for the three (3) year extension.

Other Terms

All other terms of your policy remain the same.

| Name of Insured | Policy Number KG02900640 | Effective Date 06/26/01 |
|---|---|---|
| SUFFOLK CONSTRUCTION COMPANY, INC. | Processing Date 08/22/01  09:11  001 | |

40502 Ed.1-80 Printed in U.S.A.                    Customized Form
©St.Paul Fire and Marine Insurance Co.1980 All Rights Reserved              Page    1

The St.Paul

Vendors Exclusion Endorsement

---

This endorsement changes your Commercial General Liability Protection.

HOW COVERAGE IS CHANGED

The following is added to the Exclusions - What This Agreement Won't Cover section:

Vendors and Contractors not accepted into the Contractor Controlled Insurance Program. We won't cover bodily injury, property damage, medical expenses, personal injury or advertising injury that result from any:

* Vendor, or
* Contractor

that you have not accepted into your Contractor Controlled/Wrap-Up Insurance Program.

Other Terms

All other terms of your policy remain the same.

---

**Name of Insured**                          **Policy Number** KG02900640          **Effective Date** 06/26/01
SUFFOLK CONSTRUCTION COMPANY, INC.    **Processing Date** 08/22/01  09:11   001

40502 Ed.1-80 Printed in U.S.A.                    Customized Form
©St.Paul Fire and Marine Insurance Co.1980 All Rights Reserved          Page   1

The St.Paul

Other Insurance Endorsement

---

This endorsement changes your Commercial General Liability Coverage Form.

HOW COVERAGE IS CHANGED

The following is added to the Other Insurance section

The insurance provided to contractors and subcontractors of any tier by this program is primary and not contributory with other insurance that may apply.

Other Terms

All other terms of the policy remain the same.

---

**Name of Insured**                 **Policy Number** KG02900640           **Effective Date** 06/26/01
SUFFOLK CONSTRUCTION COMPANY, INC.    **Processing Date** 08/22/01  09:11   001

---

40502 Ed.1-80 Printed in U.S.A.            Customized Form
©St.Paul Fire and Marine Insurance Co.1980 All Rights Reserved            Page    1

The St.Paul

Additional Protected Persons Endorsement — Commercial General Liability
— Including Completed Work

This endorsement changes your Commercial General Liability Protection.

HOW COVERAGE IS CHANGED

There are two changes which are explained below.

1. The following is added to the Who Is Protected Under This Agreement section.
   This changes adds certain protected persons and limits their protection.

   * Additional protected persons. Any person or organization named below
     an additional protected person as required by a contract or agreement
     with you. But only for covered injury or damage arising out of:

   * your work for that person or organization;
   * your completed work for that person or organization if your contract
     agreement requires such coverage:
   * premises you own, rent or lease from that person or organization; or
   * your maintenance, operation or use of equipment leased from that pers
     or organization.

We explain what we mean by your work in the Products and completed work total
limit section.

If the additional protected person is an architect, engineer, or surveyor, we
won't cover injury or damage arising out of the performance or failure to
perform architect, engineer, or surveyor professional services.

Architect, engineer, or surveyor professional services includes:

   * the preparation or approval of maps, drawings, opinions, reports,
     surveys, change orders, designs, or specifications, and
   * supervisory inspection or engineering services.

We will not consider any person or organization an additional protected person
for the conduct of any current or past partnership or joint venture that's not
named in the Introduction.

2. The following is added to the Other Insurance section. This change broadens
   coverage.

We'll consider this insurance to be primary to and non-contributory with the
insurance issued directly to the additional protected persons listed below if:

* your contract specifically requires that we consider this insurance to be
  primary or primary and non-contributory insurance; or

* you request before a loss that we consider this insurance to be primary or
  primary and non-contributory insurance.

---

**Name of Insured**                **Policy Number** KG02900640        **Effective Date** 06/26/01
SUFFOLK CONSTRUCTION COMPANY, INC.    **Processing Date** 08/22/01  09:11  001

---

40502 Ed.1-80 Printed in U.S.A.                Customized Form
©St.Paul Fire and Marine Insurance Co.1980 All Rights Reserved                Page    1

**The St.Paul**

Other Terms

All other terms of your policy remain the same.

©St.Paul Fire and Marine Insurance Co.1980 All Rights Reserved