UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-10872EFH

FIREMAN'S FUND INSURANCE COMPANY,  )
As Subrogee of 301 Columbus Avenue, LLC,  )
    Plaintiff  )
      )
VS.  )
      )
SUFFOLK CONSTRUCTION COMPANY, INC.  )
      )
and  )
      )
131 DARTMOUTH STREET LLC,  )
    Defendants  )

## DEFENDANT, SUFFOLK CONSTRUCTION COMPANY, INC.'S MOTION FOR RECONSIDERATION

Now comes the Defendant, Suffolk Construction Company, Inc. ("Suffolk") and respectfully requests that this Honorable Court reconsider its decision allowing the Plaintiff, Fireman's Fund Insurance Company's (hereinafter "Fireman's Fund") Motion to Compel responses to its interrogatories and requests for production of documents. Fireman's Fund filed a Motion to Compel Suffolk to respond to its interrogatories and requests for production, arguing that Suffolk had failed to answer or object to its interrogatories and requests. Prior to the Court ruling on said Motion, Suffolk served Fireman's Fund with both Answers to Interrogatories and a Response to Request for Production of Documents. See Affidavit of Attorney Patricia A. Larkin attached hereto as Exhibit 1. Suffolk also filed an Opposition to Fireman's Fund's Motion to Compel attaching both the Answers to Interrogatories and the Response to Request for Production of Documents at that time. Id.

Therefore, Suffolk satisfied the relief sought in Fireman's Fund's Motion to Compel. Accordingly, Fireman's Fund's Motion was moot at the time it was allowed by the Court.

WHEREFORE, the Defendant, Suffolk Construction Company, Inc. respectfully requests that this Honorable Court reconsider its decision allowing Fireman's Fund Insurance Company's Motion to Compel and vacate the Order entered therein.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1, Suffolk hereby respectfully requests a hearing on its Motion for Reconsideration.

Respectfully Submitted,
The Defendant,
Suffolk Construction Company, Inc.,
By its attorneys,

John F. Toomey, BBO # 500160
Patricia A. Larkin, BBO # 561642
TOOMEY & YUDYSKY LLP
99 Summer Street
Boston, MA 02110
(617) 946-0930

Date: 4/4/05

## CERTIFICATE OF SERVICE

I, Patricia A. Larkin, as counsel for the Defendant, Suffolk Construction Co., Inc., do hereby certify that I served a copy of the foregoing **DEFENDANT, SUFFOLK CONSTRUCTION COMPANY, INC.'S MOTION FOR RECONSIDERATION**, on all parties to this action by first class mail to their counsel of record:

> Stuart G. Blackburn, Esquire
> Law Offices of Stuart G. Blackburn
> 2 Concorde Way
> P.O. Box 608
> Windsor Locks, CT 06096

Date: 4/5/05         Attorney: _____

jdd 59726.1 4/4/05

# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-10872EFH

FIREMAN'S FUND INSURANCE COMPANY )
As Subrogee of 301 Columbus Avenue, LLC, )
    Plaintiff )
)
VS. )
)
SUFFOLK CONSTRUCTION COMPANY, INC. )
)
and )
)
131 DARTMOUTH STREET LLC, )
    Defendants )

## AFFIDAVIT OF ATTORNEY PATRICIA A. LARKIN

I, Patricia A. Larkin, do hereby depose and state as follows:

1. I am a partner at Toomey & Yudysky LLP and, along with co-counsel, John F. Toomey, am counsel for the defendant, Suffolk Construction Company, Inc. ("Suffolk") in the above-referenced matter.

2. On, February 28, 2005, Plaintiff filed a Motion to Compel responses to its interrogatories and requests for production of documents, arguing that Suffolk had failed to answer or object to its interrogatories and request for production.

3. By agreement, Suffolk's Opposition to Plaintiff's Motion to Compel was due on or before March 18, 2005.

4. On March 18, 2005, Suffolk served the following on Plaintiff's counsel:

    1. **DEFENDANT, SUFFOLK CONSTRUCTION COMPANY'S RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION;** and

    2. **DEFENDANT, SUFFOLK CONSTRUCTION COMPANY'S ANSWERS TO PLAINTIFF'S INTERROGATORIES.**

5. On that same date, Suffolk served its Opposition to Plaintiff's Motion to Compel, arguing, among other things, that the Motion was moot, as Suffolk had responded to Plaintiff's discovery requests. Copies of Suffolk's discovery responses were attached as Exhibits to said Opposition.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 4TH DAY OF APRIL, 2005

_____
Patricia A. Larkin, BBO # 561642
TOOMEY & YUDYSKY LLP
99 Summer Street
Boston, MA 02110
(617) 946-0930

## CERTIFICATE OF SERVICE

I, Patricia A. Larkin, as counsel for the Defendant, Suffolk Construction Co., Inc., do hereby certify that I served a copy of the foregoing **AFFIDAVIT OF ATTORNEY PATRICIA A. LARKIN,** on all parties to this action by first class mail to their counsel of record:

> Stuart G. Blackburn, Esquire
> Law Offices of Stuart G. Blackburn
> 2 Concorde Way
> P.O. Box 608
> Windsor Locks, CT 06096

Date: 4/4/05            Attorney: _____

jdd  59808.1  4/4/05