UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY )<br>As Subrogee of 301 Columbus Avenue, LLC )<br>777 Marin Drive )<br>Novado, California 94998, )<br>    Plaintiff )<br>)<br>VS. )<br>)<br>SUFFOLK CONSTRUCTION COMPANY, INC. )<br>65 Allerton Street )<br>Boston, MA 021109, )<br>)<br>and )<br>)<br>131 DARTMOUTH STREET LLC )<br>535 Boylston Street, 10th Floor )<br>Boston, MA 02109, )<br>    Defendants ) | Case No. 04-10872EFH |

## DEFENDANT, 131 DARTMOUTH STREET LLC'S
## CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)(3)

Now comes the Defendant, 131 Dartmouth Street LLC, in the above-entitled matter together with its attorney and hereby certifies as follows:

1. That they have conferred with a view towards establishing a budget for the cost of conducting the full course, and various alternative courses, of the litigation; and

2. That they have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

By the Defendant,                                    By Defendant's attorneys,


_____                            _____
Robert Prendergast of NET Manager LLC                John F. Toomey, BBO # 500160
for 131 Dartmouth Street LLC                         Patricia A. Larkin, BBO # 561642
131 Dartmouth Street, 6th Floor                      TOOMEY & YUDYSKY LLP
Boston, MA 02116                                     99 Summer Street
                                                     Boston, MA 02110
                                                     (617) 946-0930

Date: 3/18/05                                        Date: 4/4/05


### CERTIFICATE OF SERVICE

I, John F. Toomey, attorney for the Defendant, 131 Dartmouth Street LLC, hereby certify that I served a copy of the foregoing **CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)(3)**, to all counsel of record to this action by mailing a copy of same, postage prepaid, on this day, to:

> Stuart G. Blackburn, Esquire
> Law Offices of Stuart G. Blackburn
> 2 Concorde Way
> P.O. Box 608
> Windsor Locks, CT 06096

Date: 4/4/05                                         Attorney: _____
ECL 56367.1 1/31/05