UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

FIREMAN'S FUND INSURANCE COMPANY,
         Plaintiff

                                                  CIVIL ACTION NO.:
         v.                                       04-10872-EFH

SUFFOLK CONSTRUCTION COMPANY,
INC., ET AL.,
         Defendants.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REVISED FINAL PRETRIAL CONFERENCE ORDER

September 22, 2005

HARRINGTON, S.D.J.

      The parties in the above-entitled case having conducted an Initial Scheduling Conference pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial Conference be held in Judge Harrington's courtroom (No. 13 on the 5th floor) at **11:00 A.M.** on  Tuesday, June 6, 2006  .

      SO ORDERED.

                                           /s/ Edward F. Harrington
                                           EDWARD F. HARRINGTON
                                           United States Senior District Judge