

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY<br>As Subrogee of<br>301 Columbus Avenue, LLC<br><br>    Plaintiff<br><br>v.<br><br>SUFFOLK CONSTRUCTION COMPANY, INC.<br><br>and<br><br>SULLIVAN PROPERTIES, INC.<br>d/b/a 131 Dartmouth St. LLC<br>    Defendants | CIVIL ACTION NO.:<br>04-10872 EFH<br><br><br><br><br><br><br><br><br><br><br>November 30, 2005 |

### PLAINTIFFS' RULE 26(a)(2) DISCLOSURE OF EXPERT WITNESS

**NAME AND ADDRESS OF WITNESS**

David Grandpré, P.E.
C. A. Pretzer Associates, Inc.
50 Freeway Drive
Cranston, RI  02920
(401) 785-2690

**SUBJECT MATTER ON WHICH THE EXPERT IS EXPECTED TO TESTIFY**

    Mr. Grandpré is expected to testify as to his investigation regarding the structural damage to the buildings located at 301-319 Columbus Avenue, Boston, Massachusetts.

## THE SUBSTANCE OF THE FACTS AND OPINIONS TO WHICH THE EXPERT IS EXPECTED TO TESTIFY

Mr. Grandpré is expected to testify that he investigated the damage to the premises at 301-319 Columbus Ave. and determined the cause of the damage was the construction activity at 131 Dartmouth Street. He identifies three types of damage: (a) damage directly attributable to the adjacent construction activity, (b) damage reasonably attributable to the adjacent construction activity, and (c) damage not reasonably attributable to the adjacent construction activity.

## SUMMARY OF THE GROUNDS FOR EXPERT'S OPINION

Mr. Grandpré will testify based on his education and experience as a structural engineer and on his inspections and examinations of the premises located at 301-319 Columbus Ave., Boston, Massachusetts.

THE PLAINTIFF,

Dated: November 30, 2005    BY: _____
Erik Loftus, Esq.
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
Tel. (860) 292-1116
BBO # 656315

## CERTIFICATION

I hereby certify that the PLAINTIFFS' RULE 26(a)(2) DISCLOSURE OF EXPERT WITNESS has been mailed this 30th day of November, 2005, first class mail, postage prepaid to the following:

John F. Toomey, Esq.
Patricia A. Larkin, Esq.
Toomey & Yudysky, LLP
99 Summer Street
Boston, MA  02110
(Suffolk Construction Co., Inc.
Sullivan Properties d/b/a 131 Dartmouth)

_____
Erik Loftus, Esq.