UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY )<br>As Subrogee of 301 Columbus Avenue, LLC )<br>777 Marin Drive )<br>Novado, California 94998, )<br>    Plaintiff )<br>    )<br>VS. )<br>    )<br>SUFFOLK CONSTRUCTION COMPANY, INC. )<br>65 Allerton Street )<br>Boston, MA 021109, )<br>    )<br>and )<br>    )<br>131 DARTMOUTH ST., LLC )<br>535 Boylston Street, 10th Floor )<br>Boston, MA 02109, )<br>    Defendants ) | Case No. 04-10872EFH |

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

Now come the parties and respectfully request that this Honorable Court modify the Scheduling Order in this case to allow the parties additional time to designate all trial experts and provide opposing counsel with reports from all such experts pursuant to Fed. R. Civ. P. 26(a)(2). The parties wish to extend the deadlines for all parties to designate trial experts and provide opposing counsel with reports from all such experts to and including February 14, 2006.

The parties have recently agreed to mediate this case with Robert Larkin, Esquire serving as the neutral. The parties hope to schedule the mediation for either late March or early April, 2006. This case is not scheduled for Pre-Trial Conference until June 6, 2006. None of the parties will be prejudiced by the allowance of this Joint Motion. Allowing this motion, however, will promote judicial economy by permitting the parties an opportunity to narrow the issues for trial and make an informed decision with respect to a potential extrajudicial resolution of this matter.

WHEREFORE, the parties in the above-captioned matter request that this Honorable Court modify the Scheduling Order to extend the deadline for all parties to designate trial experts and provide opposing counsel with reports from all such experts to and including February 14, 2006.

Assented to:

| The Plaintiff, | The Defendants, |
|---|---|
| Fireman's Fund Insurance Company, | Suffolk Construction Company, Inc. |
| As Subrogee of 301 Columbus Avenue LLC, | and 131 Dartmouth Street, LLC, |
| By its attorneys, | By their attorneys, |

/s/ Erik Loftus_____          /s/ Patricia A. Larkin_____
Stuart G. Blackburn, Esquire, BBO #549797     John F. Toomey, BBO # 500160
Erik Loftus, Fed. Ct. # 656315                Patricia A. Larkin, BBO # 561642
LAW OFFICES OF STUART G. BLACKBURN            TOOMEY & YUDYSKY LLP
2 Concorde Way                                 99 Summer Street
P.O. Box 608                                  Boston, MA 02110
Windsor Locks, CT 06096                        (617) 946-0930
(860)292-1116

Date: 1/17/06

## CERTIFICATE OF SERVICE

I, Patricia A. Larkin, counsel for the Defendants, Suffolk Construction Company, Inc. and 131 Dartmouth Street LLC, do hereby certify that I served a copy of the foregoing **JOINT MOTION TO MODIFY SCHEDULING ORDER** on all parties to this action by mailing a copy of same, postage prepaid, to their counsel of record:

Stuart G. Blackburn, Esquire
Erik Loftus, Esquire
LAW OFFICES OF STUART G. BLACKBURN
2 Concorde Way
P.O. Box 608
Windsor Locks, CT 06096

Date: 1/17/06                                  Attorney:  /s/ Patricia A. Larkin

ecl  68821.1  1/17/06

2