UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY )<br>As Subrogee of 301 Columbus Avenue, LLC )<br>777 Marin Drive )<br>Novado, California 94998, )<br>    Plaintiff )<br>)<br>VS. )<br>)<br>SUFFOLK CONSTRUCTION COMPANY, INC. )<br>65 Allerton Street )<br>Boston, MA 02109, )<br>)<br>and )<br>)<br>131 DARTMOUTH STREET LLC )<br>200 State Street, 12th Floor )<br>Boston, MA 02109, )<br>    Defendants ) | CASE NO. 04-10872EFH |

## NOTICE OF APPEARANCE

Kindly enter my appearance as an attorney for the Defendants, Suffolk Construction Company, Inc. and 131 Dartmouth Street LLC, in the above-entitled matter.

                                  Respectfully Submitted,
                                  The Defendants,
                                  Suffolk Construction Company, Inc. and
                                  131 Dartmouth Street, LLC,
                                  By its attorney,


                                  /s/ Emily Lanza Dwyer
                                  Emily Lanza Dwyer, BBO # 652362
                                  TOOMEY & YUDYSKY LLP
                                  99 Summer Street
                                  Boston, MA 02110
Date: __1/26/06__                (617) 946-0930

2

## CERTIFICATE OF SERVICE

      I, Emily Lanza Dwyer, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 1/26/06.

Stuart G. Blackburn, Esquire<br>
Erik Loftus, Esquire<br>
Law Offices of Stuart G. Blackburn<br>
2 Concorde Way<br>
P.O. Box 608<br>
Windsor Locks, CT 06096

Date: 1/26/06            Attorney: /s/ Emily Lanza Dwyer

ecl  69153.1  1/26/06

2