UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY<br>As Subrogee of 301 Columbus Avenue, LLC<br>777 Marin Drive<br>Novado, California 94998,<br>    Plaintiff<br><br>VS.<br><br>SUFFOLK CONSTRUCTION COMPANY, INC.<br>65 Allerton Street<br>Boston, MA 021109,<br><br>and<br><br>131 DARTMOUTH ST., LLC<br>535 Boylston Street, 10th Floor<br>Boston, MA 02109,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 04-10872EFH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' EXPERT DISCLOSURE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26 (a)(2)**

**A. IDENTITY OF EXPERT WITNESSES:**

Mark H. McGivern, CSI
Principal/CEO
CCA, LLC
19 Crosby Drive, Suite 220
Bedford, MA 01730

Kenneth R. Quigley, PE
Vice President of Engineering
CCA, LLC
19 Crosby Drive, Suite 220
Bedford, MA 01730

**B. EXPERT TESTIMONY:**

   Mark H. McGivern will testify based on his knowledge, skill, experience, training and education.  A copy of his *curriculum vitae* is attached hereto and incorporated herein by reference.  Mr. McGivern will testify as to his investigation of the premises located at 301 – 319 Columbus Avenue (odd numbers), including the damage alleged by the Plaintiff to those premises.  He will testify consistent with his report dated February 13, 2006, which is attached hereto and incorporated herein by reference.  In addition, Mr. McGivern will testify as to CCA, LLC's investigation of the premises located at 301 – 319 Columbus Avenue

(odd numbers) in and around 2001.  He will testify consistent with CCA's report dated November 7, 2001, which is also attached hereto and incorporated herein by reference.

Kenneth R. Quigley will testify based on his knowledge, skill, experience, training and education.  A copy of his *curriculum vitae* is attached hereto and incorporated herein by reference.  Mr. Quigley will testify as to his investigation of the premises located at 301 – 319 Columbus Avenue (odd numbers), including the damage alleged by the Plaintiff to those premises.  He will testify consistent with his report dated February 13, 2006, which is attached hereto and incorporated herein by reference.

The Defendants,
Suffolk Construction Company, Inc.
and 131 Dartmouth Street, LLC,
By their attorneys,


/s/ Patricia A. Larkin_____
John F. Toomey, BBO #500160
Patricia A. Larkin, BBO #561642
Emily Lanza Dwyer, BBO #652362
TOOMEY & YUDYSKY LLP
 99 Summer Street
Boston, MA 02110
(617) 946-0930

Date:  2/14/06

## CERTIFICATE OF SERVICE

I, Patricia A. Larkin, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 2/14/06.

Attorney:  /s/ Patricia A. Larkin

ecl  69723.1  2/14/06