

# CURRICULUM VITAE

**KENNETH R. QUIGLEY, MS, PE**
Vice President of Engineering

**CCA, llc**
19 Crosby Drive
Suite 220
Bedford, MA 01730
Tel: 781.280.0660
Fax: 781.280.0111
E-Mail: kquigley@ccaco.com


**SUMMARY OF EXPERIENCE**
Mr. Quigley has successfully completed diverse engineering projects that include; residential, commercial, and industrial projects.  He has held various positions of responsibility that include independent Structural Engineer, Project Engineer on Architectural/Engineering teams, Project Structural Engineer, Engineering Project Manager, Civil/Structural Engineering Department Manager and Manager of an Engineering group consisting of Civil, Structural, Architectural, Building Mechanical, Electrical and Process Piping Engineering Departments.  He has held these positions with a national Architect/Engineer Construction Management firm.  Mr. Quigley has over 25 years of experience and training in engineering, design and construction.

Mr. Quigley's skills include structural/civil design, planning, construction detailing and specifications. Additionally, he brings to task well honed management skills, a summary of which includes project department budgeting, scheduling, preparation of proposals, report preparation, CAD implementation, construction oversight, and resource management.

Mr. Quigley has designed and directed the design of numerous commercial and industrial buildings and facilities including: chemical plants, laboratories, office buildings, warehouses, and clean room facilities. His designs include; structural steel buildings, reinforced concrete buildings, pre-cast concrete buildings, shallow foundations, deep foundations, wood structures, and masonry.  He has provided special designs for pressure resistant structures, blast resistant structures, and facilities for hazardous chemicals.  Mr. Quigley has also provided support to other disciplines in the areas of pipe stress, equipment shell sizing and pipe and equipment supports.  As director of the Facilities Engineering Department, Mr. Quigley was responsible for the quality and timeliness of the work product which included the systematic engineering and design of site civil work, structural design of buildings, miscellaneous structures and equipment supports, architectural design, electrical design, and HVAC/building mechanical systems.   Mr. Quigley is an expert in the preparation and production of construction drawings, specifications and the direct provision of construction support services for new and renovated facilities.

**REPRESENTATIVE EXPERIENCE**

**Massachusetts Biologic Laboratories, Boston, MA**
Mr. Quigley was the project structural engineer for this five building, $80M, 90,000 square foot biotech manufacturing, and distribution facility. He was responsible for the structural and civil engineering as well as site inspection of this structure and its advanced technological systems.

**Qiagen, Germantown, MD**
Mr. Quigley was the project structural engineer for this five building, $100M, 190,000 square foot pharmaceutical research, manufacturing, and distribution facility. He was responsible for the structural engineering performed in collaboration between two offices as well as site inspection of this complex structure.

**Abbot Laboratories, North Chicago, IL**
Mr. Quigley was the Project Engineer and Project Structural Engineer on this design project directed at facility upgrades for the bulk manufacture of pharmaceutical products. The expansion included a large centrifuge system, mix tank, fluid bed dryer and pack-out blender. Special considerations on this project included ensuring the design accommodated a safe and fully compliant hazardous environment that afforded protection of personnel from OSHA controlled substances.

**Gillette Company, Andover, MA**
Mr. Quigley provided analysis of Gillette's aerosol filling rooms after an explosion caused one of the doors of one of the rooms to fail. The analysis included the finite element analysis of the walls, roof and doors of these rooms. On a separate project, Mr. Quigley provided an analysis of code and insurance requirements for the warehousing of flammable liquids.

**Corning, Bedford, MA**
Mr. Quigley provided design and construction support services on this project which involved several key capital assignments such as relocating proprietary processes and upgrading utility and support infrastructure systems.

**Rohm & Haas, Andover, MA**
On this project Mr. Quigley served as Project Engineer for this specialty chemical facility. The project included accommodation of chemical reactors, distillation and extensive heat exchange mechanical systems as well as the use of pyrophoric materials. Mr. Quigley performed extensive code reviews and fire protection research that for this project.

**CPUSA/Unilever, Clinton, CT**
For this manufacturer of personal care products, Mr. Quigley was the lead structural engineer. He provided code analysis related to the use and storage of large quantities of alcohol within the building as well as structural engineering for the modification of a three-story flat slab concrete building.

**KFX Gillette, WY**
Mr. Quigley, as lead structural and mechanical design engineer, contributed to the design and planning of the rehabilitation of this failed coal enhancement facility. The main structure was a 220 foot tall outdoor steel structure.

**Lee Labs, VA**
Mr. Quigley provided Structural Engineering and investigative services for the rehabilitation and expansion of this structure subsequent to an explosion at this three story pharmaceutical production facility.

**Morton/CVD, Weeks Island, LA**
He provided civil and structural engineering services for the expansion and rehabilitation of a masonry and structural steel chemical manufacturing plant on the Gulf Coast. The facility was located in a severe hurricane exposure zone and successfully withstood the direct forces of Hurricane Andrew.

**PROFESSIONAL EXPERIENCE**

**CCA llc – Bedford, MA**
*Senior Structural Engineer*
Mr. Quigley specializes in architectural/engineering design as well as forensic engineering and architecture for the legal and insurance clients. Services included condition assessment surveys, construction defect investigations for commercial and residential properties, and design services.

**CDI Engineering Group, Inc – Boston, MA**
*Manager of Facilities Engineering, Manager of Civil/Structural Engineering*
Mr. Quigley served in a variety of engineering and management positions for this Architect/ Engineer/ Construction Management firm. CDI recently changed its name from Herzog-Hart Corp. Responsible for management and oversight of design, engineering, CAD production, permitting and construction administration of various industrial projects mainly in the personal
care, fine chemical, pharmaceutical and biotechnology industries. Manager of the Facilities Engineering Department in the Boston office of CDI Engineering Group, Inc. and group leader of the Structural Engineering Department. He has held positions with oversight responsibility for the Civil Engineering, Structural Engineering, Architectural, Process Piping, Building Mechanical (HVAC, plumbing), and Electrical design disciplines.

**United Engineers and Constructors– Boston, MA**
*Structural Engineer*
Structural engineering for an Architect/ Engineer/ Construction firm designing structural steel, concrete and foundations for large fossil fueled power plants.

**GTE/Sylvania FDO – Woburn, MA**
*Project Manager*
Structural engineering for an in-house Architect/ Engineer/ Construction group designing structural steel, masonry, concrete and foundations for industrial buildings.

**Rene Mugnier Associates – Cambridge, MA**
*Structural Engineer*
Structural engineering for a structural engineering consultant designing structural steel, wood framing, masonry, concrete and foundations for residential and commercial buildings.

**Northeastern University Co-operative Education Program-Boston, MA**
*Engineering Aide/ Draftsman*
While a student Mr. Quigley worked at LeMessurier Associates of Cambridge MA, Stone & Webster of Boston, Ma, Oxford Development of Boston MA, and United Engineers and Constructors of Boston, MA.

**EDUCATION**

Master of Science, Civil Engineering with Structural Engineering Specialty
Northeastern University

Bachelor of Science, Civil Engineering with honors
Northeastern University

**AFFILIATIONS**

Boston Society of Civil Engineers section of the American Society of Civil Engineers
International Concrete Repair Institute
American Concrete Institute
Stoneham (MA) Conservation Commission, Former member and Past Chairman

**REGISTRATIONS**

Professional Engineer:  Massachusetts, New York, Pennsylvania, Rhode Island, Maryland, Alabama