# CURRICULUM VITAE

**MARK H. MCGIVERN**
Principal/Director of Technical Services
Chief Executive Officer

**CCA, llc**
19 Crosby Drive
Suite 220
Bedford, MA 01730
Tel: 781.280.0660
Fax: 781.280.0111
E-Mail: mmcgivern@ccaco.com

**SUMMARY OF EXPERIENCE**
Focusing on consulting and management of construction investigations, Mr. McGivern has broad experience in the design, construction, estimating and analysis of building systems, construction methods and practices. In this area Mr. McGivern is primarily responsible for managing the firm's technical investigations. Mr. McGivern is also the senior construction specifier for CCA design projects, and maintains an active role in the firm's architectural design practice. His general background includes planning and management of large-scale residential, industrial, and commercial construction projects. He has more than twenty-three years of varied professional experience in the management of design and construction professionals in small and large-scale projects.

Since 1990, he has specialized in the investigation of failures and defects, focusing particularly on the contractual, performance and specifications aspect of such problems. Of specific interest to the firm is his work in the cause and origin of construction and material failures and the analysis of appropriate repair methods and related costs.  Mr. McGivern has qualified as an expert in testimony related to building codes, construction methods, standard of care and costs and best practices. He has provided construction and re-construction cost estimates for private clients, insurance carriers, government agencies and attorneys. He has authored numerous reports related to cause and origin of construction defects that have been utilized in mediation, arbitration and trial.

Mr. McGivern is a Senior Partner at CCA, co-managing a staff of Registered Engineers, Architects, Scientists and Construction Consultants. Where appropriate, he will work in concert with the engineering and architectural staff to investigate complex losses including construction defects, building collapses, equipment failures, blasting damages and intricate failures of building components. In that capacity, he also designs and oversees the safety protocol for these investigations. Mr. McGivern has demonstrated expertise in construction means and methods, and best practices of the construction industry for new construction, restoration, demolition and civil projects. He is regularly retained to review contract specifications, design professional and/or contractor compliance with contract documents pertaining to building contracts.

As one of the principal founders of CCA in 1990, Mr. McGivern has consulted to fortune 500 clients, local and federal government agencies, insurance carriers, developers, attorneys and contractors. He has presented numerous seminars and presentations regarding construction techniques, and construction

projects, with particular emphasis on analysis of how different construction methods and or products are constructed and perform.

**REPRESENTATIVE EXPERIENCE**

**Failure Analysis- Materials/ Design/ Construction (select list)**

- Lake Michigan Water Filtration Plant- Grand Rapids, MI- Investigation and analysis of (concrete) construction defects leading to failure of 260 million gallon per day filtration plant (with Fred Cowen) 1996
- Great America Roller coaster ride- Fremont, CA- Failure analysis and study of the means and methods of construction, and maintenance of amusement park attraction. 1998-99.
- Residential Apartment Fire, Sturbridge, MA- Code and life safety study of the use of aluminum framing related to fatalities in occupied buildings. Provided cost studies and design analysis. 1994
- Roof Shingle Failure-Chicago, IL- Materials and design analysis of systemic asphalt roofing shingles affecting more than 450 residences (multiple CCA staff) 1996
- Lexington, KY- 3.5 million dollar industrial fire due to defective manufacturing equipment. Cause and origin study of machinery defect in plastics plant (with Bruce Norian) 1995-'97
- Lawrence, MA, Industrial Fire- post loss analysis of impact of damage due to inadequate sprinkler system design, 1993-94
- Westboro, MA- Pipe Failure led to massive water damage to manufacturing facility. Cause and Origin study including flow analysis, water hammer, pipe design and construction(with Bruce Norian). 1993
- West Roxbury, MA, Masonite siding failure- Field investigation, testing, report, and remedial design of cladding system for three multi-story condominium projects. (staff) 1995-96
- EPDM Roofing systems: Numerous studies of more than 600,000 SF of commercial roofing since 1993 to determine cause of failure in numerous applications.
- Martha' Vineyard, MA- Granite countertop failure: defective materials investigation 1996
- Town of Plymouth, MA, water main failure- investigation of alleged construction defects leading to more than a dozen breaks in water main system over a period of 2 weeks. (With Bruce Norian & Staff) 1998
- Thompson Island (Boston Harbor) MA - Wave Fence failure. Investigation to determine design failure leading to failure of pile fence. (with Fred Cowen) 1995.
- Cambridge, MA - Commercial office building. Study to determine cause of concrete façade failure. (Multiple CCA staff). Included detailed repair cost scenarios.1995
- Town of Dover, MA Collapse of DPW facilities building: cause and origin investigation-wood structure (with Fred Cowen). Included cost estimating  1997-2002
- Malden, MA Foundation failure of residential structure- cause and origin related to construction defects (with Fred Cowen). 1996
- Weston, MA,- Construction Defects investigation of alleged damages due to improper design and installation of drainage under structure (with CCA Staff)
- Weston, MA, Residential Fire. Loss of 1.6 million dollars. Cause and origin investigation (with Eric Johnson and Bruce Norian) Included cost estimating. 2000
- Bridgeport NJ, Manufacturing/ Engineering/ Production facility. Investigations to study the impact of manufacturing operations due to loss of engineering CAD programs. Provide consultation and recommendations to recover from loss of design capacity. (with CCA Staff)
- Fredericksburg, VA. Investigate and report on the cause and origin of the malfunction of high-speed printing press due to design defects in proprietary systems. 1997

- Building Envelope Investigations of numerous masonry and wood framed structures to determine envelope failures. Provided consultation, and design for remediation for condominium associations, private clients, insurance and legal counsel.

**Design & Remedial Studies (with CCA Staff)- Select Listing**

- Hancock Church- Lexington, MA- Historical Restoration
- Office Solutions- Burlington, MA- Proposed Office Building
- Watermill Place Condominiums- Arlington, MA- Exterior Restoration –140 unit
- Park Place Condominiums, West Roxbury, MA – Exterior Restoration/ Ventilation 40 units
- 1110-1120 Beacon Street, Brookline, MA- Structural/ Architectural
- First Church of Christ Scientist- Reading, MA- Historical Restoration
- Berkshire Medical Center, Pittsfield, MA - Building Envelope Analysis
- Old Schwamb Mill, Arlington, MA- Historical preservation of roof and building exterior including windows and trims.
- St. George Condominiums, Revere MA- Decks, waterproofing, windows, cost estimating
- Dartmouth Square Condominiums, - Boston, MA- Historical building restoration of roofing, walls, windows and waterproofing.
- Amtrak Maintenance Facility, Boston, MA- Commissioning study related to energy management, building envelope, building safety, OSHA
- Claypit School, Wayland, MA. New school addition of auditorium/Gym
- Brewster Academy Performing Arts Center, Wolfebore, NH- Retro-it and additions to existing facility for 450 seat performing arts center (2005 initial design phase)
- American Red Cross, Boston, MA. 9 story exterior brick envelope study and remediation

**Code & Compliance – Select Listing**
- United States Department of Justice, Boston, MA - ADA Code compliance for 740 Friendly's Restaurants in 20 different states. Study involved the review of site designs, architectural plans, field inspections and reports on compliance. Study netted meetings and discussions with corporate officials and DOJ to achieve largest negotiated compliance agreement for this type operation in ADA history.
- United States Department of Justice, Boston, MA- Ongoing consultation to analyze local and regional compliance with Federal Fair Housing Act (FHA) by building owners.
- United States Postal Service- Site Design Analysis and review of code compliance issues for Postal facility to comply with ADA.
- Private Residence- West Stockbridge, MA- Fire rendered structure damaged and non-compliant with current Massachusetts Building Code- Ed. VI. Study included code analysis and recommended scope of repairs to foundation and structure to obtain permit for re-construction.
- Concord, MA – Automobile Accident. Analysis of design standards for highway intersection with a light. Review of MUTCD and other related design documents.
- Jordans Warehouse- Structural Collapse Analysis- Newton, MA. Study of means, methods and safety procedures involved in building collapse during construction..
- 780 CMR- 4th, 5th, 6th Editions. Numerous studies to apply building code in a variety of applications with regards to the design and maintenance of: stairs, egress, lighting, design loads and capacities, 1 and 2 family dwellings, commercial, institutional, and assembly buildings.
- Numerous studies involving the Uniform Building Code, BOCA and SBCC related to existing buildings in multiple states including Nevada, California, Massachusetts, Colorado, Texas, Oregon, Florida, Connecticut.

**Blasting/ Explosion/ Hurricane Investigations**
More than 300 blasting and or explosion related investigations to residential, commercial and institutional structures since 1993. Studies in seven states have included cause and origin studies, damage analysis, damage assessment, life safety analysis, and cost of repair estimates as well as expert testimony.

**Select Projects include:**
- City of Bangor, ME- Blasting Investigation at St. Mary's Hospital prompted more than 75 claims of blasting damage. 1996
- City of Fall River, MA – 18" Water Main break results in flooding of 2 million gallons of water in downtown, affecting businesses, homes, four mills and a hospital. 1995
- Quincy, MA- 40-unit condominium complex with underground parking facility sustained alleged blasting damage. 1997
- Attleboro, MA - Gas explosion kills 1, causing extensive damage to numerous residences. 1997
- Malden, MA- Burner explosion causes 2 deaths and destroys residential structure. 1993
- Town of Holland, MA - Boiler Malfunction results in loss of historic Town Hall and offices. (with Bruce Norian) 1992
- Hurricane Andrew, Miami, FL (1991-92). Scope of Damages and related repair cost estimates to more than 85 residential homes with an average value of more than $260,000.00. Presented to insurance carriers and their insureds for insurance settlements. Also acted as a third party independent consultant to resolve disputed claims between the carrier and insured's contractor where either scope of work and/or cost estimates differed.
- Hurricane Bob, Massachusetts and New York (1993). Scope of Damages and cost estimates for more than a dozen large condominium complexes, restaurants and business along the coast of Massachusetts and New York. Prepared on behalf of Insurance carriers in settlement of property damage claims.
- October 30, 1993 Nor'easter ("No Name") Cape Cod, MA. Building Consultant and Cost Estimator for more than 30 residential and commercial insurance losses.
- Hurricane Katrina (2005) .Senior Project Coordinator for CCA staff, and Building and Construction Cost Consultant. Management and estimating of both commercial and residential properties for insurance carriers and building owners.

**Construction Defect Investigations**
Representative Projects (Partial Listing)
- Brick/ Flashing failure on Single Family 40 million dollar residence- Ambler, PA
- EPDM Roofing/ flashing Failure- 4 story Hotel- Boston, MA
- Masonry Load Bearing Wall failure- Boston, MA
- Shopping Center Retaining Wall Failure- Warwick, RI
- Masonry Wall/ Flashing/ Stucco Failure- Orlando, FL
- Window, Roofing, Stucco (EIFS) failure- Monastic Seminary- Petersham, MA
- Roofing/ Masonry/ Foundation failure- Raleigh, NC
- Foundation/ structural/ facade movement and water infiltration- (16 homes) Littleton, CO
- Systemic Failure of wood Plank flooring- Martha's Vineyard, MA
- 168 Unit Condo Complex (consultant to carrier) - Roof, walls, foundations, site- Las Vegas, NV
- 140 Unit Condo Complex- Roof, masonry, balconies, drainage- Arlington, MA
- Spanish Gardens Condominiums, Las Vegas, NV.- Water intrusion, design defects, water intrusion related to stucco, windows, roofing, flashings,
- Park Place Condominiums, - 64 Unit Condo Complex- Siding, window, ventilation, roofing- W. Roxbury, MA
- Single Family Custom Home, Masonry, foundation, site drainage- Des Moines, IA

- HUD Housing Project (268 units)- code, life safety, roof, walls- Spokane, WA
- Ladera Condominiums, Austin, TX- 97 unit complex involving structural movement, water intrusion, stucco, windows, roofing.
- Condominium Complex, (16 building -8 units each), roof, siding, decks- Chicago, IL.
- 90 Unit Condo complex- fenestrations (roof, walls) and foundation failures- Littleton, CO
- Echo Bay Condominium complex (consultant to carrier) 440 unit walls, roofs, windows, stairs, decks- Las Vegas, Nevada
- Residential Custom Homes- Soils movement with resulting damages to four custom homes. Scope of damages, repair methodology, and estimating- Frisco, TX
- Crossgates: 169 single family homes- Windows, flashing, EIFS, stucco, decks and structural damage. Cause and origin, cost of repair- Millersville, PA
- Marriott Courtyard, Danvers MA. EIFS and water intrusion.
- Sandra Bullock Residence, Austin, TX- 10,000 SF home. Water intrusion, structural failure, design errors, roofing, electrical, plumbing, stone and plaster finishes.
- Epstein Family residence, Austin Texas – 14,000 SF Home. Stucco and structural damages, with mold issues.
- Seminole County Public Safety/ Hurricane Center- Seminole County, FL.- Water intrusion and building pressurization with mold issues.
- GAIA Building, Berkley, CA.- 7 story apartment building experienced water infiltration from roof and walls.
- Stadium Station Apartments, Portland Oregon- 5 story, wood framed apartment building experiencing water intrusion resulting in structural compression and resultant damage to stucco
- High Rise Condominiums, Orange Beach, AL-  Two individual investigations related Multiple defects including, windows, doors, stucco, flashings, exterior finishes, balcony railings, water intrusion, design and/or code defects.
- High Rise Condominiums, Gulf Shores , AL- Three individual investigations related to multiple defects including, windows, doors, stucco, flashings, exterior finishes, balcony railings, water intrusion, design and/or code defects.

**PROFESSIONAL EXPERIENCE**

**MCG Corporation, Incline Village, Nevada 1977-79**
Employed as a residential framing and finish carpenter in family owned design/build development and construction firm. Promoted to foreman in 1979. Work focused on construction of custom homes in Lake Tahoe.

**Del Webb Corporation, Reno, Nevada -1979- 81**
In-house carpenter, promoted to construction supervisor, responsible for interior renovations of commercial space, and casino facilities. Worked swing shift in conjunction with attending University of Nevada-Reno.

**Rondo Homes, Inc., Marin, CA 1981**
Crew foreman of residential construction specializing in patented application of customized residential homes. Responsible for construction from site grading to finish.

**Advanced Finishing General Contractors, Englewood, CO 1981-84**
Founder of small general contracting firm focusing in residential and commercial restoration. Employed full time crew of nine tradesman, office staff, and resident designer. Projects included sub contracts with

US Homes and Pulte to rough frame residential units, renovations of Medical facilities (7), restaurants (2), Commercial/industrial facilities (3), Indoor Amusement Park (1) and numerous residences. Responsible for day to day operations, job safety, sales and marketing.

**Maclyn Construction Inc., Victoria, TX 1984-86**
Owner of small Design/Build Construction firm, overseeing a staff of 35 tradesman, administrative, and design staff. Projects included Indoor Amusement Park (1), commercial renovations (4), Commercial Buildings (2) and restaurants (4), as well as numerous residential additions and renovations. Responsible for day to day operations, job safety, sales and marketing.

**ASDI Corp., and ASDI Development Corporation, Dedham, MA 1986-1987**
Senior Project Manager, promoted to Vice- President, responsible for management of large commercial construction projects. Managed in-house design staff, project estimates, permitting, and contracts. Oversaw site safety programs and provided safety supervision on numerous commercial and industrial construction projects. Senior manager responsible for project scheduling, sub contractor negotiations, contract management, and quality/ cost control. Responsibilities also included marketing and management of development projects and clients.

**Condyne, Inc., Norwell, MA 1987-1988**
As a Senior Project Planner for a 450 man design/build construction firm, responsibilities included marketing and presentations, project planning, estimating, management of in-house design team, contracts, and client liaison and oversight of site safety programs and safety supervision on numerous commercial and industrial construction projects. Reported directly to the Senior Vice President and President. Additional job responsibilities included concept through completion

**Building Consultant 1988- 1990**
Sole Practitioner providing estimating, feasibility studies, and inspection services to contractors, developers, insurance carriers and the FDIC. Consultant to developers related to commercial and residential property development.

**CCA, Construction Consulting Associates, LLC, 1990- present**
Founding Principal and Chief Executive Officer


**EDUCATION**
Storm King School- Cornwall-on Hudson, NY.
Widener University- Chester, PA.
University of Nevada- Reno, Nevada

**AFFILIATIONS**
Construction Specifications Institute (CSI)
The National Fire Protection Association (NFPA)
The Community Associations Institute (CAI).
American Society of Civil Engineers (ASCE)