

ARCHITECTURE
ENGINEERING
CONSTRUCTION TECHNOLOGIES
COMPUTER & SCIENTIFIC ANALYSIS
MATERIALS & SYSTEMS TESTING

Nov. 07, 2001

Hinckley Allen and Snyder
28 State Street
Boston, MA 02109 - 1775

Attn: Mr. Christopher W. Morog, Esq

Re:     131 Dartmouth Street Project
        Adjacent Building Study – 301 Columbus Ave.
        CCA # 109054

Dear Mr. Morog

In accordance with our proposal dated July 24, 2001, this report will state the findings and conclusions of our investigation of 301 Columbus Ave, also known as the Powers Building. Please note that this report is one of a series to be submitted, as it was agreed that Suffolk's construction sequencing does not allow for all buildings in the vicinity of 131 Dartmouth Street to be evaluated at this time.

## ABSTRACT

The subject building is an early 20th century, 3 story masonry clad building, constructed of a mix of load bearing brick, structural concrete block, structural steel girders and wood framing. CCA was unable to determine what type of foundation was utilized in the construction of the structure.

Three of the building's elevations are fully accessible for visual inspection, the fourth being a shared wall with 287 Columbus Ave.

Portions of the building's east elevation (left side as viewed from Columbus Ave.) appear to have had a stepped-out brick veneer applied to them. It is surmised that this veneer is an aesthetic treatment of a wall formally shared with another building, which has since been demolished. CCA was not able to ascertain by visual inspection how this veneer is anchored to the building.

On Sunday, July 22, 2001 a precast concrete masonry unit fell off the front façade of the building, which led to a temporary suspension of work on the 131 Dartmouth Street Project, as ordered by the City of Boston. In response to the incident, staging, complete

19 CROSBY DRIVE
UITE 220
BEDFORD, MA 01730
TEL: 781.280.0660
FAX: 781.280.0111
E-MAIL: CCA@CCACO.COM

with planking and protective netting, was installed by Suffolk on the front and side elevations of the building. The staging was also utilized as a covered egress pathway from the rear of the building for construction personnel and occupants of the building.

**DOCUMENTATION REVIEW:**

CCA has reviewed vertical displacement data contained in Haley and Aldrich's report to $C^3$ dated 18 September 2001, to ascertain the magnitude of vertical displacements on all 8 monitored points around the building. The vertical displacement data from this source indicates that the front face of the building has experienced minor settlement over the duration of Haley and Aldrich's study. The rear of the building has experienced a modest amount of settlement, with a net differential settlement of less than 1-1/3", as reported by H&A. H&A data also suggests that soil conditions at the site have stabilized, and that some data points have actually heaved (upward vertical displacement) after initially being in a settled condition.

CCA also reviewed preconstruction videos prepared for Suffolk by Briggs Engineering, to ascertain what condition the building was in prior to the demolition of the parking garage which was previously at the site of the new building. The videos contained a comprehensive review of the interior and exterior of the building.

**SITE INVESTIGATION AND OBSERVATIONS**

Generally speaking, the front façade of the Powers building was found, in our opinion, to be in poor condition due to many years of poor maintenance. The front elevation of building's façade has a serious water infiltration problem, which combined with other environmental factors, has caused much of the damage observed on this wall.

Specifically, the concrete blocks located on the building's front elevation have open and washed out mortar joints, indicating that the façade above this level has had water infiltration problems for many years.

Steel lintels on the front elevation were found to be in an advanced state of corrosion, and the angle's useful section is reduced to the point where it is barely supporting the masonry units which are resting on them. The corrosion seen on the lintels was caused by water infiltration in the building's façade, as well as the lintels' direct exposure to the elements above windows. Many of the blocks on the front elevation were found to be in jeopardy of falling off the building due to the conditions described above. In reviewing the wall section where the block fell in July, it was noted that the blocks were not mechanically anchored to the building, and relied solely on mortar bond and gravity to



stay in place. The design of the building envelope also suggests that the veneer blocks would be susceptible to freeze/thaw forces, which tend to pry blocks off their substrate.

It is important to note that attempts to repair the front façade have been made, but they appeared to be relatively superficial, and did not appear to address the deficiencies in the building's construction nor the corrosion and section loss experienced by the lintels. The date of said repairs is unknown.

The brick veneer on the east elevation of the building appears to be in relatively good condition, and there were not any sections which appeared to be in distress. The vertical joint between the main wall and the stepped-out repair section has opened up, as evidenced by the gap in the mortar joint, but the stepped-out section does not appear to be in distress or in jeopardy of collapse.

A limited inspection of the interior of the building was also conducted by CCA. The building houses residential units as well as commercial space, and has a full basement. CCA was given access to the interior of the residential units on the third floor, and did not see any cracking of the walls or hard ceilings. There was one small crack in a GWB wall section in the corridor, but it was very minor and superficial.

The basement of the building is partitioned into many smaller rooms. Typically, exterior walls are not covered and were available for inspection. The exterior brick walls were in relatively poor overall condition, and showed signs of many minor repairs of various ages. It was not possible to ascertain the age of cracks observed, but it was noted that none of the wall cracks appeared to be of any structural significance.

The concrete floor slab appeared to be relatively new, and it is not known whether it is a full depth slab or merely an overlay atop an older slab. The slab exhibited numerous open and hairline cracks, some of which have a vertical and horizontal displacements of about 1/8". The more serious cracks run in the east/west direction.

## COMAPARISON OF OBSERVATIONS TO PRECONSTRUCTION VIDEOS

After CCA's initial site visit, CCA reviewed a comprehensive preconstruction video produced by Briggs. The narrated video outlines the general condition of the building before Suffolk commenced construction at the 131 Dartmouth Street Project.

CCA's noted that all of the structural and aesthetic deficiencies noted at the site were clearly identified in the videos, namely the separation of the stepped-out brick veneer on the east face of the building and the poorly supported precast units on the building's front elevation. The cracked basement slab was also shown on the video, but since the basement is used for storage, making much of it inaccessible, and because its small rooms



do not allow for photos of large areas, CCA was not able to definitively conclude that all cracks recently observed were present before construction began. CCA is able to state however that the degree of cracking observed recently is in the same order of magnitude as that seen in the video.

## CONCLUSIONS

In general, based on the available data, our visual investigations and knowledge to date, it is our professional opinion that the Powers Building, located at 301 Columbus Avenue in Boston, has not been appreciably affected by the construction activities of Suffolk Construction on the 131 Dartmouth Ave. project.

The visible damage observed on the front façade of the building is a direct result of severe and pervasive water infiltration over a period of many years, due to inadequate repairs and maintenance of the masonry and supporting lintels.

The movement and partial collapse of the blocks on the front elevation of the building is due to damage sustained to the mortar by water damage and freeze/thaw activity over a period of years. In their current poorly restrained condition, blocks will migrate due to the influence of wind, frost heave and/or vibrations. For the reasons stated above, as well as a review of the preconstruction photos which show the subject building in substantially the same condition as recently observed, it is apparent that the building was not appreciably affected by Suffolk's construction activities.

If you have any further questions or concerns regarding our ongoing investigation, please call our office.

Very truly yours,
For CCA, llc

Sean S. Kealey P.E.
Senior Engineer

c.c.   Robert Sullivan - Suffolk Construction
       Wally McDonough, Esq – Suffolk Construction

Attach: narrated photos



**301 Columbus Ave. Boston**  
**Photos**

Page 1 of 3  
CCA # 109054



**photo 1 - Front Elevation - 301 Columbus Ave.  Note protective staging and netting**



**photo 2 - East Elevation of building - Note protective staging and netting**

**301 Columbus Ave. Boston**  Page 2 of 3
**Photos**  CCA # 109054



**photo 3 - view from steet of stepped-out brick veneer. Note separation at vertical joint.**



**photo 4 - Rear of stepped-out brick veneer. Note gap at vertical joint**

**301 Columbus Ave. Boston**  
**Photos**

Page 3 of 3  
CCA # 109054



**photo 5 - Typical hairline crack in basement slab**



**photo 6 - Typical open crack – Note monitoring marks by others**