UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * * *

FIREMAN'S FUND INSURANCE COMPANY,
          Plaintiff

              v.

CIVIL ACTION NO.:
04-10872-EFH

SUFFOLK CONSTRUCTION COMPANY,
INC., ET AL.,
          Defendants.

* * * * * * * * * * * * * * * * * * * * * * * * *

## REVISED FINAL PRETRIAL CONFERENCE ORDER

May 10, 2006

HARRINGTON, S.D.J.

    The parties in the above-entitled case having conducted an Initial Scheduling Conference pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial Conference be held in Judge Harrington's courtroom (No. 13 on the 5th floor) at **11:00 A.M.** on  Monday, June 12, 2006  .

    SO ORDERED.

                                  /s/ Edward F. Harrington
                                  EDWARD F. HARRINGTON
                                  United States Senior District Judge