UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

FIREMAN'S FUND INSURANCE COMPANY,
                Plaintiff

                v.

CIVIL ACTION NO.:
04-10872-EFH

SUFFOLK CONSTRUCTION COMPANY,
INC., ET AL.,
                Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL

May 16, 2006

HARRINGTON, S.D.J.

    The above-entitled case, having been reported settled by the parties, is hereby dismissed.

    SO ORDERED.

                                      /s/ Edward F. Harrington
                                      EDWARD F. HARRINGTON
                                      United States Senior District Judge